UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FARFETCH LIMITED SECURITIES LITIGATION | Case No.: 1:23-cv-10982-ER-KHP [rel. 1:24-cv-00532-ER] |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **ORAL ARGUMENT REQUESTED** |

**DECLARATION OF JASON C. HEGT
IN SUPPORT OF THE INDIVIDUAL DEFENDANTS'
MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

I, Jason C. Hegt, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at the law firm of Latham & Watkins LLP, counsel for Individual Defendants José Neves, Elliot Jordan, and Stephanie Phair (the "Individual Defendants") in the above-captioned matter. I am admitted to practice in the State of New York and in the Southern District of New York.

2. I respectfully submit this Declaration in support of the Individual Defendants' Motion to Dismiss the Amended Class Action Complaint. I am familiar with all of the facts and circumstances set forth herein.

3. Attached as Exhibit 1 is a true and correct copy of Farfetch Limited's ("Farfetch") Annual Report on Form 20-F for the fiscal year ended December 31, 2022, filed with the U.S. Securities and Exchange Commission ("SEC") on March 8, 2023.

4. Attached as Exhibit 2 is a true and correct copy of Farfetch's Annual Report on Form 20-F for the fiscal year ended December 31, 2021, filed with the SEC on March 4, 2022.

5. Attached as Exhibit 3 is a true and correct copy of a transcript of Farfetch's "FQ4 2021 Earnings Call," held on February 24, 2022.

6. Attached as Exhibit 4 is a true and correct copy of an earnings release issued by Farfetch entitled "Farfetch Announces Fourth Quarter and Full Year 2021 Results," dated February 24, 2022.

7. Attached as Exhibit 5 is a true and correct copy of a transcript of Farfetch's "FQ1 2022 Earnings Call," held on May 26, 2022.

8. Attached as Exhibit 6 is a true and correct copy of a transcript of Farfetch's "FQ3 2022 Earnings Call," held on November 17, 2022.

9. Attached as Exhibit 7 is a true and correct copy of a transcript of Farfetch's "FQ4 2022 Earnings Call," held on February 23, 2023.

10. Attached as Exhibit 8 is a true and correct copy of an earnings release issued by Farfetch entitled "Farfetch Announces First Quarter 2023 Results," dated May 18, 2023.

11. Attached as Exhibit 9 is a true and correct copy of an earnings release issued by Farfetch entitled "Farfetch Announces First Quarter 2022 Results," dated May 26, 2022.

12. Attached as Exhibit 10 is a true and correct copy of a transcript of Farfetch's "FQ2 2023 Earnings Call," held on August 17, 2023.

13. Attached as Exhibit 11 is a true and correct copy of an earnings release issued by Farfetch entitled "Farfetch Announces Second Quarter 2023 Results," dated August 17, 2023.

14. Attached as Exhibit 12 is a true and correct copy of an earnings release issued by Farfetch entitled "Farfetch Announces Fourth Quarter and Full Year 2022 Results," dated February 23, 2023.

15. Attached as Exhibit 13 is a true and correct copy of Farfetch's Report on Form 6-K, filed with the SEC on December 18, 2023.

16. Attached as Exhibit 14 is a true and correct copy of a transcript of Farfetch's "FQ2 2022 Earnings Call," held on August 25, 2022

17. Attached as Exhibit 15 is a true and correct copy of an earnings release issued by Farfetch entitled "Farfetch Announces Second Quarter 2022 Results," dated August 25, 2022.

18. Attached as Exhibit 16 is a true and correct copy of a filing on Schedule 13G on behalf of José Neves, filed with the SEC on February 12, 2024.

19. Attached as Exhibit 17 is a true and correct copy of Elliot Jordan's Form 144, filed with the SEC on August 30, 2023.

20. Attached as Exhibit 18 is a true and correct copy of Stephanie Phair's Form 144-A, filed with the SEC on August 24, 2023.

21. Attached as Exhibit 19 is a true and correct copy of a transcript of Farfetch's "Company Conference Presentation," from the Morgan Stanley Technology, Media & Telecom Conference held on March 8, 2022.

22. Attached as Exhibit 20 is a true and correct copy of a transcript of Farfetch's "Company Conference Presentation," from the Goldman Sachs European Digital Economy Conference held on March 25, 2022.

23. Attached as Exhibit 21 is a true and correct copy of an earnings release issued by Farfetch entitled "Farfetch Announces Third Quarter 2022 Results," dated November 17, 2022.

24. Attached as Exhibit 22 is a true and correct copy of a transcript of Farfetch's "Analyst/Investor Day" from Farfetch's Capital Markets Day held on December 1, 2022.

25. Attached as Exhibit 23 is a true and correct copy of a press release issued by Farfetch entitled "Farfetch Launches Reebok Partnership," dated May 3, 2023.

26. Attached as Exhibit 24 is a true and correct copy of a transcript of Farfetch's "FQ1 2023 Earnings Call," held on May 18, 2023.

27. Attached as Exhibit 25 is a true and correct copy of Farfetch's Annual Report on Form 20-F for the fiscal year ended December 31, 2020, filed with the SEC on March 4, 2021.

28. Attached as Exhibit 26 is a true and correct copy of an article entitled "$387 Billion Luxury Market Remains Turbulent. Here Are The Bright Spots," published by Forbes on February 20, 2024, available at *https://www.forbes.com/sites/pamdanziger/2024/02/19/387-billion-luxury-market-remain-turbulent-here-are-the-bright-spots/*.

29. Attached as Exhibit 27 is a true and correct copy of an article entitled "The Luxury Slump: What's Happening With The World's Largest Fashion Houses?," published by Vanguard Think Tank on March 13, 2024, available at *https://vanguardthinktank.org/the-luxury-slump-whats-happening-with-the-worlds-largest-fashion-houses*.

30. Attached as Exhibit 28 is a true and correct copy of an article entitled "Virgil Abloh's Final Off-White Collection Is His Most Radical," published by GQ on March 1, 2022, available at *https://www.gq.com/story/off-white-fw22-couture-show*.

31. Attached as Exhibit 29 is a true and correct copy of an article entitled "After Virgil," published by The Cut on August 31, 2022, available at *https://www.thecut.com/article/virgil-abloh-louis-vuitton-future-of-off-white.html*.

32. Attached as Exhibit 30 is a true and correct copy of Plaintiffs' Consolidated Amended Class Action Complaint in the above-captioned matter (ECF No. 34).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 11, 2024
      Madrid, Spain

                                                By: _____
                                                        Jason C. Hegt