# **EXHIBIT 19**

**S&P Global Market Intelligence**

# Farfetch Limited NYSE:FTCH Company Conference Presentation

**Tuesday, March 08, 2022 7:30 PM GMT**

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

1

# Table of Contents

Call Participants ................................................................................. 3

Presentation ................................................................................. 4

Question and Answer ................................................................................. 5

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Call Participants

**EXECUTIVES**

**Elliot Jordan**
*Chief Financial Officer*

**ANALYSTS**

**Lauren Elizabeth Cassel Schenk**
*Morgan Stanley, Research Division*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

# Presentation

**Lauren Elizabeth Cassel Schenk**
*Morgan Stanley, Research Division*

All right. Good morning, everyone. Thanks so much for joining. I'm Lauren Schenk, Morgan Stanley's small and mid-cap [ Internet ] analyst and I'm thrilled to be join this morning by Elliot Jordan, Farfetch's CFO.

**Elliot Jordan**
*Chief Financial Officer*
Good morning. How are you?

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

# Question and Answer

**Lauren Elizabeth Cassel Schenk**
*Morgan Stanley, Research Division*

Thank you so much for coming. Before we get started for important disclosures, please see the Morgan Stanley research disclosure website at morganstanley.com/research disclosures. If you have any questions, please reach out to your Morgan Stanley sales representative. All right. So with that out of the way, I want to start a little bit bigger picture. You have a lot of different moving pieces in the business, you have the core marketplace, you have Farfetch Platform Solutions, econcessions, NGG that's owned by Farfetch. Talk about what excites you the most, how they all sort of come together? And ultimately, what you think is most underappreciated by the market?

**Elliot Jordan**
*Chief Financial Officer*

Sure. Yes, I mean it's a very exciting industry that we operate in. If you think about luxury fashion, it's a $300 billion industry globally, it's a very resilient industry. It's proven over the last 20 years or so that it will -- it grows solidly 2%, 3%, 4% per annum and has been able to withstand a lot of global issues, economic crisis whatever it might be and prove that it will grow. And I think that's largely down to the fact that it's a category whether it's fashion or accessories or beauty that is aspirational, people really want to buy into.

And it's something that we see demand as an industry for a very long time to come. And yet within that, online has been very sort of underrepresented it, had a very low penetration up and towards the pandemic of sort of, say, 19% has accelerated, of course, over the last couple of years. And our belief is that like every other industry, every our diverse call, e-commerce or some form of online platform will transform the industry and really sort of allow it to transition from a largely off-line proposition to more of a mixture between online and offline.

And if you look at Bain or Altagamma's forecast over the next, say, 5 years, they actually think that, that 10% online penetration is going to get to something like 30% within that sort of time frame by growing pretty rapidly, 20%, 25% per annum over that time frame as customers demand that brand, sell more of their products online. And Farfetch as you just touched on is building a platform for that industry. It's the only large global technology platform that enables the brands to sell on a marketplace, a multi-brand marketplace. We have [ 3,500 ] different brands or designers selling on Farfetch at any one time or indeed use the technology that we build in the global operations solutions that we've built to power their own websites, brand.com or retailers, online sites through that global audience.

And importantly, we've been building aspects of the platform that allow us to really offer those brands more and more services, so you mentioned Fulfillment by Farfetch. This is a solution that allows us to use logistics providers around the world to be able to store product on behalf of our clients and get it to the customers much faster, better economically friendly, environmentally friendly as well or indeed New Guards Group was an acquisition a couple of years ago now, which is an incubator, a brand platform that creates brands, delivers on the full end-to-end solution around production, manufacturing, marketing, distribution and allows us to really marry up the Farfetch marketplace and the NGG brand platform to create exclusive content only for our customers, which really drives excitement from this customer who is very aspirational.

So building this platform allows us to provide effectively a very dominant position in the marketplace. We believe that Farfetch is the only leading platform should take a significant share of that $300 billion, as it moves online and allow the brands and the designers and the boutiques to share in that growth.

