# EXHIBIT 20

**S&P Global Market Intelligence**

# Farfetch Limited NYSE:FTCH
# Company Conference Presentation

### Friday, March 25, 2022 2:40 PM GMT

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

1

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ...................................................................................... | 3 |
| Presentation | ...................................................................................... | 4 |
| Question and Answer | ...................................................................................... | 5 |

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

2

# Call Participants

**EXECUTIVES**

**José Ferreira Neves**
*Founder, Chairman & CEO*

**ANALYSTS**

**Louise Susan Singlehurst**
*Goldman Sachs Group, Inc.,
Research Division*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

# Presentation

**Louise Susan Singlehurst**
*Goldman Sachs Group, Inc., Research Division*

Great. Welcome to everyone this afternoon. Thank you very much for joining us. We're just going to leave at one moment, and all started wonderful. Thank you. And it's a really great pleasure of ours, absolutely delighted to have Farfetch at our Digital Economy The Connected Consumer Conference, and we give an exceptionally warm welcome to José Neves, who I'm sure many of you will know in this audience, but Chairman, CEO and of course, the founder of Farfetch.

And before we do begin, I've just got a couple of moments to say. I would like to add that this conversation is not intended for the media and is off the record. And just to remind everyone listening in, please, this is a fantastic opportunity to hear directly from José, so please do send across questions during the session, and I will moderate and make sure I work those into the conversation.

So firstly, José, thank you very much for joining us this afternoon.

**José Ferreira Neves**
*Founder, Chairman & CEO*
Thank you, Louise. Pleasure is all mine. Thank you.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

4

# Question and Answer

**Louise Susan Singlehurst**
*Goldman Sachs Group, Inc., Research Division*

Thank you very much. And I think I'm going to take this opportunity to kick off with the first question, if I can. And I wonder if you can just talk to us. So we've seen this phenomenal growth over the past, let's say, even in the last 2 years, you've nearly doubled your number of active users from 2 million. We're not far off, 4 million today. When you think of Farfetch and the journey, I mean, what are the 2 to 3 kind of key defining moments or ideas that you had for the platform, just to warm us up for the session? Thank you, José.

**José Ferreira Neves**
*Founder, Chairman & CEO*

Yes. No, it's difficult to pick 3 because, obviously, over 13 years, the world moved on and the industry changed and transformed itself. And Farfetch, obviously, evolves massively. But I think definitely, the opening the marketplace to -- the invention of brand e-concessions, essentially. So -- but you invented the e-concessions term, Louise, I'll never forget that.

**Louise Susan Singlehurst**
*Goldman Sachs Group, Inc., Research Division*

Very kind.

**José Ferreira Neves**
*Founder, Chairman & CEO*

Give credit. But really, opening -- creating a new model where luxury brands could lease their products directly on the marketplace and drop ship either from physical flagship stores from the brands or the brands' warehouses or even our own Fulfillment by Farfetch, which then came later. I think that was the extension of the model we started with. So we started with retailers, with multi-brand luxury retailers using the platform. And 6 years ago, we've opened it to the industry. And it's been a massive, massive success with 600 brands -- really, the top 600 brands on our marketplace from the Guccis and the Balenciagas and the Monclers and the Pradas, Burberrys, et cetera, utilizing e-concessions and that part of the business, obviously growing faster than the rest and faster than the boutique part of the business, and creating very, very deep partnerships. Over the past 5, 6 years since we launched that with Luxury. So that was one, I think.

I think the other was the vision of being the global platform for luxury. This is an industry that doesn't have a platform, in the sense that it didn't have a technology, DNA tech-enabled business, really, catering specifically for this industry. And this is very different, because in music, for example, you have Spotify and Apple Music. And OTAs, you have Expedia and Booking. So in every industry, you typically have 2 more tech companies, tech DNA companies trying to revolutionize those industries. Not in luxury. In luxury, you have Farfetch and then you have retailers, right? So our multi-brand competitors, they're retailers.