**Lauren Elizabeth Cassel Schenk**
*Morgan Stanley, Research Division*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. Great. So you guided to a 28% to 32% marketplace GMV growth for the full-year. I think that was better than people were expecting. Within that talk about sort of the assumption around the underlying luxury industry growth and then you have contributions from China, beauty, potentially new FPS partners. So sort of walk us through the bridge of how you get there?

**Elliot Jordan**
*Chief Financial Officer*

Yes, we don't break out specifics, but if you look at it, say top down, take that step from Bain-Altagamma, which is the market is going to grow 20% plus in the next year or so and perhaps accelerate as we start to see things build over the next 2 or 3 years. And you think about Farfetch's position as their unique multi-brand solution. We've got more brands than anybody else, we've got those brands uploading more stock than ever before.

We've got a SKU count that sort of is 10x more than most other multi-brand players for online luxury at any one point in time. And we've got 3.8 million customers globally that we continue to add. That is fueling growth, at least as good as that market. We should be gaining market share because of the dominant position that we have and the fantastic offering that we have.

So I've always felt that the marketplace from the current distance that we have would grow at least as fast as the online market, if not more. And then as you said, you add in Beauty, which is a new category for us, it's $75 billion of the $300 billion market. It's a category we've not played in until we launch this Q2 coming, so that will add incremental GMV. I think it's also got an amazing halo effect on the fashion and the accessories business as well because customers buy beauty more frequently and therefore Farfetch will be more front of mind to be able to buy clothing as well.

And we expect that to drive a good level of customer retention and customer acquisition as we move forward for the year ahead. Plus on top of that, as you say, we have a pipeline of FPS clients that we're very confident we will see come to market later this year to help continue to drive growth. And on top of all that, we've been able to see that the China market take some really good learnings from the work we've done with Tmall over the last 12 months since we've been live and apply those learnings to see an acceleration of growth from that channel within a very important market over the next 12 months as well.

So overall, we're very confident that 28% to 32% is the right number. We've also sort of looked at it by customer cohort, by our retention levels, our expected AOV, our frequency of shop, the new customers that we're adding per quarter. We've been recently adding 500,000, 600,000 new customers per quarter. And when you add all that together plus what we see from FPS, 28% to 32% is absolutely the right number to go for.

I should point out the shape of the year is going to be lower growth in the first half than the second half, that's because we are comping over some pretty fantastically was of growth this time last year. We were up 60% year-on-year in Q1, 40% in Q2 and then sort of roughly 20% across Q3 and Q4. And so if you start to annualize some of that growth and deliver that midpoint 30% overall, which ultimately would deliver a 2-year CAGR of about 30%, 32% as well, then the front half has to grow a bit slower than the second half.

And there's also other reasons happening there. We are annualizing the effect of a new client within FPS, Harrods, which we went live, will start to become like-for-like rather than incremental as we enter the second quarter. And we're also seeing sort of an impact from some of the COVID customer cohorts that says Q1, Q2 will grow lower than the overall number, which I think most people now start to appreciate.

**Lauren Elizabeth Cassel Schenk**
*Morgan Stanley, Research Division*

Okay. Maybe just touching on some of the current events. I think you disclosed in the 20-F that you have 6% GMV exposure to Russia. Talk about how you're navigating that. Europe is obviously a much bigger market for you broadly. Was that sort of contemplated at the time of the guide?

**Elliot Jordan**

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Chief Financial Officer*

No, I mean it's obviously brand-new. We guided before we saw impact in that region. Obviously, we've ceased operations and moving our focus elsewhere. The sort of one benefit, I think of Farfetch to our clients is that we have a global customer base, when we've seen some markets struggle in the past, we've moved our demand generation spend, our focus around customer acquisition and retention to other markets to try and pick up some of that lost demand.