And on the path of that vision, opening up the platform capabilities to white label this platform capabilities, what we call Farfetch Platforms Solutions, that was the major step as well. And then I think maybe, the next frontier, which is Luxury New Retail and the Connected Retail solution, which we presented in 2016. We presented to the industry this -- to 250 C levels in the industry our vision of augmenting with what we call then Augmented Retail and Store of the Future. That led to our exclusive partnership with Chanel and their investment in Farfetch, and to the digitization of the #1 Chanel flagship store in the world, in rue Cambon and then expanding to many other Chanel stores. And now we're out of that exclusivity. And obviously, that's leading to very powerful conversations with other luxury groups.

So I think these 3 moments in the evolution of the journey, for me, are very important. And actually, what I would like to stress is the flywheel nature of these bets and these investments. Because, for example, if

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

you take Chanel, they only came to Farfetch because we have the technology and the vision. They were not interested in the marketplace. But after that and after experimenting with the platform and getting to know us, getting to know our culture, we now have the Chanel brands in the group. They have Barrie and they have Maison Michel and Eres, Orlebar Brown. All these brands are on the Farfetch Marketplace. And we will have Chanel Beauty as an e-concession on our Beauty launch, for example.

So this -- Harrods is another good example. We got them via the technology, not via the Marketplace. But next thing you know, [ Proenza ], which is part of the same group and the same owners on Valentino and Balmain. They are on the Marketplace. So there's this -- they either come because of the technology and our incredible capabilities and really unrivaled capabilities for luxury. And then end up also, adopting the Marketplace. Or the other way around, like Gucci started with the Marketplace with e-concessions. But now, Gucci is using FPS to power Harrods, right? So the Gucci you see on Harrods is powered by FPS, by our e-concessions as a service.

So this is -- these are not like disparate bets that we said, "Oh, you know what, let's make some money by selling the infrastructure or let's leverage our cost base." They were not financially driven, although they're very financially powerful. If you look at the leverage that this can have in our business, they were really strategic in terms of building an ecosystem for the industry and for the industry to start participating in whatever is the strategic priority at the time. And the strategic priority may be connected retail, maybe re-platforming. I think the Richemont conversation talks to that. If we didn't have white label capabilities, that concession wouldn't be ongoing.

So this really is important to stress that these moments, were not disparate bets. They were really part of a long-term strategy, which, by the way, we've talked at IPO. If people want to go back to our prospectus, it's very clear. Although at the time, people were very focused on the Marketplace. This is part of a very, very long-term vision.

### Louise Susan Singlehurst
*Goldman Sachs Group, Inc., Research Division*

Now you've touched on things there. But I have to pull back into a couple of those things, José. And actually, I've got some good questions coming through on a few of these topics that you've just highlighted. But just on Beauty, I think if we heard you correctly there, was that just talking about Chanel and Beauty in the same sentence for the Farfetch launch, if we understood correctly?

### José Ferreira Neves
*Founder, Chairman & CEO*

Yes, yes. So we have a very powerful proposition for Beauty. Beauty is a $75 billion market, luxury beauty, where we're not present at all. And I think what we've developed is quite innovative, because there are no e-concessions for luxury beauty at the moment. So if you're a beauty brand, it is incredibly frustrating, because you have only wholesale routes to market, right? You are in department store dot-com or you're in Sephora or you're in Ulta, right? And either they don't have the positioning you want necessarily or is wholesale, with all the issues that wholesale has, lower margin, no control of promotions and pricing, et cetera, et cetera.

And Farfetch opens this route to market, which is direct-to-consumer, full control of merchandising and pricing, ability to advertise on our platform and really, launch products, and for beauty that's super important to have rich content and create events and power through advertising and through media, really, these new launches. And that's what we've seen from the brands, so like strong -- very strong adoption from the major luxury cosmetics and skin care brands, as well as the indie brands, which are super important in this sector and VIOLET GREY our acquisition was precisely to capture that opportunity in terms of strong, authoritative device in these new indie brands and to a very refined and sophisticated beauty public.