Obviously, we've been very focused first and foremost on the people that are involved. We have a team in the area, which, obviously, we've been very focused on the well-being and looking after them. But as we've now sort of dealt with as much we can in that space, for the moment, we're now focused on where do we sort of try and drive demand elsewhere to pick up for loss trade from the Russian market.

It's also important for our clients, obviously, the brands, boutiques, retailers that we support on the platform have also stopped trading into that market. They have product that we need to sell somewhere else for them. So we're very active to try and find demand elsewhere.

**Lauren Elizabeth Cassel Schenk**
*Morgan Stanley, Research Division*

Okay. You mentioned a bit earlier about the customer churn from the COVID cohorts, I think churn was up a little bit in the fourth quarter related to that. Talk about we are seeing for a retention and spend per customer perspective across cohorts and how we should think about sort of net adds or active customer growth of the year?

**Elliot Jordan**
*Chief Financial Officer*

Yes, you're right. The net adds was about 100,000 customers between Q3 and Q4, that's sort of one of the lowest net adds we've seen. We're acquiring a significant number of customers, so 500,000, 600,000 customers per quarter. We're now regularly doing that over the last sort of 6 or so quarters that's been at that level.

My expectation is we'll continue to see it add at that level moving forward because of the fantastic customer acquisition engine we now have. What's sort of slowing down the net adds is the COVID cohort from sort of around 2020, early part of 2021. We have seen the dropout rate from those cohorts much higher than previous cohorts pre-pandemic.

So the retention levels have dropped unfortunately for those cohorts, which is why you're seeing the net adds sort of move forward quite slowly. But I think once we get through those dynamics, we'll actually see the net adds pick up again. I'm confident that for the year ahead, we should see active customer numbers move above 4 million, roughly sort of say 18% to 20% growth on new customers year-on-year by the end of Q4.

And that plus increase frequency of shop, we're seeing an improved AOV as we exit the pandemic as customers start to trade-off in terms of price point. We'll see good like-for-like growth from the vast majority of the cohorts in the year ahead.

**Lauren Elizabeth Cassel Schenk**
*Morgan Stanley, Research Division*

Okay. Great. One of the concerns I hear from investors sometimes is the brand's own DTC businesses are doing extraordinarily well. And so how does that -- how do you think about that dynamic across the overall industry? And ultimately, where do you see the market going from a breakdown of brands versus wholesale versus DTC e-commerce over time?

**Elliot Jordan**
*Chief Financial Officer*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Yes, they definitely -- I think the biggest learning out of the pandemic for most of the brands is how importantly online customer is. This last 2 years have seen strategies around e-commerce move from bottom drawer to top drawer. The brands have started to make their websites transactional rather than just sort of marketing focused. They're getting better at search engine marketing and social media to drive traffic to their own branded website.

So there is this sort of new competitor out there in some respects. We obviously focus on what makes Farfetch unique. It's not about a single brand shop, it's about being able to shop from [ 3,500 ] different designers. It's about making your basket look more like your wardrobe, which is something from a vast number of different brands. It's about the loyalty that you can get with shopping with Farfetch, it's the one-stop destination to be able to -- that you trust to be able to buy from designers that you may never have heard of.

And a vast majority of the 3,500 designers we have on the platform cannot power a website. They might not even have their own stores. They shop, they sell via boutiques. And so they definitely use Farfetch to be able to sell to the global customer and we can then leverage that to attract and retain that 3.5 million, 3.8 million active customer base.

On the flip side, the brands are now realizing that actually the website is so important. And here -- this is why Farfetch Platform Solutions, which is the product where we use our technology to power brand websites comes into play. We've specifically built the platform to be multi-tenant at an enterprise level to be able to power the brands moving forward. And so the conversation in that space has ramped up. So now that they've said that my own website is super important, but the technology I've got is old and clunky or it's not purpose-built for the luxury industry or I need to add 5 different suppliers together to make it work.