And then on the consumer side, I think I will reserve the surprise for when we launch, but I think we are going to come up with a very, very strong proposition in terms of the experience, user experience and how we talk to this beauty space from a comps and brand image as well.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence                                                                                       6

**Louise Susan Singlehurst**
*Goldman Sachs Group, Inc., Research Division*

So super exciting. So essentially, it will be the mix between the big brands and actually, also bringing the niche indie brands with the likes of [indiscernible] or the likes of VIOLET GREY to the market. Super exciting, we shall definitely be watching and waiting with anticipation for that launch.

And when we think about the other comment that you're making in terms of -- I think you used the phrase tech-enabled and absolutely, in the life of Luxury, that's still very much in its infancy. And of course, during the pandemic, we saw this very strong acceleration in terms of the willingness for consumers to purchase online, but it's still quite low. I mean where do you see this in terms of the journey and by category? Where do you think this can go? What are the limitations, if any, for online and luxury purchases online?

**José Ferreira Neves**
*Founder, Chairman & CEO*

I think it's really exciting, this moment in time, for our industry. Because this is an industry that you know better than I do, has been resistant to the internet and to e-commerce for a long, long time. And that is what drives low penetration. The low penetration is a supply issue. It's not a demand issue. And you have many data points, for example, American luxury department stores Saks, the ex -- well, the defunct Barneys, Neiman Marcus, their share of online sales is 30% -- 30%, 35%. So when supply is not restricted between online and offline, the customer gravitates to that kind of ratio. And we're talking about retailers with a nationwide presence, very, very strong offline presence. And still, over 1/3 of what they sell is already online.

So the supply constraints, the fact that the brands have only slowly adopted the channel, releasing -- well, sometimes not adopting yet like in the case of Chanel, which doesn't sell fashion yet online. In other cases, adopting only on brand dot.com with limited capabilities, geographies, distribution limitations, et cetera, are adapting only partially from a range perspective, from a SKU count and debt perspective, is very exciting because the industry is still in the early innings. I think we're at -- post-COVID at 23% penetration. And I think there's a consensus in the analyst community this will go to 30%, 35% at least in the next few years, say 5 years. By then, luxury will be $0.5 trillion industry at the current CAGR, which means we have in front of us $150 billion to $180 billion online luxury market.

Where Farfetch -- and that's all time for us because we are in every single geography in the world where we're either leading as #1 or with a significant presence -- not #1, but like in the U.S., we're not #1, but we have a significant presence, we're -- after Beauty, we will be in all categories. And obviously, some categories, underpenetrated for us such as hard luxury, where we keep making advances. We do have the customer, but we have to keep making those advances in terms of more supply into Marketplace, and other categories.

So very, very interesting point to be in this history of fashion and this pivotal inflection post-COVID where brands clearly, now, identify that digital is top of the agenda, strategically. And they -- and this is also exciting for FPS, for our Platform Services, because developing cutting-edge digital capabilities has become an imperative. It's not a nice to have, it's a must have.

**Louise Susan Singlehurst**
*Goldman Sachs Group, Inc., Research Division*

That's very clear. And just in terms of Farfetch's position in that very strong growth dynamic of luxury online. So what -- is there anything that you can share with us with what you see across your existing consumer cohort and the user base of Farfetch that gives you the excitement of the market share opportunity that you see today for Farfetch longer term?

**José Ferreira Neves**
*Founder, Chairman & CEO*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

Yes, absolutely. I think, we are really only scratching the surface. To give you just a data point. In China, our partners from Tmall, they've identified 30 million frequent luxury shoppers. And we have 3.7 million active customers globally, right, and China is only part of it. So Farfetch, in the grand scheme of things, we're less than 2% of the industry, right? So we're really -- even if you look at the private client, which is our top spenders, which drive -- is around 1% of our customers, driving around 20 -- 25% -- 20%, 25% of our business, that absolute number of customers is really, only scratching the surface in terms of the high net worth individuals and the high cash and spenders globally.

So even if you look at cohort by cohort, our penetration -- in terms of high spenders and VIP customers, our penetration of the medium part and even the bottom part of the pyramid, it's very early stages.

What's encouraging is the strong retention and the strong trends that we see. We continue to have very strong lifetime value in our Marketplace. The very young customer base, our average age is less than 35 years old. In China, it's more like 30 years old. Buying around $600 average order value. In China is $800 plus. So we're really appealing to the Generation Z and millennial audience, which are already the majority of luxury spending. And by far, they represent, I think, 85% of the growth of the industry. And we're absolutely appealing to this critical cohort of customers at a global base, and seeing very strong traction with it.