The Farfetch Platform Solutions product is a one-stop shop built for the industry, both for global trade and includes operations, logistics, demand generation, customer service, payment processing, order processing back end, front end, you name it in a one-stop solution. So the brands are super interested in what we have to offer to drive their trade.

If you really step back and think big picture, brand.com sites probably should take 20%, maybe 25% of online as you move forward because a lot of the sort of historical stats about customer shopping behavior suggest that 2 to 3x they're shopping brand.com, they're very focused that they want that particular brand or that particular code. But actually, 8 times out of 10, they're just browsing, they browse in a category, black cocktail dress or stilettos shoes or whatever it might be. And that's where Farfetch has the opportunity to really offer you a selection from the different brands.

And this is exactly why if you sort of move back to the offline worldwide department stores were so successful at driving traffic because the customer wanted to shop across all the different brands in one shop, it's the same thing online, if not actually more likely that you want to shop multi-brand and online because who wants to have 80 different websites open across 80 different brands with your credit card details or may be different websites to buy from different brands and just rather do it on one site. So I think over time, the 80-20 rule will play out online and that's where the marketplace is a dominant position.

**Lauren Elizabeth Cassel Schenk**
*Morgan Stanley, Research Division*

Okay. That's really helpful. I think my next question was going to be around FPS. And I think it's one of the areas that is sort of underappreciated by the market. I guess, how do you think about the long-term opportunity, either from a number of clients perspective, revenue margin? What are sort of the goalpost that we should be keeping an eye out along the way?

**Elliot Jordan**
*Chief Financial Officer*

Yes. I mean, I think for me, this is -- it's a key part of the long-term strategy. And maybe from a financial point of view to start with, the order contribution margin, that key variable profit metric that we monitor

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

8

week in, week out is significantly higher for Farfetch platform solution clients, already above the 60% long-term target I had for order contribution. That's because for the vast majority of those clients, we don't have to pay for shipping and returns and transaction processing fees and fraud and all those different costs that are a deduction to the -- effectively the cost of revenue within the marketplace.

So it's a very profitable market, a very profitable, I should say, a division. It's already EBITDA positive as well within the platform dynamics. So every new client we add, drives incremental profitability and very, very appealing there from an investor point of view and from a financial point of view.

If you think about why we really wanted to focus on that space is because it's not only able to handle that 2 or 3 shops out of 10 that the brand direct websites will pick up overall in the industry moving forward, but also the solution works for retailers as well.

And our largest client on FPS at the moment is harrods.com. We power their global online operations, a large, obviously, multi-brand retailer. They love the fact that it's a one-stop shop. There's no technical debt. They don't have to have huge in-house infrastructure in terms of their technology to power it, because we've obviously invested in all of that for them and on their behalf, and we can look after the global logistics and global operations if they want us to.

So more and more retailers like that would significantly add to the GMV of FPS, obviously, the profitability that comes through from FPS. And so I think over time, FPS could not be 20% or 30% of GMV because it's brand.com focused, but it could be 40%, 50% as we add more and more retailers to that part of the proposition as well.

**Lauren Elizabeth Cassel Schenk**
*Morgan Stanley, Research Division*

Great. I wanted to touch a little on acquisitions. You recently announced the acquisition of Violet Grey within the beauty space, as well as one within the luxury resale sector as well. Can you talk a little bit more about the acquisitions? What drew you to them? And then how should we think about acquisitions going forward?

**Elliot Jordan**
*Chief Financial Officer*

Yes. I mean, we obviously look at acquisitions to be completely aligned to our strategy. And obviously, we've got a number of different avenues that we want to take. If we see acquisitions accelerating or providing us knowledge that we can't develop in-house. And the value is right in terms of what we see is accretive to shareholders longer term, then we will take those opportunities. Violet Grey, I think, is a good example of that, where we wanted to develop our beauty offering on the marketplace. It's a $75 billion industry, as we said earlier on, and we wanted to make sure we could start that with a pretty big splash.