**Louise Susan Singlehurst**
*Goldman Sachs Group, Inc., Research Division*

As we look across the regional footprint of luxury online, obviously, China still lags massively behind Europe, obviously, the U.S. And what do you think needs to happen? What's it going to take to drive the acceleration faster or just to pick up that pace specifically for that market? Obviously, much more complex versus the rest of the world.

**José Ferreira Neves**
*Founder, Chairman & CEO*

I think China is a massive, massive opportunity. It's roughly 1/3 of luxury purchases, but multiple experts, analysts say it's going to be 1/2 of the industry in the next 5 years. So it's been the growth engine of luxury for many, many years. And it's a younger customer, as I said. So new -- and this is being fueled by new generations of Chinese consumers really embracing this part of culture.

Now, it's changing dramatically, because it used to be 70% bought while traveling. Luxury, pre-COVID, was about jumping on the plane, going to Paris, Avenue Montaigne and coming back home with a suitcase full of beautiful things. Sometimes to resell the bangles and all of that to your friends and family. That's what luxury was for the Chinese customer in 2018, right, and 2019.

Then what we've seen is a full repatriation. Right now, it's 3% bought while traveling or less and 97%, bought domestically. Now, this represents a major opportunity, because this has to be a digital game. This has to be a digital game. China has 600 cities with luxury customers in them. And there's no equivalent of Neiman Marcus. Neiman Marcus has 50 shops covering the entire 50 cities of top luxury customers and Saks is the same and Nordstrom, and that doesn't exist in China, right? And so the retail -- the physical retail, both multi-brand and for the brands cannot stand that amount of cities in their territory.

And the brands have realized that. The brands have not actually -- no brand is growing -- is going on a multi-hundred store spree in China, and they know they have to do it digitally, right? So this is a major opportunity for us. And we're the only Western game in town, right? So there's us and there's Luxury Pavilion. And we've really -- between us and our partners, we really have a leading competitive position in that market. So we're going to continue executing on this, both on our app and our own direct channel and our presence on Tmall.

And on WeChat, we continue to have a strategic partnership with Tencent, who's a shareholder of Farfetch. And we have 80 luxury brands that we power on WeChat, so we white label our technology for WeChat. E-commerce as well. So we've built really a tremendous ecosystem, and it's really about continuing to raise brand awareness, create better experiences, bring more innovation and buzz to the online space in China.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

But of course, it's a long journey, right? And it's a long-term journey as you build a brand in China. It's not -- Rome wasn't built in a day nor was the China Great Wall.

**Louise Susan Singlehurst**
*Goldman Sachs Group, Inc., Research Division*

Now I've seen many questions coming through, so I'm going to try and wrap a few of them into a smaller number of questions for you, José, to keep it simple. But in terms of -- I suppose, just sticking with China, the last question on the region. I mean can you talk about the benefits that you see operating under the JV structure with your partners with Alibaba and Richemont? Because you touched on a very important one in terms of identifying 30 million potential consumers who would purchase into luxury. But are there any practical examples or where the partnership is coming together to drive the business?

**José Ferreira Neves**
*Founder, Chairman & CEO*

Yes. So first of all, it's a very happy marriage. We are hitting above our targets for the JV. The JV includes a minimum GTV target to unlock further participation. So they own 25%. They can grow that to 49% in 3 years' time if we hit a certain GTV. Year 1 we absolutely knocked it out of the park. And we're also excited about innovation. So we've agreed with Alibaba to launch a retail lab to bring connected retail to China in a big way. They're obviously experts in Connected Retail, with the New Retail, which has been the strategy for Alibaba for many other industries. In luxury, they want to do it with us. Richemont, very, very excited about that in China as well. So it's working really well.