We obviously want to focus on third-party beauty suppliers, and we signed up for a number of large, medium and small brands to go live in Q2 with us. But as we learn within fashion, owning a small retailer that allows you to understand how the customer works, how the supply chain works, how the dynamics of the basket works and also use your 1P supply chain to perhaps create exclusives or capture collections or maybe plug gaps with third-party stockers, not deep enough or not where we want it to be, like we've done with Browns on fashion, it is definitely the right thing to do to be able to have that mix of 1P and 3P. And so Violet Grey allows us to do that. We've got from the get-go, an amazing supply chain. They've got some cult brands, some Indie brands, the big brands as well. They really understand the customer in a way that we probably didn't know without that acquisition. And so we can use Violet Grey to really sort of accelerate and make sure that we start in that category from day 1 with a big splash.

LUXCLUSIF is about resale. It's about making sure that we start to understand the customer dynamics in terms of pre-loved effectively. It's a boutique that has already been on the platform, so we could see it was already doing well and understanding how that dynamic works by owning a small part of the market could lead to bigger things in the future. You've also recently announced that New Guards Group will be the core operating partner for Reebok in Europe with an exclusive license there. Could you talk about the decision behind that partnership and also sort of the financial mechanics in '22 and beyond? Yes. I mean,

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

9

this is exactly what New Guards Group should be doing as a brand platform that can effectively develop and operate brands within the fashion space.

This is bread-and-butter type sort of stuff. Obviously, the distribution and operating platform for Reebok is big in itself and is attractive in terms of what we can do around GMV on the brand platform, perhaps also on the digital platform as we migrate some of the digital aspects of that brand on to Farfetch or indeed through the marketplace. So very exciting just on its own. But what got us super interested was that ABG, who have now bought the brand off Adidas, we're keen to develop the luxury end of Reebok. And obviously, you guys grew with angels with off-white. What we've done over recent years is an expert in turning that crossover between luxury and streetwear and have been able to drive growth in that market, which is obviously growing in terms of its popularity.

And so we really think we can expand the opportunity for that brand in terms of luxury collaborations, exclusive and really grow that end of the market for AVG over time. So yes, I'm super excited about the potential for that. And it does open the door for other opportunities for NGG to be able to power with other brands to drive growth and how to operate the business in a low cost and very efficient fashion.

Now obviously be able to source, produce and retail the product both online and offline and use the leverage of the brand platform to drive that in a really good economical way and drive profitability for us.

This year, there's a transition year. So 2022, it's a little bit complicated. The brand is in transition. We don't pick up the operating license fully until next year. We'll obviously start to work with both Adidas and ABG to develop products and things like that. So profitability-wise, it doesn't necessarily flow through from stronger GMV or revenue. But there is a sort of a profit share aspect to it that we'll be able to put into the profitability this year. And then from next year on, we'd see things really shift across different lines of the P&L.

### Lauren Elizabeth Cassel Schenk
*Morgan Stanley, Research Division*

Okay. Great. Maybe let's close out on profitability. You delivered your first full year of adjusted EBITDA profitability in 2021. Your stated target is greater than 30% margins long term. Bridge us to that 30% over time. What gives you confidence that you can get there?

### Elliot Jordan
*Chief Financial Officer*

Yes, absolutely. I mean, first of all, I mean, last year, it's a milestone for Farfetch and I was absolutely delighted to be now in profitable territory. The guidance for this year is to move to 1% to 2% EBITDA margins to make us more squarely inside profitability and drive sustainable profitability as we move forward as there's always been the goal. The 30% is obviously long term, but quite straightforward to get there. And maybe if I work from that sort of 30% EBITDA margin up, our operating costs, our technology expense, our G&A costs -- my long-term goal for that is to be around 30% of revenues. We're already seeing us hit in that direction by driving very, very strong operating leverage year after year after year. We delivered 480 basis points of operating leverage last year. And my guidance for the year ahead is to have that operating element of the business at about 37% of revenue.