Of course, we have the presence on Tmall. That has proven to be very, very powerful for us. It's now over 10% of our business in Mainland China, but what's most important is the complementarity of the channel. So we're able, through that channel, to target customers in Tier 2, Tier 3 cities, which will be very difficult to target otherwise with our app or in terms of new customer acquisition. We're seeing a customer that is even younger, still, a very high AOV. As I said, in China, our China AOV is very high. On Tmall, it's a little lower, but still, full price luxury, in-season, so attracting very cool clients there.

And also, these customers have been buying a lot of our smaller more niche brands, which was a complete surprise for us, because we thought it was going to be about the super brands. Many of the super brands, we have them on our China app, but we don't have them on TLP yet. But we're still hitting target and we're getting a lot of traction with these more niche designers. And I think that's because we're the only channel they have in China in terms of e-commerce. They don't have their own dot-CN or their own Tmall stores. And that's true for circa 90% of the brands that we brought on Tmall. And the fact that that's getting traction with the Chinese consumer is also driving awareness and app downloads.

Because what happens is you find Rick Owens on Tmall in this supercool store called Farfetch that you didn't know about. You become a follower on Tmall. You browse our catalog. Then intuitively, that customer will look into our app, download it, then discover there's many more brands like the super brands present in our app, get even more excited and become a shopper on both channels, right? So this has been something we're seeing and is a great way of acquiring new customers and building brand awareness in China.

**Louise Susan Singlehurst**
*Goldman Sachs Group, Inc., Research Division*

Great. And just sticking with the partnership aspect. We've had a few questions coming in. Obviously, it's been a little while since we heard from Richemont last November, indicating obviously, the 2 of you working a little bit more closely together going forward. I think in your opening remarks, José, you did actually highlight it in terms of the discussions with YNAP. Where are we? Are discussions still ongoing? What can you share with us, if anything?

**José Ferreira Neves**
*Founder, Chairman & CEO*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Well, what we said in our earnings call and following what Richemont also said is that the conversations are ongoing, and they have exactly the same characteristics of what we said in November. This is about powering the entire Richemont Group, Cartier dot-com, Van Cleef dot-com, YNAP with FPS. So the re-platform into our advanced luxury capabilities, as well as bringing those maisons, the Cartiers, the Van Cleefs, et cetera, on the Marketplace, which I was talking about categories, hard luxury, that will be transformational for us in terms of pushing into that category even more meaningfully. And of course, also a minority stake in YNAP.

So those -- the scope of the conversations is very clear, and these questions are -- and, of course, they're natural and expected. But we never said this was going to be in March or April or February. And we wouldn't have talked about it because we're a U.S.-listed company. Normally, we only say things that are completed, then they are under Swiss law. So they felt that at the advanced stages of negotiations, they have a duty to disclose it to their shareholders. It's a complete different securities, alarm system which we totally respect and -- but there's no delay at all. This is a consortium and these things were always going to take time to align between third parties as well. So we're working very closely on it.

**Louise Susan Singlehurst**
*Goldman Sachs Group, Inc., Research Division*

That's very clear. We've had a few questions on that. So that's very helpful. And just when we -- just shifting gears back to the audience and some of the questions coming through. We're obviously -- at this point in time, we're all trying to navigate a little bit more uncertainty in the market. I suppose, putting your hat on what you've seen historically and how the business has performed during times of more turbulence where the consumer might be concerned, but also if they've seen -- there's anything that you can share with us, any changes in terms of appetite by AOV, any changes in appetite by category that you're seeing across the platform.

**José Ferreira Neves**
*Founder, Chairman & CEO*

I think we -- as we said in our earnings call, we're very, very bullish. We think we have ahead of us an incredible opportunity in terms of -- it's a pivotal time for the luxury industry. In most markets, we are now post-COVID or migrating to more of an endemic rather than pandemic situation. Consumers are -- have embraced, and this is not going to go back, not going to be reversed. It's now very clear they have embraced online shopping behaviors that are here to stay. The brands have been converted to digital, so they now know that they need best-in-class digital capabilities to stay ahead of the game and stay ahead of their competition. And this bodes well in terms of our ambitions, both in terms -- both as a platform and as a marketplace to continue acquiring market share. We entered 2022 with great momentum, with a great to far and with really strong prospects, short, medium, long term.