So not far off the sort of long-term target of 30%, and yet we're still seeing significant leverage and scale coming through. The difference then, of course, is our order contribution, which I target at 60% over the longer term. That was 31%, 32% more recently. So there is some distance to go. But the good news is there are parts of the business that are already at that 60% target. So I mentioned FPS already Farfetch Platform Solutions, already delivering north of 60%.

So as we continue to add more and more clients and shift the GMV towards that aspect of the business, we'll see the order contribution step up from that contribution. We're also seeing our Media Solutions or our advertising revenue business grow. At the moment, it's less than 1% of our GMV, but we have a target revenue of multiples of that over time. That has, again, significant order contribution flowing through significantly north of 80% -- sorry, of the 80% level. So therefore, very incremental to the 60% order contribution. And we see that business growing as well.

In terms of, say, the marketplace, we already have some customer cohorts at 60%. Those are the more mature cohorts that perhaps have less demand generation spend. We're engaging with them absolutely organically. Returns rates are lower, bigger basket sizes and much stronger engagement with those customers. So driving those values up. So as we continue to see more maturity from our customer base, we will move naturally towards that 60% target away from where we are today as well. And then on top of that, we can continue to streamline our overall operations.

So our logistics cost, which is a significant part of our cost of revenues currently used as a fully distributed model. We effectively go to each of our sellers to pick up the parcel on behalf of the customer one by one. That means that we're shipping individual boxes around the world. We have a solution you mentioned it before, fulfillment by Farfetch, which is using third-party logistics solutions and warehouses to house that stock more centrally closer to the customer, and therefore, we can significantly reduce the cost of shipping. And importantly, the cost of returns, sort of roughly 25% of our orders come back, so have to go back to Europe at this stage. But if we can hold those returns locally, then there's a significant reduction in cost. So we can see our cost of revenue coming down over time, so that on average, our gross margins increase as well.

And then lastly, we're looking at our customer engagement, which last quarter was 21% of our revenues, spent on demand generation expense. We are improving our demand generation spend moving more towards our low-cost channels or our organic channels. We're driving a lot of focus on personalization to be able to engage with customers on the app so that we don't have to keep paying for search engine marketing for them to return to the website. And that is also driving down overall the cost of doing business with customers and pushes that order contribution up towards 60%.

So there's a lot of sort of levers there to pull to get to where we want to get to. Obviously, we continue to reinvest where we can to take advantage of the $300 billion industry. We're not in any hurry to get to 30%. We see the opportunity to reinvest most of that over the next few years to build towards that bigger opportunity. But long term, 30% is very much within sight.

**Lauren Elizabeth Cassel Schenk**
*Morgan Stanley, Research Division*

Okay. We have 90 seconds left. What excites you most ahead in 2022?

**Elliot Jordan**
*Chief Financial Officer*

For me, the FPS pipeline is super exciting. I think, as I said earlier on, the industry has woken up to the fact that online is a very, very important channel moving forward. And FPS is a fantastic product that enables brands to just effectively offload all of the unnecessary or the necessary perhaps work that's needed to sell online to a single supplier. We have a very strong commitment to partner with brands to work with them around their trading strategy, their demand generation strategy, their customer engagement strategy.

Moving online within luxury is not as simple as just flicking a switch. There's a lot of handholding, a lot of consultation, a lot of work. And Kelly, who's our Chief Product Officer, who team works more closely with brands around how to trade online than actually the technical side of it because that is now a very bread-and-butter for Farfetch. So moving across the platform solutions, not only unlocks an amazing technical product, but a suite of services to help you really drive your online trade. So yes, with 19 seconds to go, I guess, that's probably the most exciting opportunity for us as we move from this year and even into next year.

**Lauren Elizabeth Cassel Schenk**
*Morgan Stanley, Research Division*

Excellent. Thank you so much for your time. Thanks, everyone for joining us.

**Elliot Jordan**
*Chief Financial Officer*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thank you for having us.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

12

Copyright © 2022 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2022 S&P Global Market Intelligence.