Of course, it's not going to be a walk in the park this year. Russia evaporated as a market, essentially, because we decided to suspend operations there, and it was 6% of our GMV in 2021. And we remain vigilant in terms of other regions of the world. And if there is any impact, I think it's too early to say -- and you can think of it both ways, right? The situation in China with lockdowns and zero tolerance, is it a headwind or a tailwind? The reality is we don't know. And if it's like in the West, it's a major tailwind, right? The future will say in the next few quarters, because what happened in the West was when the lockdown started, there was huge uncertainty on whether people were going to buy luxury or not and what categories and what will happen to AOVs. It's like, you remember that entire speculative exercise of trying to get a crystal ball, dust off our crystal balls and try to look into the future.

If we extrapolate what happened in the West, it ended up being a major tailwind, not long time after the lockdown started. But in China, it could be different, right? In China, it could be the opposite, and we could have impact to consumer sentiment, different from the West. So it's -- we don't have a crystal ball, we can't say. What we can say is that we have a track record of navigating one after another after another. We were talking -- we -- I launched Farfetch in 2008, 2 weeks before Lehman Brothers went bankrupt. And I couldn't raise any money until 2010 was the first round of VC funding. And since 2010, there were a number of other bumpy roads that we had to navigate. And this is in the DNA of the company where -- and we've proven also with COVID and we've proven it time after time.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So I know that I have the team, the technology, capabilities, the operational nimbleness to navigate whatever is thrown at us. And therefore, I remain incredibly confident and I think it's a very, very exciting time to be in this industry.

**Louise Susan Singlehurst**
*Goldman Sachs Group, Inc., Research Division*

That comes across very clearly even by the Zoom screen. And I just wonder, when we -- at the beginning when we were talking about those -- the different projects and the different initiatives that are underway. There's an awful lot happening behind the doors at Farfetch. And over the years, obviously, we've seen beyond the core Marketplace, New Guards. We've obviously got Beauty that we've talked about around the corner, although that is the core Marketplace, obviously, Luxury New Retail. Can you talk about how you see the priorities of growth for the business?

**José Ferreira Neves**
*Founder, Chairman & CEO*

I think the first thing for me to remind the audience is that we're here to build the global platform for luxury. That's the ambition and that's the goal. And this is a $100 billion market ambition -- market cap ambition. And I can say that because my 6-K, the compensation package is aligned to that, [ $250 ]. That's what I proposed my Board of Directors and what they received well. And the ambition is big, right? We think that as a marketplace, we should have 30% market share of this industry. If you look at other leading marketplaces in any industry, the #1 takes 30% or more or 40% or 50%. So that in itself is a tremendous opportunity.

Farfetch Platform Solutions helps that ambition. As I said, this is a flywheel. So people sometimes can, because of the technology, they end up adopting the marketplace and vice versa. In itself is a tremendous opportunity because that allows us to cover the other 70% of the -- of market share that can be enabled either by e-concessions as a service, for example, on retailer dot-com or brand dot-com or WeChat mini programs, et cetera. So us being able to have these models that the industry can leverage, creates a true SaaS enterprise player for the industry, and there's no specific tailored SaaS player in this industry. I think that's a tremendous opportunity for us.

And the brand platform has been a resounding success since we've acquired it, bringing lots of buzz and hype and cultural relevance to our platform. It's incredible to see that Balenciaga, Yeezy, Gap, the collaborate -- the most hyped collaboration of maybe of all times, but of recent times, was launched exclusively on Farfetch, right? And they have Tmall stores and they have international websites. But the fact that we have that elevated luxury streetwear, young customer and positioning is bringing even what you will maybe call competitors in that space to the platform.

So to me, that is validation that this strategy is working and is creating a lot of cultural relevance and awareness for our brand. So to me, these fillers are very clear, and they are very -- there's strong synergy between them, and we're going to continue advancing all of them. And I tell my team, go after all the dollars. Don't think about mixes, like, percentage of the business, how much percentage is going to be FPS. It doesn't matter. You go after the dollars, and then what the mix is, is what the mix is, right? It's -- we'll be more successful and more -- and go faster in some areas than others. By definition, that's obvious. But we're going after being #1 in all these opportunities and then the mix will be what the mix will be.

**Louise Susan Singlehurst**
*Goldman Sachs Group, Inc., Research Division*

Clearly, no divisional silos around the offices at Farfetch in that context. And a couple of questions have come through with regards to the longer-term margin profile of the business. Obviously, we have the guidance that you provided for this year. But thinking much more longer term, over the next 5-plus year trajectory. What are the key drivers? Is it the number of users? Is it the scale from the regional footprint? What are the key drivers?

**José Ferreira Neves**

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence                                                                                                         11

*Founder, Chairman & CEO*

I think first of all, what we laid out at the time of our IPO is absolutely the strategy, and we've been making very solid advances then. Back then, we said we're on the path to profitability. We actually didn't give a time frame. Most analysts thought it would be '23, '22. We actually hit it in -- ahead of schedule, in 2021. Obviously, expanding unit economics and expanding the profitability is a priority in terms of the financial objectives. But if you look at the drivers, to answer your question, you start by revenue, right? And in revenue, you have things like take rate, and we have a very sustained take rate. We've just been able to renegotiate around 400 e-concession contracts to reflect some inflationary pressures of late, and that has been well accepted by the brands.

And so -- and we have things like Media Solutions, for example, which adds to that revenue line. We know that Amazon now does $40 billion of advertising revenues, which is as big as YouTube. So marketplaces have become media machines, right? And if you extrapolate, in the case of Amazon, it's roughly 5% of their GMV. We're very far from that. If it was 5% of Farfetch GMV, it would completely transform our P&L, because that flows straight to the bottom line as almost 90% of the contribution.

You'll then have things like FPS. Obviously, very, very high order contribution, lower take rate, but much higher order contribution, because we don't have -- we don't spend money acquiring and servicing those customers. And then after the revenue line, you'll have the big drivers, logistics costs and demand generation. Those are the 2 big drivers.

In terms of logistics, we have a very, very solid plan in terms of Fulfillment by Farfetch. For example, Beauty, every single order, it's going to be Fulfillment by Farfetch. We don't have another model. So if you're a brand and if you want to sell on Farfetch -- on Farfetch Beauty, you have to consign the merchandise to one of our warehouses in the U.S. or Europe, and we'll ship from there. So we're doing the shipping. And of course, that means you buy 3 products and they come in 1 box as opposed to 3 boxes, right? So right now, they will come probably in 3 boxes if you buy in the fashion section, which is much less efficient. Beauty is a full transition to Fulfillment by Farfetch.

But also, in fashion, we have many brands now utilizing Fulfillment by Farfetch. We're integrating more local inventory points so that more of the supply is domestic as opposed to cross-border. So there's a number of initiatives, and it's about executing on this and continuing to accelerate this.

And then on demand generation, I think it is very efficient. I think we spent less on demand generation as a percentage of GMV than public peers in terms of if you look at multi-brand luxury online, we have payback in less than 6 months. The payback is around -- the number, 1.2. So first order is unprofitable, the second order is very profitable already. So I don't think that we're overspending in demand generation at all. And actually, we have a decent headroom. But in the long term, as brand awareness starts to -- and as the cohorts start to mature, you will have to spend -- naturally, we'll have to spend less to fuel the same growth. And that is a tremendous opportunity.

In fact, we have cohorts -- the older cohorts of Farfetch customers are at the 60% order contribution. And our order contribution is around 30 -- 32% to 33%, right? So we have doubled the order contribution on those older cohorts. And that's why logistics is cheaper for those, because they are buying higher AOV, for example. The higher the AOV, the lower the cost to serve. And because we're not spending on marketing to get these customers back. They have our app, they're engaged in our loyalty Access program or the private clients. And the combination of that produces -- which will be a 30% EBITDA, right? If our order contribution was 60% today, we would be at 30% EBITDA, which is our long-term target. But of course, you have the other line, which is the fixed cost base. And on the fixed cost base, we plan to continue to do -- to leverage that as the years unfold.

**Louise Susan Singlehurst**
*Goldman Sachs Group, Inc., Research Division*

And I think we've got time for one more question if we can squeeze it in to 1 last minute. We're often asked and we get lots of questions about the brands and brand dot-com. Clearly, brand dot-com has taken a lot of share over the last 2 years, really, coming from not very much at all prepandemic. But what would

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

you say -- how would you clarify that message that actually, brand dot-com can exist whilst Farfetch can continue to take good share? It's one of the slightly misconceived views that brand dot-com can probably go a lot further than maybe it is today, clearly, but what would be your view?

**José Ferreira Neves**
*Founder, Chairman & CEO*

I think this is an industry of brands and therefore, brand dot-com will always be important. This is not an industry -- you'll have some industries that the companies don't care. They're on Amazon. If they're selling all day -- I mean if you're selling pipes or switches or whatnot, it doesn't matter, right? But in an industry of brands, brand dot-com will always be important. It's your image. It's your direct contact with your community. That's why we have FPS. If we didn't believe in brand dot-com, we wouldn't have FPS, right? So we have FPS because we believe in brand dot-com, and we want to power brand dot-com.

Now, the consumer is a multi-brand consumer, right? The consumer -- no one dresses head to toe in one brand. And how many apps are you going to have on your phone, right? And the industry is very fractious. Louis Vuitton is the largest, and maybe, it's 5% of the -- not even that, maybe, 4%, right? That's the largest. Then you go very quickly to 2% of the industry, 0.50%, 0.01%. It's just -- we have 3,500 brands that we sell and how many apps or even worse, tabs in your browser are you going to have, right?

So a curated aggregation is imperative in this industry, much more than in many other industries. And that's what you have. And if people challenge this thinking, I invite them to look at the real world. Avenue Montaigne is a marketplace. New Bond Street is a marketplace, actually owned by one landlord. So that is a real marketplace. Fifth Avenue is a marketplace. A shopping mall is a marketplace. It's a physical place in this case, where you create traffic by aggregating supply of a certain level. And that's the reason why they're not in Tribeca or in the meat packing or they're not in [indiscernible], right? They are gravitating to what is a marketplace.

But they don't say it's a marketplace and maybe, it missed -- the people forget that this -- even in the physical world, brands aggregate around multi-brand marketplaces, be it streets or shopping malls or whatever it is.

Now, you convert this to the digital space, then the imperative is even higher. Because the cost to switch is not pleasant. I mean it's very pleasant to go around New Bond Street and you stop by Browns, I recommend Browns. In Brook Street, you have a beautiful restaurant there. So you can go there and have a [ light pie ], and you go back to Louis Vuitton, et cetera. That's pleasant. It's not pleasant to download 10 apps on your phone, input 10 credit card details, 10 addresses, speak to 10 different customer services people. That's -- the cost of switching from a consumer perspective from one multi-brand over one multi-brand is complete pain on your iPhone, isn't it? It's not a one step.

So a curated aggregation is absolutely imperative. And this is why most brands have already adopted direct-to-consumer. It needs to be done in the right way. They want it to be direct-to-consumer, e-concession, they want full control of pricing, merchandising. They want to be able to advertise in this platform so that they can boost the products, the right products where they want to steer the creative direction of their collections and not be hostage of maybe products that are selling well that they don't want to push.

So these are things that are very important for brands, no doubt. But if you provide these guard rails and you actually, enhance the experience, we think that, that appeal to the strategy and of the brands, then you have a very powerful combination there. And that's what we're seeing. And so we continue to be very confident that we are going to keep growing faster than the industry on average and capture market share on all fronts.

**Louise Susan Singlehurst**
*Goldman Sachs Group, Inc., Research Division*

With that, I think that is a wonderful place to stop. You've been very kind in the information that you've given us and the insights on Beauty, China, Platform Solutions. There's obviously an awful lot happening

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence                                                                                                       13

around at the offices of Farfetch and it's a delight to hear more about them this afternoon. So José, thank you very much, and thank you to everyone joining and sending through your questions. Thank you.

**José Ferreira Neves**
*Founder, Chairman & CEO*
Thank you, Louise. Thank you, everyone. Speak soon.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

14

Copyright © 2022 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2022 S&P Global Market Intelligence.