# EXHIBIT 22

**S&P Global**
Market Intelligence

# Farfetch Limited NYSE:FTCH

# Analyst/Investor Day

## Thursday, December 01, 2022 2:00 PM GMT

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

Call Participants ................................................................................... 3

Presentation ....................................................................................... 4

Question and Answer ........................................................................ 38

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

**2**

# Call Participants

**EXECUTIVES**

**Alice Ryder**
*Vice President of Investor Relations*

**Davide De Giglio;CEO;New Guards Group**

**Edward Sabbagh**
*Chief Marketplace Officer & Member of the Executive Board*

**Elliot Jordan**
*Chief Financial Officer*

**José Ferreira Neves**
*Founder, Chairman & CEO*

**Judy Liu**
*President of APAC*

**Kelly Kowal**
*Chief Platform Officer*

**Stephanie Phair**
*Group President*

**Susannah Clark**
*Executive Vice President of Communications*

**Unknown Executive**

**ANALYSTS**

**Douglas Till Anmuth**
*JPMorgan Chase & Co, Research Division*

**Edward James Yruma**
*Piper Sandler & Co., Research Division*

**Jason Stuart Helfstein**
*Oppenheimer & Co. Inc., Research Division*

**Kunal Madhukar**
*UBS Investment Bank, Research Division*

**Lauren Elizabeth Cassel Schenk**
*Morgan Stanley, Research Division*

**Louise Susan Singlehurst**
*Goldman Sachs Group, Inc., Research Division*

**Oliver Chen**
*Cowen and Company, LLC, Research Division*

**Unknown Analyst**

**ATTENDEES**

**Davide De Giglio**

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Alice Ryder**
*Vice President of Investor Relations*

Good morning. I'm Alice Ryder, VP of Investor Relations at Farfetch, and it's my pleasure to welcome you to our first-ever Capital Markets Day. On behalf of our leadership team, I'd like to thank everyone attending in person in New York and virtually from around the world for joining us today. I know many of you have been following Farfetch since our IPO, and we very much appreciate all your support over the years.

As you can see, our agenda is designed to give you a really good understanding of the progress we've made in building our global platform, our exciting path ahead and how that translates into profitability and cash flow going forward. So today, you'll hear from leaders across our businesses, and we'll conclude with plenty of time for Q&A.

Before we start, we want to make you aware that while we will be sharing the potential financial profile of our 3 business pillars: Marketplaces, Platform Solutions and Brand Platform for 2025, we do not expect to report actual results for these pillars in the near term. In addition, we are highlighting the potential financial profiles of our new and existing marketplaces customers in 2025, as well as additional customer cohort information, but we do not anticipate providing this granularity on an ongoing basis.

We will also be making forward-looking statements today. Actual results could differ materially from those forward statements, and we undertake no obligation to publicly update or revise them. For a discussion of some of the factors that could cause actual results to differ from these forward-looking statements, please refer to our SEC filings. We will also refer to certain non-IFRS financial measures. You can find reconciliations of these measures to the most directly comparable IFRS financial measures in the slide presentations, which will be available at farfetchinvestors.com.

With that, let's get started.

[Presentation]

**José Ferreira Neves**
*Founder, Chairman & CEO*

Hello. Good morning, everyone. It's great to be here 4 years after our IPO, back to the New York Stock Exchange to see so many familiar faces and some new faces, too. Thank you for coming, and thank you for your ongoing support. And we are very, very proud of what we've achieved in the last 4 years.

Back in 2018, we said that we wanted to build the global platform for luxury. We also said that we were going to grow fast to become leaders in this space. Back then, we had only our Marketplace, and we were at #1. And fast forward 4 years, we tripled our business. As you will see today, we've absolutely built the global platform for luxury, and we have a clear leadership position in this space.

And today is great timing actually for our Capital Markets Day, because Farfetch is at a tipping point. We're at the point where we're going to start to leverage the investments of the [indiscernible] to continue on a path of growth, profitable growth and cash flow generation. And today, it's all about providing clarity to you on the building blocks of that road map. And we're going to do it pillar by pillar, business unit by business unit. And I think you will also see from today's presentations that we have an incredible culture, lots of passion and incredible talent to execute on that vision. And I would like to briefly take you through the order of the day before I tell you the story behind Farfetch.

We will start with Farfetch Platform Solutions with Kelly Kowal. She's a Farfetch veteran. She's been with us for 12 years. And she took the challenge of starting Farfetch Platform Solutions from day 1. And you will hear from her how unique our platform capabilities are for this luxury industry. We will then move to our Marketplace, and Edward Sabbagh, who took the new role of Chief Marketplace Officer just in the summer, is going to really bring to life the amazing capabilities and unique positioning of our Marketplace,

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

really the only Marketplace in this vast global luxury industry and also all the opportunities ahead for the Marketplace.

Double clicking on key reasons for the Marketplace, China and a part of the world where many of you are curious about how we're going about that huge opportunity, we will hear from our amazing Judy Liu, our leader in China and APAC who's been building this business to become the leading Western platform and perhaps the only Western platform really operating in the luxury space in China. She'll be able to tell you what makes luxury customers in China peak and why brands are so excited to partner with Farfetch to go after perhaps the most strategic and important market for luxury in the world.

Then we'll mix things up a bit, change the format of fireside chat. We will have Davide De Giglio, the Founder and CEO of NGG, talk about history, talk about the NGG platform and the brilliant future ahead with the addition of Reebok, but also incubation and acceleration of other concepts as well as organic growth of the existing brands.

We'll then wrap up the business section with Stephanie Phair, our Group President, who will deliver a key message for today, is that these 3 pillars really form a strong ecosystem that delivers more to our brand patterns than the sum of the parts. And we'll be bringing that to life with examples with case studies from Gucci to Ferragamo from Off-White to Burberry. And that will be also the content of some of the other presentations so that you really understand how we've really built a platform that creates a strong flywheel with each pillar being a catalyst for the other pillar.

And a very important part of the day is how this all translates into numbers. So Elliot is going to take you through the financial model, the 3-year plans for each of the business units and as well as our 2023 guidance. After that, we'll wrap up, and we will open up for questions.

So I wanted to tell you the story behind Farfetch. Many of you know, but some of you perhaps don't. Behind the concept of Farfetch, there's a deep love for fashion and technology. Actually, technology was my first passion. I started clothing when I was 8 in a little computer with Weber keys with Zed Spectrum. Those of you old enough will maybe remember this cool machine. And I really spent my teenage years coding, and that's when met Cipriano, our Chief Technology Officer, at Farfetch till today, and we started the software business in 1994.

Now I was born in the middle of fashion. My grandfather had a shoe factory in Portugal, and that part of the world has perhaps one of the biggest industrial clusters in terms of shoemaking, textiles, apparel, et cetera. And so it was only natural that we started developing software for shoe factories. That got me inside the workshop, learning how creatives brought collections to life, learning about partnerships, learning about quality, all of the values of the luxury industry.

And that's when I fell in love with fashion. That led me to move to London in 1994 to start a shoe brand called SWEAR. These are some of my shoes. This was the time of the Spice Girls, so give me a break here. And yes, we opened a tiny little stall, like a hole in the wall, 200 square feet with my little collection. And being a programmer, I also decided to create a website. And that's -- I'm telling you this story because that's really when I had a high moment. Because I would go to bed, close my little stall and wake up in the morning, I would have sales from Japan, from Hong Kong, from South Africa over the night.

And that was a lightbulb moment when I thought, okay, this is how every single brand and every single boutique will work in the future. Because this is a revolution for the consumer who can shop the streets of London, Paris, Milan, New York 24/7, but it is also a revolution for the brand or the boutique, who can leverage their physical footprint and inventory that is sitting in stalls and expose that to a global audience. That brings an incredible opportunity to build awareness for the brand, but also an incremental channel at no increased capital expenditure.

So it's also revolutionizes the economic model, as you will hear today, in testimonials from brands and boutiques. So that really was the moment where, to me, it was clear that digital technologies were going to revolutionize this industry. But then it took me a while to start Farfetch. In the meantime, I was speaking with hundreds or maybe thousands of fellow designers, boutique owners. I opened a boutique called [ Vista ] in London. I felt the struggle and the pain of trying to manage inventory, of trying to

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

managed brand relationships and also the impossibility for a small brand or small boutiques to really create a global e-commerce infrastructure, the white-glove service that this industry needs and aggregate enough traffic.

So when I say that this industry needs a platform, and this is the reason why I'm telling this story, is because it doesn't come from an academic belief or from data and hard logic alone, although as we will see, data and hard logic lead us to the conclusion that very much the industry needs a platform.

I came to this conclusion by an experienced truth. I really felt the pain as a designer and as a retailer and the absolute need that the industry has for its own platform, not a generic platform that doesn't understand the cause of luxury, but a platform that speaks our language. And that's one of our key advantages. We speak our partners' language. When we talk to a brand, when we talk to a boutique, we are one of them. And they know that we understand the cause of conduct of this industry.

So we started to close the Farfetch platform in 2007. I remember sent an e-mail to Cipriano saying, let's stop this ERP barring software for shoe factories. It's not going anywhere. Let's spend 1 year. We took the engineers that we had, and we started developing the Farfetch platform. And we launched in October 2008 in Paris during Paris Fashion Week. And that was really the birth of the platform for luxury.

But we had no idea how big this opportunity could be, and it is a gigantic opportunity indeed. And the reason why it's such a large opportunity is because this is a vast, very profitable and very resilient industry. On screen, you have the sales progression in revenue of personal luxury goods in the past since 2008.

And as you can see, there were only 2 dips in 2009 and 2020, unprecedented macro events led to those dips. But what you can see is a very fast V-shape recovery in this industry. And I believe this industry has the DNA and the structure to really recover very quickly from any such macro difficulty in the future.

And this is also an industry of fragmented supply, and that's why the opportunity is so big. It's the fragmentation, both on the supply and the demand side. On the supply side, the largest luxury goods brand in the world is around $20 billion, give or take. No one has the right number, but let's say $20 billion, that is 6% of the industry.

Number two, it's at a considerable distance from that. There are only about 5 companies operating at that sort of scale. And very quickly, you're in the $1 billion territory. A $1 billion luxury brand is a very large global brand, yet it's 0.3% market share. The reason why the industry is fragmented, and will always be, is because fashion is the part of culture that talks about our individuality.

As human beings, we have 2 paradoxical needs, the needs to belong and the needs to affirm our individuality. No part of culture brings that to life better than fashion. And you work on the closets of any fashionista, you will have access to many of them here in New York or maybe a dressing room in a separate room in an apartment and watching too much fashion in the city recently, but you will really see the microcosm of the industry right there and then. You will see heritage brands, new designers, high price points, low price points and many different esthetics for a single person, because we also use fashion to affirm how we're feeling every single day. So this inherent expression of individuality always leads to fragmentation on the supply side.

On the demand side, it's even more fragmented because this is an industry where the global luxury customer is so important. Today, we will talk about China, the second largest luxury goods market in the world, but of course, Japan, Korea, Middle East, Latin America, all these are key luxury markets as well as, obviously, the established markets in Europe and in the U.S.

So this fragmentation naturally leads to marketplaces. And this is actually not new. Marketplaces have existed for decades. Fifth Avenue is a marketplace. New Bond Street is a marketplace. Avenue Montaigne in a marketplace. There's a reason why all the luxury brands aggregate in a few blocks, isn't there? I mean here in Wall Street, you won't find any flagship start from any luxury brand.

After the street as a marketplace, we saw the department store as a marketplace, then we saw the shopping mall as a marketplace. So I remember speaking to the brands when I started Farfetch, and they

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

were, I'm not so sure about marketplaces. And they used to say, well, you sell only on marketplaces. You just call it different names.

And then the digital arena comes. And here, marketplaces are even more important because the cost of switching for the customer in the physical world is actually pleasurable. We come out of Bergdorf Goodman across the street, go to the Gucci flagship store, it's part of the experience. Online, you download 2 apps, deal with 2 customer services teams, input your credit card twice, et cetera. So naturally, the fragmentation of supply and demand lead to an imperative for a curated aggregation and a marketplace and a platform model to emerge.

And in this industry, Farfetch is the platform. And it's the one and only. In any other industry, you have more than one tech company going after the space. In music, you have Spotify and Apple Music. You have then Booking and Expedia and OTAs, and you would have new brand leave and rise, et cetera.

In the luxury space, this vast multi-hundred billion dollar industry, there's only Farfetch. And then you have retailers that have done a really good job becoming e-tailers or you have department stores that open websites. But there's really no application of the platform philosophy with a strong tech DNA apart from Farfetch. And as investors, I think this shows excitement in the long term.

And this is at the core of our mission. Our mission is to be the global platform for luxury to connect the curators, the creators and customers of luxury all around the world. But how did we go about building the platform? Now this is a very unique industry. And therefore, the platform had to be built as per the industry's needs. And we know these needs because we're an insider. We've been operating in the space even before Farfetch. And we've built this with constant feedback and in contact with the needs of our brand and our boutique partners.

The fragmentation of supply and demand as we saw demand in the marketplace, and that's where we started. So we built the Marketplace. But this is an industry of brands. It is very important where the brands are sold, and brand.com will always be at the top of the strategic priorities for the brands. But they need to do their brand.com in a specific way, in a luxury white glove way. They need the luxury capabilities that we have developed for the marketplace. So it makes complete sense for us to expose those capabilities so that the best brands and luxury retailers can leverage them to build their businesses.

Then, this is an industry of creativity. It's really shaped by cultural agitators. And I know as a designer, and Davide will tell you the many stories of all the brands and creatives he supported, that it is very hard to take your ideas off the ground and be able to execute them, produce them, get them to market, especially getting to market direct to consumer in a digital way, which is the future. And it is very important to have original content to drive our marketplace in an organic way.

So that led to the final third element of our platform, the Brand Platform, which we will cover today. The key here is that these 3 pillars, they are obviously built on the same infrastructure, the same API, leveraging the same resources. But they also form an ecosystem. And the ecosystem that brands are increasingly embracing, seeing Farfetch as a holistic true strategic partner. And you will see that in Stephanie Phair's presentation.

And I would just like to quickly explain how they mutually reinforce each other with some very quick examples. There will be many, many examples today, so I'll be very, very brief. So the Marketplace helps FPS because we have 600 brands directly on the Marketplace. By every day interfacing with the marketplace, they see our capabilities in terms of international distribution, in terms of connected retail leveraging inventory that is in store. And they want that for their own brand.coms or their own direct-to-consumer strategies. An example of that is Gucci, who started on the marketplace. He's now using the same integration they have on the marketplace to sell on Harrods.

Then FPS helps the Marketplace. Perfect example of that is Richemont. Cartier identified FPS as their solution of choice to leapfrog their digital strategies. That's how the conversation started. The group then identified that YNAP, who were looking to replatform their business, would also benefit from FPS, and in fact, FPS would also be the platform of choice. That led to a conversation. And now the plan and obviously, regulatory approval is still undergoing. But the deal involves all these maisons joining the Marketplace.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And mind you, these maisons are not sold in our competitors because they don't do wholesale, and our competitors are retailers. So Cartier, Van Cleef & Arpels', IWC, all these amazing high luxury goods brands in the Richemont Group, would not be on Farfetch if we didn't have FPS, if the conversation hasn't started there. And they see the strong synergies about having one single integration, exposing their entire inventory that is sitting in store, not just to their brand.com, their websites, but also to the world's largest luxury destination, Farfetch.

Then Marketplace and FPS help the brand platform, as we will see. Thanks to our digital capabilities, NGG was able to grow from around 2% to 20% online direct-to-consumer sales since the acquisition. But of course, NGG is a huge category for the Marketplace. Our largest traffic ever in a single day was not a Black Friday, but it was a Nike Off-White job.

So as you can see, there are very strong synergies and of course, cost advantages and cost benefits. And we will cover those in detail and then how this translates in numbers as well.

So we're at a very, very exciting part of the Farfetch history. The first 14 years were about investing to build the global platform for luxury and growing very fast to establish ourselves as clear leaders in this vast online luxury space. These investments involve creating a proprietary tech stack and logistics platform, as you will see. It involved creating a multi-tenant platform and launching the FPS business. We've invested and we've succeeded in all large luxury goods markets in the world: China; Japan; Middle East; Latin America; of course, U.S. is a key market for us as well. And last but not least, we added NGG, our brand platform, in 2019 to complete the circle.

Along the way, we've done amazing partnerships with Alibaba, with Richemont, with Kering, among many others, that are really believing in this vision of the future and want to build it with us. It was an amazing phase that positions now Farfetch as the clear leader.

And the next phase is about profitable growth and strong cash generation, leveraging the investments that we've made so far. And today, it's about providing you clarity of the building blocks in each pillar of this platform on how we will achieve our 2025 milestone.

I want to touch on ESG for a minute. Being the platform for luxury means that we have an opportunity to be a platform for good in this industry. I really invite you to download our ESG report from farfetchinvestors.com. It includes dozens of initiatives; very, very powerful metrics; impact measures. And you'll get a good view of the 4 pillars of our ESG strategy.

I want to touch briefly on 2 of those. One is positively conscious. This is about helping brands, boutiques and consumers make better choices. And how do we do that? We apply, again, a platform mentality to this. We rate every single product and brand on Farfetch. We use a third-party agency. That allows us to have a conscious label, and that allows customers to shop from a conscious edit. That is proving very successful with the conscious edit growing faster consistently than the marketplace.

In turn, that is incredible data that we can provide brands and boutiques so that they can create and curate better. This data, we can provide by category, by price points, by region in the world, so that they make much more sustainable choices. This is something really unique that we can bring to the industry, and that's why we're excited about this.

Positively circular is about extending the lifetime of luxury products. So here, we've launched a buyback program where we sell -- we buy back old pre-owned items from our customers. But we also apply the Farfetch model here. And uniquely, we are connected to some of the world's most exquisite vintage boutiques, bringing an incredible selection of preowned luxury to our customers, and our customers love it. These categories are again growing faster than the average on the marketplace.

And now we're moving to the most exciting part of the day. It's our road map to 2025. We will cover it as you requested, pillar by pillar, starting with Farfetch Platform Solutions. We will demonstrate how each pillar builds to a very exciting milestone, which is in clear line of sight, achieving $10 billion in GMV and 10% adjusted EBITDA by 2025.

And without further ado, I would like to invite Kelly to join me on stage. Thank you.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Kelly Kowal**
*Chief Platform Officer*

Thank you so much, José. Hi, everybody. I'm Kelly Kowal, the Chief Platform Officer, and I'm really excited to be talking to you today about FPS and our B2B business unit.

Now you may be asking yourself, what is a Chief Platform Officer? And really, that means 2 things. The first is leading and running FPS, which I've been doing since the inception of FPS in 2015. And the second is driving our platform evolution and strategy for future growth.

Now my background has predominantly been in the start-up space, running e-commerce and digital transformation for brands and retailers with the most notable start-up being Farfetch. And I say that, as José said, I've been with the company over 12 years, so nearly since the beginning.

And when I joined Farfetch, I joined to start up and lead the digital marketing function from scratch. So everything from acquisition to retention to user experience. And from there, I moved to a role where I was core at leading our international strategy and development. And so critically, for this conversation, that means I understand our platform, but also I understand what it means to drive a global e-commerce business for our clients, because I've done it.

Now I look forward to talking to you today about the FPS offering in more detail, why we are the technology partner of choice in the luxury industry and how we are set up to generate profit for the business.

Now as I said, FPS is quickly becoming the technology partner of choice. We started FPS in 2015 and launched our first client in 2016 with our core end-to-end e-commerce offering. But we knew if we wanted to scale and partner with large-scale enterprise businesses. We needed to diversify and modularize our product offering. And that's something we've been doing since day 1. So we went from launching 9 partners by 2017 to having an innovation partnership with Chanel the following year. And by 2020, we signed Harrods, one of the most iconic luxury department stores in the world. And as you know, we announced our most recent partnership with Neiman Marcus and Bergdorf Goodman, and earlier this year, to launch in 2023, which we're very excited about.

Now all of this means significant opportunity. FPS is still in its early days, but we have quickly proven we have become a partner of choice, and why we are the partner of choice is because of our platform. Our platform is built by luxury for luxury. And what I mean by that is we use our own product. It's the same platform that powers farfetch.com, and FPS offers immediate access to those same operational strengths to our partners.

Now I'm not going to break down all of the services that's on the slide, as Edward will go into it later today. But the important message is that we build these directly into our platform, so we're one integrated platform. So for instance, our partners and our clients, instead of having multiple vendors to run logistics or payments or even product catalog, we offer these directly from our platform with a seamless integration. However, we've also created the platform to be modular through a series of micro services, which means we can tailor the offering based on what our customers need. And by being an integrated partner, this means we offer a multichannel seamless user experience for our customers. But the platform isn't the only reason they choose us.

Now we know there are a lot of platform choices out there. So what I wanted to talk to you today is about why our partners also choose us besides the platform. And really, our platform offering is unique and is built around 4 key USPs.

Now that first one is a global partnership. Farfetch has been global since day 1. It's in our DNA. But it's not just about shipping globally, but how we localize, how we acquire customers, how we think. We can be strategic thought partners for our partners, and they love this. Equally, what they really love is that word partnership. We are a tech partner. We are not a tech provider, and this is what our clients love this. They love to know that there's somebody on the other side helping them through this.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The second one is connected retail. This is really about connecting the customer experience, both online and offline, and connecting our partners' inventory to wherever the customer is shopping. Now we know customers shop in multiple forms with multiple retailers, and we want to facilitate that transaction wherever it may be.

The third is modular solutions. We provide modular solutions and services tailored to our partners' needs. No 2 partners are the same. So we have a series of products and solutions that we can use to really drive our partner strategy.

And the last is innovation. As I said before, we use our own product, so we never stop innovating. Innovation is at the heart of what we do. Now all of this gives us a unique position which, of course, means opportunity.

So now let's turn to that opportunity. But before I do, like I said earlier, no 2 partners are the same, especially in luxury. That's why it's important to have different products to address different needs, so we can partner with brands and retailers in different ways. But more importantly, this opens our addressable market.

Now the first is our end-to-end e-commerce product, which is our long-standing and core product offering. Now what I've done here is I've shown you some generalist competitors on the bottom in each of these 4 areas to show a comparison of the market. But of course, the key thing here is that they only do one of these offers. We offer an integrated solution, so you can have our stand-alone e-commerce product offer or you can add these modules immediately or as in when you're ready.

Now the second is our e-concessions as-a-service product. This is incredibly important because this is where the industry is headed. We have over 600 luxury brand partners already integrated into our platform, and that inventory can be activated for our platform customers. Meaning someone like Harrods can tap into this inventory because they are integrated in some platform, and they can immediately start selling that inventory on their own brand.com.

Now brands are going direct to consumer, but it's really difficult. Brands have multiple inventory points, multiple retailers, and it can be really inefficient to manage. But with one single integration, FPS unlocks the world of luxury retail.

Now the next is global logistics and payments. Our partners love this. It's robust, it's scalable and it's efficient. Now up until now, this has been a subset of our end-to-end e-commerce. But partners love it so much, it's becoming a standalone capability. And as you may already know, we'll be launching with Neiman Marcus next year as our first stand-alone logistics client. There's so much potential in this, and we're really excited about this product.

And the last is connected retail. This is so much more than just in-store technology. It's a seamless customer journey. Whether that starts online or offline, our technology offers a personalized experience at multiple touch points, whether that's physical, digital or even now virtual. So it's wherever that customer is interacting with our partners.

So as you can see, by creating various product sets, it gives us opportunity to drive sales across various product segments and to grow our market share. And looking at those segments, we have huge opportunity to play in, and our TAM is close to 425 billion. That's because we play in different spaces. So when you put this all together, it means growth, growth for our partners and growth for us. Now let me show you how this growth translates into revenue.

We have a very strong revenue engine, which is predominantly made up of 3 buckets. So the first bucket is delivery. This is a onetime fee, and this is really our upfront build and implementation fees. Now these fees vary in size depending on the complexity of the project. We start billing, though, from day 1. So that means we start generating revenue from day 1 as well. So from there, we launch and then we move into what we call run. That's where we take a revenue share. And this is why our partners growth is so important to us. When they grow, we grow.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And the last one is our services, which are all priced separately. What's really interesting is that what Farfetch.com would see as cost centers, these are really our profit centers. And this is because the services that we built for ourselves, we are now capable of leveraging that work for our partners. And these services really do help to facilitate additional growth for our partners, whether that may be demand generation or even things like localization and potential Chinese customer service where they're not going to be doing that themselves, we can actually offer that to augment their existing services they have today.

So all of this means profit, and all of this means margin. And why margin is so important to us is this is the basis for how we price. Our pricing is driven by target margin. We do not use the commission rate as our starting point. So just want to say again, we use a target margin. From there, we look at the inputs that would then effectively drive what that take rate needs to be.

So for instance, we look at what products and services are they using? So this will vary from client to client. What are then the operational costs to support those products and services? So i.e., what's the cost to actually run. And the last is sort of what sort of order volumes we'll be running through the platform?

From there, what we do is we then calculate what the take rate needs to be in order to hit that target margin. So starting with the target margin means controlling profit, which Elliot will take you through in his session later this afternoon.

Now our revenue model also provides economy of scale for our partners. So I provided an illustrative example of how our fees ladder up, but more importantly, what I've done is I've compared it to a typical competitor set. Now when we look on the chart on the left, you can see the relative costs for each service it takes to run a comparative e-commerce business. And because each one is a stand-alone service or a contract or a different vendor, it's difficult to get economies of scale because you have different contracts, different rates, and you don't benefit from volume-based discounts. All of this is really costly, ineffective.

Now when you look at the chart on the right, you can see our blended commission rate is lower, because these services are typically included in our commission rate. And now there's 3 real reasons of why we provide economies of scale.

The first one around fees. So we offer direct savings on things like credit card fees or shipping rates. Because we have such strong order volumes, we typically have better rates than a standalone retailer. And then we pass these costs directly to our partners, and we pass through the savings as well. So for instance, we're working to save one of our partners currently over $1 million in shipping costs alone in the next year.

The next one is around tooling. Our tooling is built into the platform and as proprietary tools. So there's no need to have an additional CMS or OMS or PIM. These tools are essential to running an e-commerce business, and these are included in our offering because we know how important they are. Now this saves on cost, but it means less vendors to manage, a streamlined tech stack and more efficiency. This is also similar to something like additional services to facilitate e-concessions or even global shipping.

And the last is resources. Our partners don't then need to build up big teams that aren't their core competency. And by doing this, they can unlock the focus to what really matters to them, and that's building an incredible brand and an incredible retail strategy. We can also flex up and down resourcing because of our model, which then means we can be nimble to our partners' needs.

So when you add up those savings with the efficiencies, it means less cost to our customers, which then they can reinvest in their digital business, reinforcing their D2C strategies. Now this is precisely one of the reasons that Harrods chose to partner with us. And this is a quote from Andreas, who's the CIO at Harrods, who is one of our big partners. "So Farfetch has been a strong partner for Harrods. We selected Farfetch due to their Software-as-a-Service platform, whilst allowing us the capabilities to enhance our front end with FPS, moving away from a complex in-house stack of multiple vendors and has made economic sense to Harrods. Their experience in luxury and willingness to mature their platform for multi-category has been essential in our partnership."

So as you can see, our partners are actually recognizing this value. So we've talked about the opportunity, how we built a platform for luxury, how our 4 key products address multiple ways to partner, all of which

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

are underpinned by a really strong revenue model. This all brings value to our partners, but now I want to turn our attention to my favorite thing to talk about, and that's our clients and that's their success. I want to show you the key results of what happens when we bring all of this together.

So the first case study I want to showcase is Thom Browne. Thom Browne has a fantastic vision for their direct-to-consumer strategy, and we were so excited to work together to bring that really to life for them. Now Thom Browne originally approached us because they were predominantly a U.S.-focused brand, and they wanted to unlock their international offering and expand their customer base beyond the U.S.

Now our approach to unlock this opportunity was to create a rebranded global website, also with translated and localized versions into Chinese, Japanese and Korean, which were really key markets for them. We then activated global logistics to allow them to ship internationally. We rolled out various local payments and currencies in other markets, and all of this was underpinned by a really strong international digital marketing campaign to drive customer acquisition and retention.

And the results have been incredible, seeing 173% global growth in 2 years. They're now shipping to 190 countries and territories, and we've seen really strong performance in those key markets I mentioned, with over 800% year-on-year growth in South Korea, nearly 150% growth in China and 36% growth in Japan just in the first year after launching these territories. International still remains a huge part of their overall business and their overall strategy.

But what I think is even more remarkable is when you look at it holistically, Thom Browne has seen a 67% GMV CAGR by expanding the partnership to use the full suite of the Farfetch ecosystem. Now they started as a Marketplace customer, but then they quickly became a full suite of FPS products and an FPS customer. From there, they started to use our in-store technology, which was crucial for their retail strategy.

And I don't know if many of you know much about Thom Browne, but they have very small stores, which mean they don't carry all of their inventory. But by using our in-store app, they could offer the full breadth of inventory to their customers, because we are actually able to see their full inventory because we're integrated with their website, their stores or other e-tailers, so they could facilitate that transaction in store even if they didn't have the inventory in store on hand.

The next is they use our media agency in China, CuriosityChina; and they also use our warehousing services, Fulfillment by Farfetch. Now Thom Browne truly view us as their digital partner, and this is a great example of the stickiness of our partnership and the continued growth of a partner that they can have by utilizing multiple services.

AMI is another really strong case study. They are a long-standing partner with us, and we were -- they were one of our very first clients, and it's been incredible to watch them grow over the years. Now they approached us originally to reach new international markets and expand their brand offering globally. So what we did with them is similar to Thom Browne, we launched a global website, including global logistics and localized sites in Asia, which were all very successful. And overall, we've delivered on their ambitions with over nearly 50% of revenue coming from international orders in year 6, which was up from 27% in year 1.

But more importantly here, over the course of the partnership, we continue to push their brand offering, and there are 2 notable callouts.

Now the first one is the expansion into womenswear. We're supporting a completely new category and helping them create a completely new customer base and a new customer experience online to support this category. Womenswear still is a huge category for them, and they're still investing quite heavily in womenswear.

But the second is launching a connected retail shopping journey, which is a great example of bringing together the offline and the online experience. Now again, because we can see all of their inventory, we are enabling customers to shop online, see what was in store in their size and make an e-reservation in their stores, meaning we are driving people back to physical retail. We also facilitated click-and-collect

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

and same-day delivery across all of the AMI locations. So they've seen huge success in rolling out the first stage of connected retail.

The second stage will be exploring the introduction of in-store technology to elevate that customer experience. And doing all of this means we have delivered a 58% CAGR. This is another example of how we can drive value to our partners by delivering on their strategy.

Now the last case study I want to cover is Harrods. So Harrods is such an incredible business with a hugely international customer base. It's important to them to always be able to reach that customer base. So they came to us originally because they want to replicate the same world-class in-store experience online. And that also included using our e-concession inventory we already had on the platform.

Now what they realize is we already had those connections to these brands, and they didn't want to have to integrate each one individually, which will be costly and time inefficient. And by using our e-concession product, they've been able to unlock direct inventory from super brands such as Burberry; Gucci; Brunello; Zegna; and coming soon, Balmain. Harrods has been able to increase the inventory from those brands by nearly 500% while also increasing the number of styles they can offer to customers by 25%. So more styles and more has meant the growth of e-concessions brand tracking at nearly 40% CAGR since 2020.

So with one single integration into the platform, we can be the partner of choice to power e-concession for luxury brands and retailers, ultimately resulting in better inventory choices and a better experience for the customer. Now Harrods is about extraordinary customer experience and about extraordinary products. And by partnering with us, we've been able to deliver the same experience online as they get in store.

Now to summarize the partnership with Harrods, I wanted to play a short video from Michael Ward, the CEO of Harrods, who has reiterated the main reasons we are the technology partner of choice for Harrods.

[Presentation]

**Kelly Kowal**
*Chief Platform Officer*

So now that we've seen how it all comes together, it's important to note we don't just stop here. And as I said at the start, we're just at the beginning of the journey. There are really 3 areas that we need to focus on. The first is deliver. So we have significant commitments in the pipeline currently, and we need to focus on delivery and implementation for our new clients. And by doing this, this means that we will be recognized as the leading platform for luxury attracting new customers in the future.

The next is scale. We need to continue to scale the newer products in our feature set that I took you through earlier. And by doing this, we will attract additional customers and drive further profits.

And the last is evolve. We need to continue to evolve and differentiate our products and offerings to meet the future needs of our clients. And by doing this, we open up the addressable market in which we can operate. So all of this means more clients, greater addressable market and higher profits.

And currently, we're on track to double our client base over the next 3 years, and that's just with the commitments we have today. So we're starting already with a really strong base and excited to add Ferragamo, Reebok, Bergdorf and Neiman Marcus to our portfolio next year. And pending regulatory approval, we'll be adding in NET-A-PORTER, Mr. Porter and the Outnet plus Cartier and Chloe followed by an additional 4 Richemont brands in 2024. And in 2025, we'll launch Yoox as well as the remaining 12 Richemont brands. However, we think there is considerable upside as we have a robust pipeline outside of these commitments, and there's still huge potential for our other modules, which are not included in this graph or in the figures that Elliott will take you through later.

We have invested in the platform. And as you can really see now, it's really starting to pay off. So I just wanted to end with 4 key takeaways from today. The first is that our platform services are really tailored to meet the specific needs of the luxury industry, which we've demonstrated in our case studies. The second is that we have a scalable, integrated platform with unique module capabilities. The third is that

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

our economic model is focused on margins and profitability. And the last and probably the most important is that we have a significant step change expected in the next few years. And as I said before, we are just at the beginning, and we are so excited for the future ahead. Thank you.

**Unknown Executive**

And now I'd like to hand over to Edward, who will be taking us through our marketplaces.

**Edward Sabbagh**
*Chief Marketplace Officer & Member of the Executive Board*

Good morning, everyone. My name is Edward Sabbagh, and I am the Chief Marketplace Officer at Farfetch.

In terms of my background, I am both the tech guy and a fashion guy. My journey actually started in the world of math. I completed several mathematics and statistics degrees followed by some analytics roles. Fast forward a few years and before joining Farfetch almost 6 years ago, I held several leadership positions in some of the world's biggest consumer and luxury companies as well as cofounded and led a leading global marketplace.

Today, I'm going to take you through what I see as one of the world's most exciting equations, the luxury industry. I will take you through how we have developed a leading marketplace, why we are seeing as the primary destination for luxury. And while we continue to grow, how we are at a tipping point in our journey where we are best fit than ever to boost profitability.

But before we take that leap, let's remind ourselves of what Farfetch is. As you know, Farfetch is a global platform for luxury connecting creators, curators and consumers. We sit in the middle of an ecosystem, drawing together nearly 4 million active customers in 190 countries and more than 800 curators and 600 brands that rely on us to reach those customers. But these aren't just any creators or curators. These are the leading names in luxury who recognize our unique ability to connect to our customers.

And why is that? Simply put, it is because we offer a superior value proposition. Farfetch is personalized, vast and innovative. We understand our customers, giving them what they want, in the size they want and fast, wherever in the world they may be. We can do this because we have the most extensive and highest quality selection of online luxury which circa 5x the number of SKUs than the next largest retailer.

From logistics to media, to data, we develop and provide an entire special solutions to deliver that superior offering. And that is beneficial to all our partners were the more curators and creators we have, the more consumers come to us. To drive it to the next level, we have developed a new structure to strengthen our marketplace.

Both 3P and 1P now sit in the same business unit. While we always work together, this new structure will allow us to meaningfully benefit from each of these platforms. More than ever, we'll be able to drive a full alignment on a singular vision. And these changes will demonstrate why believe Farfetch is the global definition for luxury whilst driving operational leverage from synergies between the teams. This is further demonstrated by the journey we've been on. Our marketplace has expanded and evolved over the last decade.

I won't go into all the details in this slide as I know you're familiar with it. But the main point that demonstrates is our growing momentum and our above-average industry CAGR of 43%. One of the factors behind this is the customer. We have a young, digitally native, international and affluent customer base, and they are a key driver to our profitability. 70% of women and 75% are millennials or Gen Z., and we over-index on each of them.

The footprint is also diversified and global with a unique position of being one of the big players in every major market in the world, including China. Not only does this mean that we have the best quality of customer, but we also have the most of them, as you can see in the next slide. Farfetch is the primary decision online luxury and is ranked in the top 700 websites globally, all categories included. In the online luxury space, our ranking is far ahead of the next largest retailer with a global traffic that is 5x higher. So we have the customers, we have the supply, and we are delivering results.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

As I previously shared with you, from over $400 total -- billion total personal luxury goods TAM, the Farfetch marketplaces have a huge opportunity in the online space, above $100 billion. Supporting this growth are 3 key drivers: in continuing to shift to online, the generational shift that we've already discussed and growing emerging markets such as China, which Julie will take you through later.

Farfetch covers and addresses each of these drivers. So going back to my math, this is the opportunity. This is the equation we are solving. But like any math problem, we first need to understand the variables to get to the answer, and you can see them on the next page. It is made up of 3 parts: first, having the unrivaled supply which is then enhanced by the best-in-class discovery and engagement, and this is delivered through a platform that is trusted by our customers. Those are the 3 legs of the stool that drive traffic, conversion and retention. And they will allow us to achieve our $3.7 billion GMV target and our 40% OC margin by 2025.

So what I'm going to do now is prove out to you this equation and explain to you how the past 14 years investments will deliver even stronger growth and profitability going forward. Starting with supply. Now this slide shows you how each element is a force multiplier for the next. It starts with having the most extensive supply across key luxury categories. This then drives consumer awareness, so that they think of Farfetch every time they think of luxury which then means Farfetch acquires and retains a loyal consumer base. This then provides a profitable sales channel for our supply partners with the best-in-class end-to-end solutions, resulting in Farfetch being recognized as the online partner of choice. And this comes back full circle to the unrivaled supply after I've just talked to you about.

Now that may sound simple on the surface, but there's a myriad of complexity beneath each one. So let me break it down to you further. You already know we have incredible breadth of supply. But it's not until you really look at these numbers that it stands out. We have more than 5x the breadth of assortment for the next largest retailer, but that is not just based on 1 or 2 brands that is across every brand. And it's not just about quantity, it is also about quality.

Taking one of many examples, the recent list index, which shows you the 10 hottest items in the industry in Q3. For every single one of them, we were stocked, and we had a lot of growth of that stock year-on-year. This breadth and quality gives us an advantage as it allows us to talk to a broad range of customers and multiple point of views. Some of our competitors have taken the approach to target a specific customer. For example, Mytheresa will target the mother amenity or essence who will focus on the expressions. While we might over-index in certain categories, our business model enables us to capture all of it. Not only does this allow us to speak to our customers whatever the trend may be, but it also means that if you're a brand looking to reach specific or new customers, Farfetch is the obvious choice.

But it's not just about customers for brands. It's also about aligning to their strategy and maintaining control over their pricing and distribution. Here you can see an example of how we work with one of our top brands.

We were able to implement a pricing and distribution strategy, which saw a shift to full price and direct sales. 4 years later, that brand is predominantly a full-priced brand with 70% direct sales mix and a significant increase of stock on our platform. So when they win, we win. But while sales are, of course, important, there are other elements of the relationship that we can develop. Brands want to participate in special moments within luxury, and we help them with this. We look to be their partner from anything from exclusives to events, to activations. For example, Dolce Gabbana gave us access to all our private clients for preorder in the new season and Valentino did a partnership with Natal, which was exclusive to Farfetch. So not only are our marketplace, we are also a marketing partner working with brands under special moments in luxury.

And to maintain its advantage, we continue to add new categories which further differentiate us. In the past 2 years, approximately 20% of Farfetch customers bought at least one other category on top of fashion. This is everything from watches to eyewear, to beauty, to homeware, to many more.

By expanding to these new categories, we're starting to see a bigger capture of our customers' share of wallets. These cross-category customers are delivering a GTV growth that is twice as high an AOV

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

growth that is 4x higher and a private client GMV mix that is 11 percentage points higher than fashion-only customers. Not to mention that return rates among these customers are also much lower.

In addition to beauty, one of the newer categories we're very excited about is hard luxury. We recently signed a landmark deal with Richemont subject to regulatory approvals. And for the first time, we will have 3 of the top brands in the hard luxury, Cartier, [indiscernible] and Buccellati. This will be a huge opportunity for us as it represents 23% of the luxury industries, but only accounts for 3% of our current sales.

So to be clear, with these new categories, customers might come looking for one luxury item, but they will stay for others. And this further strengthens our reputation as the online luxury destination, the place where you find every item of luxury that you need. So to bring this to life, we have a video for you.

[Presentation]

**Edward Sabbagh**
*Chief Marketplace Officer & Member of the Executive Board*

So that ends the first element of my equation having the unrivaled supply. Now let's move on to the second element and how we deliver the best-in-class discovery and engagement. As Spider-Man once said, with great supply comes great responsibility. Having extra brands, access to brands and products means we must have the very best discovery and engagement experiences.

Now I mentioned at the beginning that luxury is not like any other industry, it is a combination of both art and science. It starts with having some of the most advanced machine learning algorithms in our industry, leveraging the vast supplies of visits that we have. We then have curated and inspirational journeys that help our customers navigate the vast supply. Our communications are becoming more and more targeted and relevant to our customers, and of course, our private client experience ensuring that they get the most exclusive and luxury experiences in the industry.

I'll now expand into each one in more detail. Our 1 billion visits a year positions us to develop the industry's most sophisticated personalization capabilities. Our powerful ranking algorithms are now driving one-to-one personalization for every visitor. They love to search with us, driving more than 1/3 of our GMV, and we aim to become the search standard of luxury. And we have various other algorithms that recommend anything from products to full looks, to sizing and many more. This approach has generated millions of dollars of incremental value in the past year alone. When you take these numbers into account, it doesn't take long to understand the difference, a small percentage uplift in conversion will make.

Let me bring this to life for you. With our scale, a 10% increase in conversion generates an incremental $320 million increase in GMV and 270 additional basis points in our order contribution. This is why we will continue to invest further into this massive opportunity. We also recognize that luxury is about inspiration. Our world-class machine learning algorithms drive our editorial content for a truly curated personal journey. It is strategically placed in the discovery of the product categories to create inspirational moments through content storytelling, we offer live stream sessions on a frequent basis, which deliver above-industry average benchmark engagement and very high conversion rates. And recently, we even launched personalized weekly edits, which our customers love. Think of Spotify discovery weekly, but for luxury.

All this is further supported by smart communications, which are personalized, targeted and getting better and better. From style aesthetics to newness e-mails based on your preferred designer to specific product level triggers, these processes and approaches are not only driving close to 40% more engagement, but a much higher conversion and loyalty from our customers.

Our private client experience takes us to the next level. We provide our customers dedicated style services and exclusive access to new merchandise as well as dream experiences, such as early access to private collection events with the brands and VIP seats at the world's largest locations. And then we have our unique fashion concierge service. it is really delivering results with a 30% higher retention rates than customers that do not use the service. So far, the service has served -- has sourced items such as a $2.4 million watch to an 8 karat diamond to a $500,000 Himalaya Berkin bag.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

FARFETCH LIMITED ANALYST/INVESTOR DAY |  DEC 01, 2022

So to go back to my math, I started with, we've been working hard to develop all the variables in this equation and what is driving that. We have the unrivaled supply, which makes us the go-to decision for luxury. We combine that with the very best discovery and engagement capabilities. But each one of these legs while they're incredibly important, they only stand up if we have the third leg, being the platform of trust.

For everything to work together, we needed an integrated operation platform to amaze and build trust with our customers wherever in the world they may be. This is an absolute must in the luxury space. And we make sure that for everything we do, the experience is of the highest luxury standard and is fully localized.

For example, A customer in Mexico will be able to shop our websites with fully localized content, including the sizing standards she is most used to. She will be able to pay in her local currency and through her preferred payment methods and she will have access to customer service through her preferred channels. We understand that there are important differences in providing a more elevated e-commerce experience in each country.

And for our approach to work, it has to address these intricacies. Our content production in 21 languages allows our customers to seamless shop our catalog. We have the most extensive payment networks localized in every major region we operate in. We have developed an ultra-sophisticated delivery and returns network; and finally, our customer service available in over a dozen languages and growing in white clock services.

As you've seen a lot of these initiatives in the past, I'm going to deep dive in delivering returns and share with you the recent updates in this pillar. Our system provides a real-time single view inventory for over 2,000 sellers and stock points we have globally. We take care of duties and customs handling and provide 3 worldwide returns. And this is coupled with multiple delivery options to suit our customers' needs, including everything from standard delivery to 90 minutes in some cities.

Finally, our fulfillment by Farfetch solutions. This is powering all our loyalty businesses as well as our 3P consignment. Operating 8 warehouses in key luxury markets, it is really allowing us to better match our supply and demand and thereby leading to meaningful cost efficiencies. So far, our strategy enables us to be incredibly successful at capturing market share and making us the leading platform that we are today. But we are now at an important inflection point as Jose talked to you about. Where we're going to start to see our investments not only driving sustainable growth, but also boosting profitability.

Increasing profitability is the result of a multitude of levers and initiatives. It is about being laser-focused on the strategy I described to you before as well as leveraging all the customer knowledge and data that we've harnessed over all these years. The formula will be actually following is quite simple. It is about maximizing our order contribution through customer lifetime value growth as well as driving efficiencies in customer acquisition and engagement. This is then coupled we're driving operational leverage in our fixed costs.

So over the next few slides, I'm going to go into each of these 8 main order contribution driver in more details. Starting with our loyalty program, Access, which is a very important element of our strategy. We are not trying to acquire any type of customer. There are various signals and not us now that we're acquiring a future private client customer. With our data and through our sophisticated platform, we are able to scientifically predict not only potential high-value customers but also customer cohorts that are 6x more likely to make a purchase within the next 15 days.

And we use this with each of the 500,000 new customers we acquire every quarter. After each customer places their first purchase, we feed them into our loyalty program. We know the simple action creates a 20% incrementality on average. And those customers that place 2 orders within a year have doubled the probability of reordering within that year. And this is why we have initiatives to drive that second order.

From the second purchase, we can provide compelling rewards and unique experiences, which in turn encourages retention and repeat purchases. And our data shows that our customers are really seeing these benefits as they get upgraded tier by tier. The repurchase rate go up by 75% once they reach gold,

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

and our platinum tier has great formal with more than 90% of our PC clients being migrated from this tier. So it's about the benefits, the service and the experience. But while we're seeing very successful results, we are also aware that we are just at the beginning and which is why we're going to continue investing more and more in driving the premier loyalty program of the industry.

The significant growing opportunity for us is a private client. Again, this is mostly made up of millennials, who spent a significant percentage of fashion. And this tier is massive. Our private client alone is bigger than some of our whole competitors' business altogether. And we don't just have any private clients. Almost 1/5 are spending above $120,000 a year. However, it is one thing identifying them. The key is to grow and retain this client base. And the good news is that we are.

We have achieved a 95% retention of our private client demonstrated our trusted status. On the left, you can see why we value them with more than 17x more order than the average harvest customer and an AOV that is twice as high. And we continue to build on our success with retention rates going from 92% in 2016 to above 95% in 2021. And this is also mirrored by GMV, which over a similar period has grown in contribution from 22% to 28%.

So we have the largest and fastest-growing online private client base. And I believe we have an even bigger opportunity to capture more share of wallet and more retention through our unique service proposition.

All of this is further supported by personalized and targeted communications. Different approaches work for different customers. From just 10% just 2 years ago, more than 60% of our communications are personalized. And this is really delivering results with a 66% better conversion rate than nonpersonalized com. So the more we into this approach, the more we understand what works for each customer and the more personalized we can become.

Once again, we're only at the beginning. And our customer is a multichannel shopper, which is why we have put so much focus on building our app. You can see on the left, how that has grown from just over a quarter, 5 years ago to being close to 65% of the proportion of existing orders today. We are ranked number one, amongst our peer set in terms of downloads, both globally but also here in the U.S.

Our app also delivers superior performance with almost twice as high repurchase rates than non-app users and is driving 30% more revenue and 40% more profit over a 12-month period. So some very impressive and encouraging results, which is why we are going to continue focusing on the app and continue getting our customers to download it.

Another key element to our strategy is building our brand, which is again showing very promising results. When measured against other multi-brand retailers and anonymous surveys, the results are measures of multiples higher, as you can see on the table on the left. And this is starting to show in our sales distribution where we are seeing increases in organic traffic and sales on our platform and this is truly allowing us to fight the rising media inflation cost.

NGG is another key part of our strategy to drive more and more of that organic traffic. We have had some of the most successful partnerships in the industry, some of that got even more visits than at peak Black Friday.

But I will let my colleague, Davide to take you through this in more detail this afternoon, then comes media solutions. Whilst a small portion of our business today, our Media Solutions vertical has been exploding, growing at 81% CAGR. Our Media Solutions today represents less than 1% of our GMV, and this is why we believe we're just at the beginning.

From audience-based targeting solutions to sponsored product ads, to exertional solutions, we will be bringing our partners the most elevated and engaged luxury audience. This is ever more important in a world where privacy changes are making it harder and harder to target customers through the usual traditional channels. With an industry benchmark of 3% to 5% of GMV, we believe we have a huge headroom ahead of us.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Finally, our logistics cost per order and our shipping cost per order have both decreased by 18% and 12%, respectively, since 2019. This is compared to a benchmark 6.5% inflation rate in the U.S. and similar levels around the world. So when most companies are combating external headwinds such as inflation, our investors in our platform, our data, our fulfillment allow us to go into complete opposite direction.

So what I trust you've taken away from this section today is that the Farfetch marketplaces are operating in a very attractive market, and we are growing via our global platform with a superior value proposition. We have a clear opportunity and a very focused strategy to go after this $100 billion. We'll be leveraging our unrivaled supply. We'll be delivering the best-in-class covering engagement and we will be growing and growing our platform of trust.

Our strategy is now at a tipping point. Not only will it drive growth, it will also drive profitability through customer lifetime value growth, and customer acquisition imitation efficiencies as well as driving operational leverage in our fixed costs. I am really proud of the work that we've done, and I'm very excited about our future. Thank you for your time today, and I look forward to take your questions later on.

I will now pass on to my colleague Judy, who will take you through the exciting opportunity in China. Thank you.

**Judy Liu**
*President of APAC*

I'm Judy Liu, the President of Farfetch in Great China and Asia Pacific. Today, I'm going to show you how we have built strong foundations for long-term success in China. I'm a Chinese entrepreneur with more than 18 years' experience in their Internet and luxury industry. I'm also on the board of brands like Acne Studio and Shanshan.

In 2011, I was the Vice President of the joint venture between the American company, Grupo and Tencent. During that time, I successfully launched the business across China, overseeing the opening of 40 physical offices in just 6 months. I observed the decoration and the growth of WeChat, and I saw the massive opportunity in the luxury online industry. That's why I founded CuriosityChina, which quickly become a market leader for the tech solution and digital marketing for luxury brands. and a natural and strategic acquisition target for Farfetch.

When I met Jose in 2018, I was impressed by what I saw, especially the potential for Farfetch in China. Look, luxury is very different. It's an industry driven by supply from Europe. There is no way a local player can match our unrivaled global supply. For example, when we launched our Tmall channel, 90% of the brands were new to Tmall. But unrivaled supply is not enough, so we have built an exceptional localized experience and thus our strong foundations for long-term success, and I'm going to take you through it.

We have built an amazing business in APAC, but today, I'm going to focus on China. Let me start with a reminder of the importancy of Chinese customers to the online luxury to the global luxury business. Of course, we have seen some short-term headwinds with COVID lockdown, but our core customers happened this year. One conditions allowed we are confident they will be back to shop.

By 2030, the Chinese luxury market will be over $240 billion. I'm including here all Chinese customers, not just those who live in China, but also those Chinese leaving abroad, who like to use social platforms and shop in their own language. That will make up 40% of the global personal electric goods market by 2030. That's what we call a massive opportunity. We captured the most valuable group of Chinese customers no matter where they're located. First, we have built a B2C platform, which is our marketplace for our customers. And we have also got a great B2B platform, our Farfetch platform solution for our brand partners.

Let me start with B2C first. Who are our Chinese customers. First, they are very young. 90% are millennials and Gen Z customers and 5 years younger than the average age compared to our other markets. And they spent a lot of money with us. Our average order value is more than $800, that's 30% more than the global average and almost doubled average global lifetime value. Unlike another Chinese

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

e-commerce platforms, where customers mostly purchase like bag and signature logo products, our customers have sophisticated fashion lovers.

More than 60% of our GMV comes from apparel. Those are real fashion-forward customers, they want new fashion pieces every season, and that means higher lifetime value. These customers are really sticky. Our private client typically visit us more than once a day and the order nearly once a week, and we make it very easy for them to do so.

China is a mobile-obsessed society. It's not just limited to the mobile payment. A lot of Chinese people live their daily lives on social platforms, social media. So that's critical to how we address this market, and I will come back to this later. But first, I want to give you a bit more of a context. We all know that many global organizations struggle to operate effectively in China. Every once in a while, you will reach business articles with titles like why do foreign companies still in China or 10 challenges to survive in the Chinese market.

The truth is, no global e-commerce platform has succeeded in China. EBay, Groupon and Amazon, all struggle to crack the Chinese market. But we have built exceptional localized experience across the whole customer journey. We are the pioneer of private client in China and all this helped us build a strong local brand, helping the Chinese customers open a door to the worlds of luxury fashion.

Really importantly, what we offer is completely different from and a lot better than anything else in our market. We are unquestionably the most localized global company in the e-commerce industry in China.

So let's look at some of this in each more detail. Our first move in China was to localize our technology. We have got around 150 engineers coming from the top Chinese Internet companies. And China is the only market where Farfetch has a dedicated app. That helps us to provide the really important bespoke experience to our mobile access to Chinese customers. Today, around 90% of our China Mainland GMV comes from mobile. And within the app, we designed a lot of really cool features to offer localized customer journeys from attraction to retention. We also integrated local content, which builds collection and interaction.

One simple small but interesting example is Chinese customers sometimes have difficulties prolonging brand name. So we have added a small speaker, icon at the top of every brand page to prolong the brand name in its original language.

[Presentation]

**Judy Liu**
*President of APAC*

So we at Farfetch are providing a virtue of the day for many of our loyal customers and our customers love it. But our localized user experience is about much more than just the mobile. It's also about providing the most stable and reliable operational service. And you have probably heard how Chinese customers are demanding and they are.

For instance, let's take a customer service. In Western markets, customers tend to contact customer service post the sales if they have a program. But for Chinese customers, it's the opposite. They love to chat and they ask thousands of questions with customer service before making a purchase. We quickly understood that for us, effective customer service needed to be much more than just after sales troubleshooting. So we designed this as a presales customer engagement team.

This team has a fashion, understanding and product knowledge. Customers can reach them via the live chat on our app or social media like WeChat, and this really helps drive sales.

We have also fulfilled the complex regulations so that our local customers experienced a smoother purchasing journey. Custom clearance in China is extremely complicated. What we have built allowed us to provide a reliable service and a smooth delivery. The mechanism for doing this is based on a very localized team with unrivaled expertise. And this is not easy to replicate. We were the first company not the first foreign company, but the first company ever to successfully integrate a cross-border tax reform

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

system with the Shanghai custom authority. We continuously invest in the infrastructure to enable us to operate effectively here. For instance, we set up our data center in China. Our understanding of the evolving Chinese regulations enable us to stay one step ahead of our competitors.

Now of course, all these backstage efforts are invisible to our customers, all they get is a simple, reliable and effortless shopping experience. But a lot of our customers want even more. So we were the first to bring the concept of a stylist or personal shopper to China.

Chinese customers place real value on personal shopping experience and advice. They love to understand trends and work hard. But unlike in U.S., where you can work in a shopping mall and get a personal shopper in any decent department store. There is nothing like that in China. If you want that sort of curated personal shopping experience in China, you need to come to Farfetch. How do we do that? As you know, Farfetch is a multi-brand platform. So we can provide a real styling service across the brands, categories, design sales and occasions. Our stylists often becomes a confidant who accompany their clients to experience all the important personal moments in their life. You have heard how we are doing this globally for Edward, and we are certainly doing at scale in China.

In fact, excluding the periods of COVID lock down this year, China has always contributed the largest share of the global private client business. 1/3 of our China GMV comes from private client. So we are really proud of our private client offer in China, and we are also proud of the really strong local brands we have built.

As you know, we got really expertise in performance marketing. Based on the evolving ways our customers behave, we have adapted our performance marketing to a mixed model to leverage the social content marketing. We have built a strong brand in China with the real fashion authority and credibility by opening doors to the wonderful world of fashion. Our fresh local communities are trendsetters and fashion lovers. And we leverage those core community to expand to our brand impact to a wider group.

Today, around 1 million users come to our China platforms every month, and they come to see what they can discover. And actually, it was this behavior, which informed the fresh and memorable Chinese name Farfetchi. The first fashion discover, the second Farfetchi explore [indiscernible] encounter. Together is Farfetchi, our Chinese name.

Exactly what we want our customers to experience with us, they discovery journey to discover different styles, to explore the prosperity of lifestyles and to encounter sense they may be unexpected and even inspiring. Today, if you walk in the street of Shanghai, Beijing and Chengdu and ask Chinese customers, they may not know the name Farfetch, but they well-known Farfetchi. And more importantly, Chinese customers feel right at the cutting edge when they shop on Farfetchi is the shopping -- fashion shopping destination. Here is a short video, which brings our strong local brand to life.

[Presentation]

**Judy Liu**
*President of APAC*

The power of the ecosystem we have established make Farfetch as the preferred strategic partner for our brand partners in China. That's because we have got both the transaction channels and demand generation capability to serve the world's largest luxury customer.

As you know, we are partnering with Tmall. Our flagship on Tmall [indiscernible] boost our exposure to include around 800 million customers across the Alibaba Group. And we are helping brands to operate on Tmall too. That's what we call a strategic partnership. And now through a single integration on Farfetch, brands can have access to both Farfetch and Tmall, the 2 strongest luxury platforms in China, this clearly makes farfetch as the most compelling platform for luxury brands looking to boost their presence in China.

Now if we take everything we put in one place, what makes me very proud is the consistent growth we have achieved. From 2015 to 2021, we delivered a CAGR of more than 50%. China is our second largest market today. And there is a lot more to come. That's also a great link to our B2B platform, which will help to drive this growth.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Now I want to show you how we leverage our exceptional local asset experience as a farfetch platform solution for our brand partners. China is a complex market with, if I may say a lot of cooks indication. To run a business in China, at very least, brands need to find a PR agency, a digital agency and e-commerce or CRM company partner. And even then, often brands struggle to coordinate all those vendors and maximize their investment.

But when working with Farfetch B2B division, QRC China, brands can get so much more than just uploading product on our e-commerce platform. Our China Gateway solution allows brand partners to have a 360 degrees strategy. We cover everything from digital marketing to social media, from e-commerce operations to business intelligence.

As you can see on this slide, many of the leading brands chose to partner with us. Our B2B division has worked with more than 80 international luxury brands and some of them are investing more than USD 1 million a year with us. Let's dig into some case studies in a bit more detail. You probably remember from Katy's earlier that Harrods choose Farfetch to empower their global e-commerce.

In China, we are doing even more than that. The Harrods team worked hand in hand with our B2B division, CuriosityChina. We have co-created a comprehensive strategy. This provides a unique online and off-line set of services and experience for their customers. And this includes online to off-line activations in Harrods physical spaces, this allows Harrods to recruit and engage the very best VIP customers.

When it comes to New Gaurds Group, developments in China have taken on a whole another level. New Gaurds Group has seen their brands off-white, [indiscernible] and Busch gained strong traction with Chinese Gen Z customers. And we have helped them to do that by opening assets to key social media platforms such as WeChat, [indiscernible] and TikTok. We have also established a strong e-commerce presence for these brands on Farfetch, within Mini Program and Tmall. And of course, we have helped to build a corporate local relevant brand marketing strategy.

Ferragamo is another great example of the power of our B2B offer. They recently did a total rebranding and they chose us as their key enabler. Farfetch is seen not only as a trade platform for luxury brands, but also an amazing marketing powerhouse. Given the ever-increasing cost of performance marketing, brand CMOs, see Farfetch is the luxury marketing platform. We guarantee them a highly targeted audience. We give them complete control of their image and we will also provide another ton of voice to present to their Gen Z customers.

Okay. I hope I have given you a good understanding of how well positioned we are in the soon to be the world's largest luxury market. We have got exceptional B2C marketplace, which our customers love. And we have got an unrivaled B2B offer, helping our brand partners succeeding in Chinese market. And this is done by a grown really talented and very ambitious local team. They're really proud to bring the beauty and joy from around the world to our Chinese customers. And that's what makes us one of the very few, if not the only successful global online platform in China. So you can see why I have seen that we built strong foundations for the long-term success in this unique, exciting and challenging market. Thank you.

**José Ferreira Neves**
*Founder, Chairman & CEO*

Thanks, Judy. Let's take a 15-minute break and be back in our seats by 5 after.

[ Break ]

**Elliot Jordan**
*Chief Financial Officer*

If you could please set your seats, we'll get started, not my section just yet, a little bit longer to wait, I'm afraid. But Susannah and Davide will now take you through the New Guards Group business.

**Susannah Clark**
*Executive Vice President of Communications*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thank you, Elliot, and thank you for making sure the music we've cut, we are ready to get going. Good morning, everyone. I'm delighted to be here today with Davide De Giglio, who is the CEO and Founder of NGG. I'm Susannah Clark, our Executive VP of Communications for Farfetch. And Davide and I was speaking recently about fashion and what it was all about, and Davide said that it's about conversations. So we thought today would be a great time to have a conversation. Before we get going, I'm going to play a short video to show everyone what Davide and his team at NGG have been up to.

[Presentation]

**Susannah Clark**
*Executive Vice President of Communications*

Davide, it's very clear that you and your team have built some incredible brands there, but it would be great to hear a little bit from you about the journey to get NGG to the company that it is today. Can tell me a little bit about that?

**Davide De Giglio;CEO;New Guards Group**

Yes. Thank you, Susannah. Good morning. So my journey -- sorry for my voice, my journey, the NGG journey is strangely about starting in the wrong place to get to the right place. And what do I mean by that? I've learned how to build a good business.

Let me bring that to life. My background is in fashion, Born and raised in Milan, Italy. I grew up in the chem with my mom who worked in fashion. I want to school to study art and architecture. I started my first venture when I was 19 years old. Funny to admit, but I went to yellow pages to buy cotton. And directly because I didn't know how to start a business.

Over time, I started visiting factories. I learned how to spin cotton how to cut print, soak, wash, die. That gave me a deep understanding of not just being creative, but order to produce and bring things to the market. The reason why NGG is so successful is because of extremely operational focus. I work in this industry for 25 years, and I know every aspect of building brands and a platform.

**Susannah Clark**
*Executive Vice President of Communications*

Fantastic. And I think part of NGG's success seems to be your ability and your team's ability to find really incredible creative talent. What is that -- especially when they don't really have a fashion background, what is that process like?

**Davide De Giglio**

If you look at the slide behind me, none of this creative have a fashion background, but they all have one thing in common. They know how to talk to their audience, essentially, they are community builders.

When I met them, they were all unknown in the fashion industry. They had the following, and NGG was able to leverage their relationship with their -- to grow their popularity.

For example, after Off-White, Virgil went on to work with Louis Vuitton. Same for Francesco. He went from Palm Angels to Moncler [ jeans ]. After Heron Preston, Heron went on to work with Calvin Klein. After Ambush, Yoon went on to work with Dior jewelry. NGG is great at finding real creativity and bringing ideas to life.

**Unknown Analyst**

Well, I think one of the things I'd love to ask about is, clearly, if I had a brand that I'd like to create tomorrow, I'd love to understand a little bit more about how -- what that process would look like, what's the secret to success?

**Davide De Giglio**

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So at New Guards, we find creatives, enable the conversation, and we provide the platform. The platform is the hardest to develop. And that's why so many businesses fail. And we have succeeded in developing that. NGG has the people and the infrastructure to build brands, the strongest thing behind our brand is the platform.

Let me explain. One of the reason why Off-White is a success is because we weren't selling T-shirt for $20. When Virgil and I began working together, he wanted to sell T-shirt next to streetwear brands, but I suggest is to price our products for $150 a piece to be close to the luxury industry and to be able to sell in certain markets, in order to target that particular customer.

The reason we could sell at that price in those markets is because we had already built the commercial partnership. To be successful, you have to have the right business and the right skill. And that's what we've got at New Guards.

### Unknown Analyst

Nice. I'd really like to delve a little bit deeper into Off-White. It's been literally just over a year since Virgil tragically passed away. I'd like to understand a little bit more about how you're viewing Off-White and how you're going to continue to grow that brand?

### Davide De Giglio

Yes. First, I want to pay tribute to Virgil. In Virgil, we lost 2 [ Gs ] who had that crucial first idea that things that underpin a brand. But the conversation goes on, and the brand is growing stronger than ever.

The reason why is, first, the team. We have the same team as day 1. Second, when the first idea is strong as Virgil's, then the team can carry on. Just to make an example, Valentino, Gucci, Chanel, Alexander McQueen are all examples of this. This is how the industry works.

Which is why we went with Ib, Ibrahim Kamara, as the Art and Image Director at Off-White because Virgil choose to work with him at Louis Vuitton and Off-White. He knows the brand, and he can carry on Virgil's vision forward with the team. Lastly, choosing Off-White is choosing to join a community. And I'm really proud of the way that this Off-White community continues to grow and carry forward Virgil's vision.

As you can see, on the slide behind me, we have a clear vision to drive the future of Off-White, drive hype with Ib's new vision and continue to invest in digital and expand into new geographies and new categories.

### Unknown Analyst

So obviously, there's a relationship with LVMH, which is the majority owner of Off-White. And I think it will be useful for us to have a look at a quote here from Michael Burke, who's the Chairman and CEO of Louis Vuitton, which is on the screen here.

And what he said in an interview last year, I believe it was with Women's Wear Daily trade publication was that Virgil brought New Guards to us. We're absolutely happy and at times positively surprised at how they have taken Virgil's then brand and then turned into a very, very successful business. These are -- there are very, very few that would have achieved what they have achieved. So we wouldn't be doing this at all if we thought the first thing we needed to do was changing a key partner. It's very complementary and a great quote.

### Davide De Giglio

Yes, I agree. We have a great relationship with Louis Vuitton and Michael. And I think Michael Burke and LVMH appreciate what we do. We know this market, and we started Off-White from day 1. There is no one else that knows the business better than New Guards, simple as that.

### Unknown Analyst

Great. It would be fantastic if we could actually delve into another key brand. That's a big brand for NGG, which is Palm Angels. How is that brand doing? And what's the trajectory there for growth?

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Davide De Giglio**

This is going to be a very big brand because we are doing it again. Many might think that we got lucky with Off-White, but Palm Angels' success proves the luck and the dare. Francesco is the Creative Director of Palm Angels, is an exceptional creative talent. But without the engine that NGG is, Palm Angels would not have been a success. You cannot start multiple businesses -- sorry, you can also multiple business brand without a system.

We've lost the Russian market. With all the problems we're having in China, we doubled the business in 2 years, and we're growing double digit year-on-year.

And we are excited where the brand is headed. I believe that Palm Angels can be a mega brand. Our focuses are: one, elevating the brand, two, expanding our womenswear, which is a profitable and fast-growing channel; and three, driving D2C on Farfetch and palmangels.com.

And I also want to take this opportunity to share some exciting news about Palm Angels. It involves Formula 1 Haas Team. They have invited us this year to partner with their brand. Everything I mentioned leave me confident that Palm Angels is on track to become the next mega brand.

**Unknown Analyst**

Great. Later this year, you were taking on the license of Reebok, which is obviously a huge heritage brand, and I remember very clearly loving my Reeboks in the 1980s. I'd love to hear a little bit more about what we can expect from that partnership.

**Davide De Giglio**

There are only a few mega heritage sneaker brands. Nike, Adidas, New Balance, Reebok and Puma. As one of the oldest brand founded in England in 1890s, Reebok is the only heritage brand, part of that group with no place in the premium market. We will change that. We own the market, own the channel. We have the right consumers, and we are very strong on collaborations. We know how to position Reebok in the right way. There is a lot we can do with collaborations.

For example, Nike/Off-White collaborations have been a massive success. And we see the potential to do that again. We also brought in the right team mostly from Nike. Cristiano Fagnani, who will become CEO of Reebok division, came from Nike and was the mastermind with Virgil behind the success of Nike/Off-White.

Finally, we plan to leverage Reebok's already-strong online penetration to drive growth in Reebok's premium line. All of which is why we are confident we can do a lot with this brand.

**Unknown Analyst**

Great. And I'm wondering if we can talk a little bit about the financial opportunity for Reebok.

**Davide De Giglio**

Reebok is already a profitable brand. But our goal is to drive further profitability by growing the premium line. Once we build up the premium offering, the rest of the market follows. We already begun developing the premium line and launched our first campaign to top wholesale accounts around the world, is an exciting opportunity because NGG knows how to elevate brands. And through Reebok's premium line, we can deliver higher profitability.

**Unknown Analyst**

Thank you. It is about 3 years, Davide, since NGG joined the Farfetch group in what is a very happy marriage. I'd like to understand a little bit more what Farfetch has brought to NGG that didn't exist before this partnership?

**Davide De Giglio**

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. When looking for a new partner, we were looking for very specific things. Brand like [ cars ] built on digital communities, but we didn't have the digital skills and tech to achieve our vision. So Farfetch was the obvious choice. And it's working because Farfetch -- before Farfetch acquired us, we were barely at 2% online penetration. And last year, we had already expanded to 18%. And in 2 years' time, we expect it to be over 30% online. This is a partnership we -- where we each do what we do best.

Farfetch has enabled NGG to expand online through the replatform of FPS and be a presence on the market -- Farfetch Marketplace, which has allowed us to drive even stronger growth in our brands.

**Unknown Analyst**

Thank you. And I'm wondering next as well, obviously, you mentioned that Farfetch brings a lot to NGG, but it'd be great to hear more from you about what NGG brings to Farfetch and particularly the Marketplace.

**Davide De Giglio**

This slide shows that NGG drives serious traffic to the Marketplace. Let me start by saying, for our first 5 years, we didn't use any paid marketing. We relied on social media. The reality is that in the past 2 years, we have done over 170 collaboration with some of the biggest name in the industry. And not just special brands, for example, IKEA, Mercedes, Caviar Kaspia, Pioneer, Lamborghini and so on, 170.

**Unknown Analyst**

And is there a way that you think about driving organic traffic as well and types of collaborations we can do in-house?

**Davide De Giglio**

I mentioned earlier on that you can't build successful brand without a system. And we've created one. It's a recipe, and we have all the ingredients, brands, platform, channel, traffic. We've created -- there was one a year ago, which was Farfetch first private labor brand. The brand is sustainable and was developed based on the incredible data that Farfetch has collected based on its nearly 4 million consumers.

After 1 year, there was one -- is already the third largest NGG brand on Farfetch. This has been driven by a combination of Farfetch and social media, with very little paid marketing. This is another exciting opportunity that we are driving in partnership with Farfetch.

**Unknown Analyst**

Fantastic. Thank you so much, Davide, for your time and to tell us a little bit more about NGG. Thank you.

**Davide De Giglio**

Thank you [ Susannah ].

**Unknown Analyst**

Slight bit of [ censor ] removal. I apologize, but I'd like to introduce Stephanie Phair, who is our Group President, who will be up on the stage in just a moment and should be taking us through how we are the strategic platform partner for luxury.

**Stephanie Phair**
*Group President*

Allowed everyone a little breathing space. Thank you.

Good morning, everyone. I am very pleased to present to you today and to see each other in person and not just a voice over the phone on our quarterly earnings calls. Today, I'm going to wrap up the business section and show you the strategic role that Farfetch plays in the industry.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Before I begin, I would like to give you a quick overview of my background. I have over 20 years of experience in the industry, from a marketing agency early on working with LVMH brands to in-house at a brand Issey Miyake or while sitting on the Board of Moncler to media and publishing at American Vogue. I have seen most sides of this industry from online to offline.

My first startup was a preowned Marketplace for luxury in 2005, arguably a little early for its time. I was on the Executive Board of Net-a-Porter during the [ first ] growth years of 2009 to 2015. I launched and ran an off-price business at The Outnet, and at Farfetch, we are a full-price proposition. And I have had oversight of the industry from a public body and government perspective as Chair of the British Fashion Council.

My role of Farfetch started in the lead-up to IPO to work on our strategic positioning. And for the last 3 years, I've been on the demand side, driving our move to build our brand and invest in an elevated customer experience. In my 6 years at Farfetch, what really keeps me here is what Farfetch has built, which is unique, and the value that it can deliver to this industry.

Combining my experience at Farfetch with this 360-degree view of the industry, gives me a deep understanding of the dynamics at play and positions me well as Group President to work with our most important partners at group level to develop their strategies through our services, which delivers value to them and deliver value to us.

With that in mind, if you remember two things from my presentation today, first is that the industry is moving quickly and the dynamics are changing. What I will show you is that our platform capabilities and how we operate between our pillars as a group means that for the brands, we have become invaluable. We believe that we have become a strategic imperative to the industry.

Second, because our platform is so strategic and our pillars work together, we have a catalyzing effect on growth and should be viewed as more than the sum of our parts.

So let me take you to some industry context. Jose spoke about the overall size of the market. And as a reminder, here are the dynamics at play. Despite recent macro volatility, the structural growth is clearly there. The industry is growing, and it is moving online. It is also now predominantly Millennial and Gen Z, with a much bigger opportunity in emerging markets that were not previously as penetrated by luxury, like China, certainly, but also beyond.

And it is underpinned by 3 industry trends, which we have heard consistently from our conversations with all the large luxury brands. Of course, the first is the move to e-concession as part of the brand's D2C strategy.

The second is a focus on digitizing, of course. But beyond that, the importance of innovating consistently. And finally, sustainability, which is no longer just a nice to have.

Going forward, our USPs. And unsurprisingly, our USPs match up to these very industry dynamics. And why? This is very deliberate because we have built the business to enable these changes. But in some cases, like innovation and the e-concession business, we have led the industry change.

From a broad-based audience that skews Millennial and Gen Z, but definitely speaks to other demographics, as Edward showed, to a global reach beyond the traditional centers for luxury to using our scale to enable more conscious behavior, we are putting these capabilities at the service of the industry.

And how do we do this? Let's take a step back. You have all seen this slide. This has been our mission all along, and you have heard from each of the pillars. And as José says, this is not a conglomerate. These business pillars all work together to create disproportionate value, not just from an operating leverage standpoint, as you might well expect from a platform and Elliot will talk about this, but from a revenue opportunity.

And like a retailer, for example, where the conversation with brands are mainly focused on a channel and a seasonal buy and which season to season may go up or may go down, our services span across

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

commercial, marketing and technology, touching every aspect of a brand's own growth strategy. In this way, we are unique. There is no other version of this specifically built for luxury.

And here is an example of this. You've heard from Davide about the incredible Off-White journey. What we have here is a transformation story. A fantastic brand, which in 2019 was predominantly wholesale when Farfetch acquired its parent company, NGG. It needed a digital strategy, which we were able to drive to deliver direct-to-consumer growth.

And this was our thesis for the acquisition of NGG that we could accelerate a brand's digital presence on the one hand, but also, from a Farfetch standpoint, gained the exclusive original content that could drive low-cost customer engagement on Farfetch.

From 2019 to 2022, Off-White went from a 4% mix of D2C sales to a 20% mix of direct-to-consumer in the space of 3 years. I don't know of a single brand that has accelerated their online D2C at this pace. And this is thanks to one single integration, which has allowed for efficient stock distribution from multi-brand to mono brand.

It was enabled by a record-speed FPS [ 3 ] platform. In 4 months, the brand launched Off---White.com with global shipping, localized payment and currencies, localized merchandising and content and digital marketing from day 1, with new languages added since launch, and innovation features such as virtual try-on, which was developed for the Marketplace initially and able to be consumed via our platform by Off---White.com.

Off-White was able to grow the China market, as Judy spoke about, through launching a WeChat mini program and a Tmall store through our CuriosityChina agency.

And besides the sales in the Marketplace, what you heard from Davide was the incredible list of exclusive collaborations that launched on farfetch.com first, like Palm Angels for Moncler or Ambush for Converse. Off-White/Nike generated nearly 1 billion hits in a day across our platforms, the single highest level of traffic to our sites today and which was entirely free media.

But we also see this value add across many other brands. You heard from Kelly about AMI PARIS, who joined the Marketplace in 2016 and are also an FPS client. By their own admission, their accelerated growth started with their partnership with Farfetch.

Furthermore, the numbers tell us this. Brands that are both on Marketplace and FPS clients for the last 3 years and in Q3 2022 as a snapshot view, grew over 10x their mono brand business, showing the complementarity of the proposition.

As it is for the customer, it is for the brands, not an either or but an and and and as part of their complete digital strategy.

Let me take you through another example. Gucci story is well known. Under Marco Bizzarri and Alessandro Michele, the brand was reinvented and has seen huge growth over the past 7 years, a brand that you could argue could go it alone. Yet when they went on this journey, we were the only platform that was able to seamlessly integrate into their systems and offer concession at scale.

And they have consistently engaged with us in further integrations, more stock points and more services consumed through us to target our audiences, develop new innovations and grow markets.

They innovated with us on logistics with F90 delivery, same-day delivery in 90 minutes. When we launched our Communities campaign on Farfetch playing to our multiple points of view, they were our anchor launch brand. And they used us via Media Solutions to amplify their Imagined Futures campaign around sustainability.

And now via Coty, we also carry the Gucci brand for Beauty, growing the footprint of the brand across categories. The Gucci example shows that through our multiple service offerings, we can support brands in their own strategies.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Let me take you through a different story. Burberry's angle in the industry has always been to be the most digitally forward brand, always testing new technologies and engaging in new channels first. And Farfetch is one of the partners who they've consistently innovated with, with [ gaming ] in 2019 with the B-surf game and with a full immersive augmented reality experience to launch their new Olympia bag this year.

We talk about technology as an enabler, and certainly it is, technology as a hidden engine powering and experience, which is how it should be a luxury. But overt innovation at the service to the customer is something the new generation of digitally native consumers, [ gamers ], if you will, asks for. Burberry gets this, and Farfetch has made it one of its USPs. This is tech, but make it fashion.

And finally, to bring it all together from a case study point of view, the example of Ferragamo. Until 2021, Marco Gobbetti was the CEO of Burberry, where we worked with -- he worked with Farfetch on the initiatives you saw previously.

In 2022, he took on the role of CEO of Ferragamo with a mandate to turn around this $1.3 billion brand, which was losing market share. It was losing fashion relevance, and it had an aging customer base. Within 6 months of his appointment, Marco Gobbetti appointed Farfetch as a full 360-degree partner to help him drive that transformation, and we are doing just that.

By expanding supply through opening more stock points for the Marketplace, we have just delivered new warehouse integrations for the U.S. and Europe. As you heard from Judy, focusing on China with CuriosityChina with a fully integrated set of marketing programs, with significant investment in co-branded partnership throughout the year to drive awareness among Farfetch's audience of affluent Millennials. And in order to drive their own e-commerce, as we've seen with Off-White, Ferragamo is fully replatforming to FPS, as this is a way to leapfrog the competition and develop features specifically for luxury.

You will also note the acceleration of the partnership. In previous examples, the number of services consumed by brands were over a number of years. Here, it is a holistic engagement across our entire flywheel from the get-go with more to come.

As illustrated by this partnership, when it comes to big strategic transformational decisions, Farfetch is the partner of choice, which is what brings us to what I said at the start on the unique nature of the Farfetch proposition in the industry.

So let me wrap up with a few key takeaways. We have 3 clearly defined pillars with a clear audience reach. The B2C marketplaces servicing our luxury consumer, our B2B offering with Farfetch Platform Solutions, and our Brand Platform, enabling a stable of culturally leading luxury brands. Each of these is serving a different part of the industry with key USPs and outcomes.

You've heard from Edward that the scale achieved over the last 14 years has given us a valuable audience, which we can continue to build on with retention and loyalty drivers -- levers and with high-margin revenue through Media Solutions, therefore, driving profitability.

From Kelly, you've seen that our proposition is truly unique. A platform we built for ourselves, put to the service of the brands by luxury for luxury, a point I cannot emphasize enough in the context of the competitive landscape of service providers. Services that we build to be profitable from day 1.

And from Davide, you've seen what it takes to build a luxury brand for this generation, not easily replicable. It is a mix of art and science, the confluence of communities, a scalable industrial platform and the best relationships in the industry to source talent. And NGG has done this multiple times and profitably.

And all of these are at the service of our two most important stakeholders, the brands and the luxury customer directly via the brands we serve.

So in conclusion, when you think about Farfetch, rather than thinking about each platform individually or each individual capability. Think about us like our partners do, a holistic, strategic, innovative, transformative platform. A platform that brings greater value to the industry than the sum of our parts. Thank you.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And now let me call on to the stage our CFO, Elliot Jordan.

**Elliot Jordan**
*Chief Financial Officer*

Good morning, everyone, and thank you again for joining us today at our first ever Capital Markets Day. It's a privilege to be able to showcase the business to you in such a level of detail. And I thank my fellow presenters for the insight that they provided today.

I think you agree with me that over this morning's presentations, we've been able to outline the unique capabilities that Farfetch as the platform for the global industry has developed. That rich insight that all of our leaders across the 3 pillars provides confidence about the business potential moving forward.

I think you will agree with me as well that, that presents us a significant opportunity from the numbers that we have been delivering over the last 12 months. And this is a real tipping point for Farfetch as we are now set to see the business start to accelerate its growth and deliver a second phase of growth, moving forward.

Importantly, that growth this time comes with significant profitability and free cash flow. This is because we have invested heavily in the business to date. And these business investments are starting to pay off and are set to accelerate that return of investment, moving forward.

The future is very strong for Farfetch, and I want to break that out for you today in a very granular level of information, so that you can also see how we've built up our confidence around the numbers, moving forward. I want to break it out, building block by building block, division by division, so that you can see how our 2025 medium-term targets have been established. And then I also want to touch on where we see our longer-term opportunity moving forward.

But before I do that forward-looking view, I just want to look back over the last several years. And the key takeaway from our results since 2015 is that Farfetch delivers on its financial objectives.

We've delivered 10x our GMV position to 2021. Our revenue has grown 20x over the same time period. We've scaled our investments and brought down our operating costs by half over the same time period. And we've achieved on our path to profitability, delivering EBITDA-positive results in 2021. Importantly, we also achieved free cash flow -- positive free cash flow in 2020, and I'll come back to that in a minute.

We're now operating at scale. In 2022, we expect to achieve $4 billion in GMV. We'll continue to grow revenue despite the current macro environment to achieve $2 billion in adjusted revenue. Our gross margins are solid at 50% and have been increasing year-on-year across all parts of the business. And our order contribution on the Digital Platform is firmly above 30%.

Whilst these results are impressive, the best is yet to come. This is because our pace of growth moving forward, as I said earlier on, is not just about driving GMV growth but delivering sustainable profitability and positive free cash flows.

Today, we're establishing medium-term targets. The Capital Markets Day provides us with a unique opportunity to rethink about the business, reset our expectations and retool our focus towards profitability and cash flow. So by 2025, we've decided we want to focus on achieving two targets, $10 billion in GMV and at least 10% EBITDA margin on an adjusted basis.

We have clear line of sight to these targets. These estimates have been built up based on what we know today in terms of signed contracts across the luxury industry that Davide and Kelly talked about earlier on.

We're focusing then on the key drivers of profitable growth using the infrastructure we already have in place to drive significant payback. And we've been cautious about our forward forecast in terms of the external macro environment, reflecting more on an underlying growth rate that's slower than we have seen in the past but is reflecting the macro situation that we expect over the next couple of years.

I think also importantly, we've not built any assumptions around the pipeline that Kelly talked about, which presents significant further upside. We've decided to focus our forecast on what we have current

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

visibility and a clear line of sight that we're working on. So I'm sure you'll agree that the targets are extremely robust.

The first step, though, in delivering $10 billion in GMV and 10% adjusted EBITDA profitability is returning to growth in 2023 and returning to positive adjusted EBITDA. There's three drivers to our guidance for 2023. The first is a 10% reduction in terms of our operating cost base. This is the continuation and the impact of our cost rationalization plans that have started to take effect.

As the team has been discussing, simply retooling the business more towards creating value from our customer base as opposed to driving significant growth allows us to focus more towards driving order contribution margins and adjusted EBITDA.

The second is allowing our organic growth to reflect the market overall. We're estimating that next year, the online luxury market will grow 8% to 10%, this is matching external predictions that are currently in place. So let's focus on that for next year as we start to adjust how we're going to drive the value from our existing customer base, rather than necessarily chasing growth in customers that are actually at low margins and low value.

And then lastly, simply incorporating the GMV that we will deliver for our partners on FPS and the Brand Platform. Again, I want to reiterate, this is just our signed contracts that we're currently working to develop in terms of rollout. There's no pipeline expectations built in and this, therefore, is a $500 million GMV position across the business.

It's important that you'll see there from the impact on our adjusted EBITDA margins that these initiatives and projects are profitable in year 1, despite the fact that particularly within Reebok, we will have to put some investment into the infrastructure on a P&L basis, particularly around logistics, in terms of warehousing, in terms of understanding the customer base in terms of gross margins, and in terms of building out the team needed to drive further expansion of the categories that Davide talked about before.

So for Reebok, we're expecting medium single-digit EBITDA margins from this business in year 1, with those margins expanding as the contract matures in the coming 10 years. The result means we will deliver $4.9 billion of GMV at a group level and adjusted EBITDA margins of 1% to 3%. That GMV growth rate ends up being 20% to 22%, 8% to 10% underlying and the new contract additions taking us above 20%.

Importantly, as I said earlier on, retooling the business more towards profitability, will see us return to generating operating cost leverage, with our SG&A base set to grow at half the level of our GMV at 11% or 12%. So we're expecting to deliver 600 basis points improvement on profitability next year.

Let's now look a hit at 2025, these medium-term targets that we've set for the business. I'm going to show this by pillar now rather than by channel that we've been reporting on earlier. And as Alice said at her introduction, we're not committing to report by these new pillars straight away. We'll probably take a little bit longer until the pillars grow to a size, we will break them out. So certainly by 2025.

You'll know how we report today under channel. This is how the customer ultimately shops across the Farfetch platforms, the Digital Platform with FPS and Marketplaces combined, in-store and of course, the Brand Platform, which is wholesale from NGG.

Moving forward, we're going to follow the pillar approach. So we'll split out the Digital Platform between Marketplaces and FPS, which means that the brands that the customers will shop for, from and our way of delivering in terms of our pillars will be the way we split the P&L from 2025 onwards.

All of our 1P and 3P marketplaces under Marketplaces, Edward's responsibility. All of our business-to-business technology partnerships that Kelly looks after under the FPS product. And of course, everything to do with NGG will sit within the Brand Platform, in-store, wholesale and direct-to-consumer. We'll also continue to separate out Fulfillment revenue and GMV because, as you know, that has no economic value to Farfetch.

So let's look at how we've built up the $10 billion in GMV and 10% EBITDA margin for 2025 across those pillars. Starting with the Marketplace. You can see there that we're expecting the Marketplaces to grow

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

to GMV of $3.8 billion. This reflects, again, ongoing organic growth rates of around 8% to 10%. Adjusted revenue of $1.7 billion with a 60% gross margin and 40% order contribution margin. The target for our Marketplace businesses by 2025 is 5% EBITDA.

Platform Solutions with the signed contracts that Kelly talked about earlier on is set to grow to over $4 billion in GMV, $300 million of adjusted revenue. The gross margins will remain above 75%, and that means this business will deliver a 20% EBITDA margin by 2025.

And the Brand Platform, again, growing at underlying rates of the market, plus the addition of Reebok, will grow to $1.5 billion in revenues and GMV by 2025. This business is set to deliver 20% adjusted EBITDA margins. To complete the picture, Fulfillment revenue is likely to come in just shy of $1 billion of GMV and revenue.

Whilst that sets the goals for 2025, I think it's important that we should also reflect where we think the business can go in the longer term. Our GMV at a group level will continue to grow above 20% on a compound annual growth rate. And with the combination of stronger EBITDA margins over the longer term across our 3 pillars, we would expect the group to continue to target an EBITDA adjusted margin of 30% over the longer term.

Let's just focus on those 2025 numbers to show you how we've built them out and why we have confidence in these figures. Looking at each pillar one by one, starting with the Brand Platform. Again, we've reset our expectations.

Let's focus on luxury e-commerce growth as our base, 8% to 10%. And then let's add on the Reebok relationship, which drives inorganic growth for the Brand Platform from where we are today. The gross margins, by focusing solely on the shift towards direct-to-consumer and starting to grow out the high luxury margin product for Reebok, drives up our gross margin expectations, and the EBITDA margin flows through from scaling of the group infrastructure.

So low levels of growth on an organic basis. By this stage, $600 million from Reebok by 2025, driving $1.5 billion of GMV, 55% gross margin coming through from an increased focus on direct-to-consumer and 20% EBITDA margins. Remember, the Reebok business, by this stage, will still be in scale-up stage, so won't be driving the same level of EBITDA margins as we've seen for the New Guards Group brand of the past.

Beyond 2025, the partnerships that Davide touched on in terms of finding talent, working with the industry more broadly, will enable us to continue to grow the business over the longer term. And we will continue to scale the platform infrastructure to drive high-margin services and a higher EBITDA margin of 30%.

Why have we been so focused on direct-to-consumer? Simply because of this on the right-hand side. On the bottom of the right-hand chart, you can see where we capture in terms of margin when we deliver on the wholesale business.

Effectively, 25% of the recommended retail price of a product flows through to New Guards Group when the product is sold via wholesale. That's because this significant 55% retail margin for our retailers within the network. Move that up to direct-to-consumer, either on Farfetch or within NGG stores or on their own websites, and we're able to capture 80% of the ticket price, driving significant gross margins for the business.

Our estimate, as you can see on the left, is that by 2025, the business will be at 40% direct-to-consumer, either via online channels or in-store. That's up from the 4% that we started when NGG was acquired.

Let's now look at FPS. Again, driving growth by leveraging the infrastructure we already have, holding gross margins flat to where they are now, not necessarily expanding them significantly and then leveraging our group capabilities to drive adjusted EBITDA margin, moving forward. These are the FPS building blocks. We're expecting, again, 7.5%, 8%, maybe 10% organic growth from the existing client roster we have today.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

But then the new business that Kelly talked about, next year into 2024 and then 2025, subject to regulatory approval, drives the business to over $4 billion of GMV. With gross margins not expected to increase, we believe the business will be delivering comfortably 20% adjusted EBITDA margins by 2025.

Beyond this level, provides a significant opportunity for Farfetch. The large TAM of over $400 billion by this stage and growing beyond provides an opportunity to convert the pipeline of clients that Kelly touched on to drive higher GMV.

The take rate can increase as we add additional module services and those value-added products that Kelly touched on in terms of driving luxury growth for our clients. And we will see the EBITDA margins for FPS to reach 50% over the longer term by scaling the infrastructure the group has in place.

And then finally, our third pillar, Marketplaces that Edward provided such a rich level of insight earlier on. I think the key driver here is focusing on what our unique proposition is to continue to drive high-value new customers and focus on engagement and retention of the existing customer base. In addition, our advertising revenue stream of income will drive higher margin levels of revenue coming through, and we will continue to scale the infrastructure we've built across the platform.

So here's the P&L by 2025. As I said earlier on, just under $4 billion of GMV, a 5% adjusted EBITDA margin target. I want to actually go through this line by line because I think this is an area that we really need to focus on how we've built up these numbers to provide you with the confidence around what we see happening over the next couple of years.

So let's start with our GMV position. And what I'm going to do here is actually break out that Marketplace position across our first-party business, effectively Browns and Violet Gray, and then our third-party businesses between new customers and our existing customer base by 2025.

The $3.8 billion effectively will be split between 70% new customers and 30% -- sorry, 30% new customers and 70% existing customers. Existing customers provides the foundation for this GMV forecast. You can see from the historic trends of GMV since 2015 on this chart, how the GMV by cohort is solid and growing on a like-for-like basis.

Our new customers are also key in driving GMV growth, in particular, over the last couple of years, where you can see we've really accelerated the new customer adoption to 500,000 per quarter, and that's driven a GMV position of just under $1 billion in year in, year out.

We're going to hold on to that target of $1 billion for new customer GMV by 2025. We're not going to take that necessarily forward, which allows Edward and his team to focus on driving higher value customers from that new customer mix in terms of driving retention and lifetime value moving forward.

Importantly, we're not looking to chase a higher new customer number and a higher GMV from first orders just to let that customer base drop out moving forward.

In terms of revenue, fairly straightforward, as you know, our first-party revenue flows through at 100%. And we're expecting to see our take rate on the Marketplaces moved from 32% of our third-party GMV to 33% by 2025, primarily through contract renegotiations on commissions, but more importantly, that rich opportunity with advertising revenue that Edward touched on before.

In terms of gross margins, we're focusing on improving the first-party gross margin position and getting that back to 40%, which is historical levels for the Brown's business and more in line with the overall luxury market. I touched on before how we often give up 55% of gross margins to retailers across the New Guards business. So 40% is a very good position to focus on. We'll be doing this by slowing down our expectations of growth from the first-party business.

You can see on the table that we've created for you that it's only going to be delivering $600 million of GMV in 2025, so much slower levels of year-on-year growth from where we've seen historically.

We're expecting to see the gross margin on the third-party business improved slightly from 70% that we've delivered over the last few quarters to 72% for 2025, again driven by the advertising revenue

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

income, but also importantly, as Edward touched on, focusing on our ability to drive shipping efficiencies and cost reductions in terms of our cost of revenue.

This includes focus on AOV to drive bigger baskets and reducing our returns rate by better engagement with customers in the first shopping experience.

The order contribution targets are to focus on driving our third-party order contribution up through focusing on retained customers and our engagement strategies around demand generation.

The table on the left-hand side shows you our GMV in 2021 by different customer cohorts. The 2017 cohort, the most mature on the chart there we've provided, driving very strong order contribution across 2021 of 55%.

So we have confidence that as we continue to drive our engagement strategies and improve our revenue, we can move that 55% comfortably to 60% and above for our more mature cohorts. And as we drive further retention from our existing customer cohorts through more low-cost strategies that Edward touched on earlier, we'll see the overall blended mix of our existing customers move up to 60% order contribution.

New customers, as you would expect, from first order being negative on order contribution, are expected to deliver a minus 15% order contribution margin.

Important, though, as you can see from the LTV over CAC payback by cohort, we're still seeing payback on a 6-month basis, generally by second order, not first order. And then over time, we're seeing LTV over CACs of more than 3x on a net cumulative basis of LTV over the original customer acquisition costs.

Our expectation is, that will improve further as we move forward with our low-cost engagement strategies. So very strong assumptions underpinning our order contribution margin.

And then finally, significant operating cost efficiencies to come, whether that's through our technology spend being leveraged across our revenue base, our Platform Solutions driving up revenue per item at all of our studios or indeed leveraging our brand marketing and our corporate expenses.

So let's just recap across the Marketplaces. Until 2025, we're assuming 8% to 10% underlying growth, in line with the market but backed up by well-proven customer trends historically. A higher mix of third-party and improving gross margins on the first-party business will see our gross margins expand. And by focusing on retention strategies that the team has outlined, we will see the order contribution margin expand, particularly on the third-party business.

Beyond 2025, we see continued growth from these figures, with the paradigm shift to online that Stephanie outlined being our key driver of success. We would expect to continue to see higher margin revenues coming through by shifting our less than 1% of GMV advertising revenue business closer to benchmarks across the industry.

The demand generation expenditure will come down as a percentage of revenue, driving order contribution up through the 8 initiatives that Edward touched on, focusing very much on our Millennial customer base and how she engages on the app. And lastly, of course, continuing to scale the fixed cost base.

So let's just summarize all the moving parts across the platforms to see how group margins will evolve over the next couple of years. Group order contribution margin currently around 38% will move to 46% by 2025.

Again, higher margin revenues from FPS, advertising revenue and lower engagement costs across the marketplaces. Our operating costs will reduce to 34% of adjusted revenue by scaling the investments we've made to date, particularly focused on our technology infrastructure, operations platforms and corporate functions. And this means we have a steady path to 10% adjusted EBITDA margins for 2025, continuing the success we've had over the last several years of driving profitability for the business.

Before we finish, let's just focus on cash, which is a very important measure as we move forward because we clearly want to see this growth and extra profitability flow through to strong free cash flows. There's

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

4 key elements to the Farfetch cash operating model. The first is profitable revenue growth, driving significant cash into the business. The second is using the unique dynamics of the marketplace model and our platform solutions model, driving a tailwind in working capital around our creditors.

The third is focusing more on third-party moving forward versus first party and within the first-party business, making sure we have tight control over our inventory position including a fast stock turn across New Guards Group. And then finally, low CapEx. Our technology spend is expected to come down overall to circa 10% of revenues, therefore, 5% of revenues in terms of capitalized items. On top of that, some store refits across the New Guards Group portfolio, but we don't have warehouses. We don't have significant infrastructure to build out so low levels of CapEx.

This model was at work historically, I've shown you here the 2022 free cash flow, which was positive despite the fact that we delivered minus $47 million of adjusted EBITDA. This is because the working capital tailwinds were working properly across that year and driving strong free cash flow. That's our expectation also as we move into 2023, a return to profitability, solving the challenges around our first-party inventory and regrowing the marketplace to drive favorable working capital to cover our CapEx expenditure and deliver positive free cash flow. In 2025, that will accelerate and we'll see much stronger free cash flows flowing through.

Let me finish before I hand back to Jose from where I started. And that is, we deliver. We have delivered on our financial strategy to date. This was established at the IPO. We have grown ahead of the online market since then. A 45% compound annual growth rate from 2018 to 2021. We've been maintaining our attractive unit economics across our marketplace business above 30%.

We have delivered leverage across our operating cost base and our investments to date to deliver operating cost efficiencies and higher margins. And we delivered on our profitability in 2021 as targeted. We also delivered positive free cash flow in 2020, so the model works in terms of achieving all of our finance strategy at play. And now today, we have clear visibility that we will deliver not only growth, but sustained profitability and positive free cash flow moving forward.

And that's a great moment to hand back over to Jose.

### José Ferreira Neves
*Founder, Chairman & CEO*

So we're almost wrapping up the day before we go to Q&A. I'm sure that you have tons of questions, so we want to leave plenty of time for that. I just want to touch very briefly on innovation because as the global platform for luxury innovation is at the core of our value proposition. And our brand partners look at Farfetch as their innovation partner. And together, we're trying to answer the most important question.

And the most important question is how will people shop for luxury in the next 5 to 10 years. And in this industry, this will be physical as well as digital. But we believe and the brands increasingly agree with us, that this will be -- this physical experience will be transformed by digital technologies. That's what we call the Luxury New Retail vision. The convergence of physical and digital retail.

In the traditional view, people talk about online sales, off-line sales, modern brand, multi-brand, and it is true that in most companies, these are siloed experiences where there is no visibility of the journey, no single view of customer, not even a single view of inventory. And that's because the technology is lacking in these businesses, and they really cannot bring that full circle experience to life. And this is where we believe the next front here is.

In 2025, 75% of luxury purchases will still happen in physical stores, but we believe that incredible human experience can and will be elevated by digital technologies. And that's what we've been investing behind since 2015 with the acquisition of Browns followed by an exclusive partnership with Chanel, followed by the very exciting joint venture with Richemont, Alibaba and Kering, which we called Luxury New Retail to celebrate really our strategy, which is not just the part of its strategy, but is being increasingly embraced by the best brands in the world.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So this is really about how the customer thinks, because as customers, we don't wake up and think, today, I'm going to be an online customer or today I'm going to be an off-line customer or I'm going to be monobrand or I'm going to be multi-brand. What happens in reality if customers Saturday having breakfast in Bergdorf Goodman, they crossed the street, they go to Gucci, then they will maybe check their Farfetch app, while they have lunch and add something to the wish list. And perhaps, if we're lucky, they will buy something before they go to sleep on the Farfetch app or on one of the FPS-powered brand.com websites and actually, in this example, I mentioned Farfetch partners all along, you may have noticed.

And that's really not just the vision of the future. This is what we've been investing behind and how we build our platform. So our platform touches all these points in the journey with the customer. We have multibrand online, the Farfetch Marketplace. We have mono brands online, over 20 flagship stores that we operate for brands. We have off-line multi-brand as in the case of Harrods, where we're powering the in-store experience out on Brown. And we have also multi-brand -- monobrand off-line where we are, again, delivering solutions like the ones we will develop in the future with [ CATIA, ] for example, to really elevate the in-store experience and integrate technologies.

And this really allows for a single view of customers, single view of inventory, single view of journey across these multiple touch points show our patents, obviously, want to have that single view of inventory. And increasingly, we are proving that, that delivers value to the customer and elevate the experience. We've just recently launched pilots where we can use the Farfetch app. Farfetch app, as you know, has the biggest installed base as Edward told us in this industry. And we can use that app to drive traffic to either monobrands, we did a pilot with our own brand with Palm Angels, or multi-brand. We did a pilot with 5 of our boutiques, and it was extraordinarily successful and it actually adds value to the Farfetch app because there's no other app out there that is integrated with the physical stores.

So this is an example of how we're looking in terms of the future and how we are innovating. And this is a vision that is right now not only Farfetch's vision, but in a way, the vision of the most -- some of the most credible and most important players in the industry that have joined us and are building this future together with us.

Other areas of innovation. I'll just touch very briefly, Web3, what excites us about Web3 is the community. We think that is a community that actually thinks in a way like the luxury community. It's all about scarcity and it is a very engaged, very passionate community. There's many applications for luxury such as authentication, such as loyalty programs, obviously, payments, obviously, gaming and virtual reality.

And here, we're taking a platform approach. We want Farfetch to be really the connector between the web to fashion community and the Web3 community. And we've launched some initiatives this year and they were launched on -- with this platform mentality, like really making available our infrastructure for our brands and retailers to build upon that. And there will be other Web3 initiatives that we have in the pipeline. Most of these are by default, extensible to our FPS customers in that spirit of when we innovate at platform level, everyone benefits.

Augmented reality and virtual reality, we're we think this is very powerful in our industry. We've invested in this space, acquiring Wanna and [ Alere ]. Wanna really has the best and I think the only fit for purpose in terms of luxury augmented reality engine. You can see here an example of a launch we did with Chopard, the new watch, the fidelity and the quality of this augmented reality experience is unrivaled. And this unique expertise is now built onto our platform, not just for watches, but for sneakers, jewelry and other categories. This really boosts engagement, and as well as conversion.

So it pays off absolutely in terms of conversion rate on our marketplace and on our partners' websites. Gucci is using it. [indiscernible] is using. It's powering some of the Snapchat AR experiences, et cetera. You have the example also in terms of virtual reality of what we did with Burberry, with the launch of the Olympia bag, we've created a mini metaverse with them. And this is what brands when they come to us, they look for this cutting-edge technology, but then in a luxurious way and really understanding what are the specific needs of the customer.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And just to touch on the third vector of innovation as we've mentioned, machine learning. This is where we have a really incredible advantage, because we have the largest data set in the industry. We have more SKUs, we have more brands, we have more customers, more geographies than anyone else in the world, and we have a tech DNA. This allows us to be absolutely best-in-class in machine learning and in algorithms that really boost personalization.

And we use this, obviously, on our marketplace, as Ed was pointed out. But increasingly, making available very powerful data insights to our brands and retailers, so that they can improve their own strategies. So as you can see, even here, we absolutely take a platform approach. And we think on how to build things that benefit our marketplace, but also makes FPS an increasingly attractive platform for brands to build their businesses on.

And I would like to wrap the day with some key takeaways. This is a very, very large, profitable and resilient industry, luxury. As we can see, it has survived the 20 -- 2008, financial meltdown. By the way, I started Farfetch in 2008, 2 weeks before Lehman Brothers been bankrupted. I remember vividly, it actually helped Farfetch because the brands and retailers were much more open to a new marketplace and a new platform that came on board. So sometimes these things happen in a paradoxical way. But what we saw was a fast -- very fast recovery. And then we saw the same during COVID. And in fact, for online for companies like us, it was a moment of higher acquisition of customers and higher growth.

So it's a very resilient industry, but it's an industry that is very unique and an industry that due to its fragmentation absolutely needs the platform. And we're the only company that for 14 years has been investing in building the global platform for luxury. This is a very exciting position to be in. And now we are at a tipping point in our journey.

Farfetch has really invested in achieving this leadership position and having the building blocks for a new phase of growth, a new phase of profitable growth and cash generation. And today, we provided clarity on all the building blocks behind that growth, and you will have seen that our assumptions are very balanced. And with that, comes a milestone that we have clear sight, clear view and confidence about, which is this milestone of achieving $10 billion GMV at least 10% EBITDA profitability in 2025.

And last, but not least, I hope you agree with me, we have a very passionate team, very talented that are absolutely focused on the drivers of each of their pillars. We have a great culture, great values and the best talent in the world to achieve this mission.
Thank you, and let's open for Q&A now.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Alice Ryder**
*Vice President of Investor Relations*

Super well. I think we have some mic runners. So maybe we'll take the first question from Louise.

**Louise Susan Singlehurst**
*Goldman Sachs Group, Inc., Research Division*

It's wonderful to see everyone in person and thank you very much for bringing all the team together. So very good, and thank you for the information so far. I think can I just ask a couple of questions. Firstly, on the marketplace to help us contextualize just the growth. If we think about the information that you've given us today, if we think more longer term, Jose, and obviously, you have Edward here as well about the longer term and even beyond 2025, is this more of like a 5 million customer? I know you look at that 30% increase in new customers by 2025. This is a smaller base of a global cohort, which is a higher spender and a more luxury spender? Or is this a 25 million, 30 million customer base 20 years down the line, but much broader? That's my first question, please.

**José Ferreira Neves**
*Founder, Chairman & CEO*

Thank you, Louise. I think -- actually, I think Edward you should take this question.

**Edward Sabbagh**
*Chief Marketplace Officer & Member of the Executive Board*

Thank you, Louise. I think when we look at the -- our customers today -- sorry, I think we all got each other sick. First, it's really important to look at these the quality of our customer, right? So I think Elliot gave you a brief about the CAC and LTV. I mean, for as long as we've been speaking about these cohorts, we've been paying back within 6 months. And I guess when you look at the maturity of these customers, kind of keep on going up year after year, I spoke to you about the private client customer, which is not only the largest, but also we're seeing this growth in this, what we call elite people spending over $120,000, and we have people in the in the millions.

The loyalty program, which I think is super interesting, right, when we're seeing as they go up into tiers as expected, they're repurchasing more and more and all of that. I think this really shows, first, how strong these economics are. And I guess, in that sense, we're really, really focused on driving these opportunities there. It's a great starting point, first of all, to do that. And we're really, really focused on making that bigger. I spoke to you about the A drivers. I'm not going to repeat them one more time, but those are there.

And then I think on the new customer side, again, in the most recent cohort, we still have a payback within the first 6 months. So today, we are going into this small inflection point where we're moving to really driving more profitability, really getting more of these customers investing more in our existing customers. But of course, beyond 2025 and so forth, I mean, we looked at the size of the luxury market is huge, and this is a massive opportunity there. So yes.

**Louise Susan Singlehurst**
*Goldman Sachs Group, Inc., Research Division*

I suppose the other way of putting it as well, if we could look at it by region, if we hear the information from Judy today and the huge opportunity for China, one could argue that the 8% to 10% on the core marketplace looks quite conservative on that, but I'm obviously conscious that it's only out to 2025.

Judy, I don't know if you can tell us very helpful to understand your assumptions for China particularly coming off the back of '22 looking into 2023.

**José Ferreira Neves**

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Founder, Chairman & CEO*

Judy, do you want to touch on your -- I think the question is about in the long term beyond 2025, how do we see the size of the market and the size of our market share really, right? So how fast we will continue to capture market share and how large the opportunity is in terms of the size of the audience, right? But equally in China as well.

**Louise Susan Singlehurst**
*Goldman Sachs Group, Inc., Research Division*

Assumptions for China specifically for 2023 for the growth plan.

**Judy Liu**
*President of APAC*

So talking about Chinese customers, I always like to group Chinese customers. It doesn't matter where they're located. So we definitely -- we all know if this strategic market to go because 2030, there will be 40% of the personal luxury goods market. And in midterm and long term, we are very confident of the consumption market in China, especially in luxury. So one personal experience I can share is I was physically in the lockdown in Shanghai for 2 to 3 months. And then the first opening day of the city.

So of course, I went to Plaza 66, which is a top one luxury shopping mall in Shanghai. And there are queues in for hundred of luxury stores that in Plaza 66. That's the first reopening of the day. So that really shows the Chinese customer perception or luxury that we really believe that when they have the native that actually boost, so they really see it as a social [indiscernible] or is the way to enjoy a higher quality of life. So I'm very confident in midterm and long term of the luxury market in China. That's why we continuously invest in this strategic market.

In short term, we definitely need to see some impact because they are the headwinds of COVID lockdown. But we believe our core customers, they haven't disappeared. They're still there, and we are still engaging with them. And we believe that when conditions allowed, they will be back to shop with us.

**Louise Susan Singlehurst**
*Goldman Sachs Group, Inc., Research Division*

I'll leave the mic very shortly. Can I just ask in terms of the assumptions for China specifically for 2023? You've always given your global growth outlook.

**José Ferreira Neves**
*Founder, Chairman & CEO*

Elliot, if you want to touch on it?

**Elliot Jordan**
*Chief Financial Officer*

Yes. Louise. Look, I think we've been relatively cautious on the reopening of China in terms of sales for Farfetch, because obviously, with the cross-border nature of what we're selling, we need to be aware of all the challenges that might exist for a little bit longer around the infrastructure and ramping that back up once the China reopens locally and then how quickly does it reopen in terms of freedom of parcels coming in. So we are expecting the China business to be back to growth next year at some point. That's not -- certainly not in Q1 and Q2, because we are as I say, cautious about how long things might take to sort of get back to full steam.

The key thing, though, is we're obviously annualizing from Q2 onwards, the significant decline year-on-year in China. So even if we -- we're at where we are today, we're not going to have this negative impact. We're going to see at least balance, if not growth coming through. So the 18% is on the assumption that the first half will still be a challenge in China, but then growth across H2.

**Alice Ryder**
*Vice President of Investor Relations*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Take the next question from Jason back there.

**Jason Stuart Helfstein**
*Oppenheimer & Co. Inc., Research Division*

Thank you very much, and good to be here in person as well, I think when people look at the 2025 breakdown of GMV, perhaps there's a surprise how much is in platform versus marketplace? And so I guess, as you look at it, is the growth in platform GMV coming at the expense of marketplace because ultimately, as you expand with these brands, they just get more value out of the platform.

And then secondly, I think there's also a question, the 5% mark EBITDA margin in marketplace does seem low. Do we think that there are specific challenges just around, again, marketing and luxury, but is there a way ultimately over time to improve that 5% 10 years from now?

**José Ferreira Neves**
*Founder, Chairman & CEO*

I'll answer the first part, and then Elliot, maybe you can cover the second. We don't think there's any trade-off between marketplace and FPS on the contrary. As we've seen when brands start to do really well in the marketplace, the appetite to use FPS services, maybe not end-to-end, but like Gucci using e-concessions as a service, et cetera becomes much more attractive. So they both fuel each other, so there's no trade-off at all.

I think the assumptions we want to be balanced in a time of very high macro volatility and we don't have a crystal ball. We're making a 3-year projection. 3 years ago, we were in 2019. Look at what happened since then. And we had moments of much higher growth than what we expected during the pandemic and moments of with Russia and China and all the other macro volatility. So I think it is the right thing to do now to have a balanced view of what the next 3 years could bring.

And that's what's driving the marketplace assumptions in terms of growth as well as FPS, as Elliot said, and Kelly, the numbers you've seen are just the contracts we've signed and had historical turnover without any growth of these clients, and these clients are growing today, and they will grow until 2025. We're not -- we're really not banking on that.

So we're trying to build a plan that takes into consideration what is the current environment. But of course, there's always -- as in any plan, there's always also the opportunity for upside. But Elliot, I'll let you cover the second.

**Elliot Jordan**
*Chief Financial Officer*

Yes. Look, I think on the margin for the marketplaces, I don't know we want to get ahead of ourselves when we're setting these new targets. As I said on the slide earlier on to get to the overall 30% EBITDA margin for the group over the longer term, we do expect the Marketplace's business to be operating 20% EBITDA margins long term to be in the mix. But I think for 2025, let's not get ahead of ourselves and push for targets that are significantly high from what I think is a good position given our desire to continue to reinvest particularly in engagement with our customer and to build out the necessary infrastructure for servicing that luxury consumer.

I think the other thing by 2025 is the first-party business, albeit we're slowing the growth rates compared to historically to resolve challenges around gross margin, in particular, we will still see some weight around our SG&A from that business in terms of warehousing costs, et cetera, et cetera. So that brings down the overall EBITDA margins in 3 years' time. But again, as we continue to scale 3P more and the 3P growth is underpinned by mature customers with higher levels of retention and LTV over CAC from 3 and beyond as we've seen from the 2017 cohort then the margin can accelerate from 2025.

**Alice Ryder**
*Vice President of Investor Relations*

Oliver?

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Oliver Chen**
*Cowen and Company, LLC, Research Division*

Oliver Chen, Cowen and Company. Congrats on building Farfetch. Farfetch Platform Solutions, what do you see as the major white space opportunity and perhaps qualitatively or quantitatively, the total addressable market as well as, who would you define as your competition in that field? I know it's many.

As you think about new customers, Elliot, that 30% number, we're living in a world of higher performance marketing fees and also increasing privacy issues where that's really changing. So I would love your thoughts on the mix and how low cost engagement can be achieved as you think about new customers specifically?

And finally, just a modeling question. U.S. and Europe, you went over China, but on the 8% to 10%, are those going to be roughly consistent? Or do you expect a lot of volatility in the nature of comparisons?

**José Ferreira Neves**
*Founder, Chairman & CEO*

Thank you, Oliver. By the way, I love the styling. Hopefully, it is Farfetch. Kelly, I think if you maybe I could start with the first question and then Elliot, you can?

**Kelly Kowal**
*Chief Platform Officer*

Yes. So the question was, what is the major missed opportunity? Is that -- was that the question? Yes. I mean, so we did talk about the addressable market. And roughly with the area that we play in now, it's roughly $425 billion. And like we said, we're just at the beginning of that and so in terms of a missed opportunity, I don't necessarily think there is a missed opportunity as we're going through these 4 big product launches that we have, which is the end-to-end e-commerce product, as well as the connected retail product, our e-concessions product and our global logistics.

So as we talked about as well, the competition in that field -- there are competitions within each specific vertical, but there's not a player that's actually doing the wider end-to-end integration amongst all of those, which then gives us a very unique proposition to be able to partner with people in many different ways. I think where we're going, I think there's still huge opportunity in the e-concession space. That is where the market is really going as well as our global logistics. That alone allows us to play in multiple different spaces, even potentially out of the luxury space as well.

**Elliot Jordan**
*Chief Financial Officer*

Yes, like on new customers, we're confident that we can deliver $1 billion of GMV out of new customers now on an annualized basis. That's effectively where we have been delivering. As I said in the presentation, we don't want to push that further in the current environment because of the fact that, as you pointed out, the cost of acquisitions and the competitive nature is something we need to manage.

And so we'd rather set ourselves a goal of continuing to deliver new customer numbers at the current level, $500,000 a quarter, but more importantly, allow Edward and his team to focus on within that $500,000 and using the data that he touched on, identifying the customers that are going to go to second shop and third shop and therefore, drive frequency and retention to drive the LTV position to pay for that increased customer acquisition spend. So that's why we've set that number. But we are very confident.

If you think about the white space in terms of marketplaces to the earlier question, there's a significant amount of growth opportunity ahead of us, a $400 billion industry and we'll only be doing $3.8 billion on the marketplace at that stage. So we absolutely continue to see that new customer number coming through. I think what's interesting though is it's already starting to pay off what Edward has been working on in the last few months. In the U.S. in Q3, we were able to pull back our demand generation spend by 20%, and the U.S. market did not decline by nearly that level.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So we are driving efficiencies through the marketing initiatives that we're running to maintain good numbers of customer growth without having to necessarily see the demand generation increase. But I think the key point from today's session is let's focus a lot on retention and engagement. That's where the rich value comes from our customers stream 4 million active consumers now. And you can see on the steps from 2021 on average, a couple of times a year shopping with Farfetch with the more mature cohorts significantly above that level, driving for the 2017 cohort $2,200 spend per annum. So that's the focus for us moving forward.

In terms of next year's guidance, I said this on the last call in some respects, the next couple of quarters, including Q1, maybe into Q2, I think, are going to be something we need to manage carefully. As I said, the U.S. market is in decline across Q3, mainly because we pulled back on the demand generation to drive efficiencies. And I think we need to be cautious about that market in Q4 and Q1, but we don't see a reason why the work that we're doing shouldn't be capturing significant growth within that market within the 8% to 10%.

For Europe, I think the state that I'll give you here is that if you look at Q3, our order growth was up 13% year-on-year, excluding Russia. So there is really strong growth within the marketplace today. Unfortunately, the headline numbers are masked because of currency conversion to the U.S. dollar, which is stronger year-on-year. The decline of Russia, our third largest market, significant weight on our top line number, Russia being down -- sorry, China being down double digit, our second largest market.

So underlying, we are seeing numbers ahead of the forecast for next year on an order-by-order basis. Once we annualize the challenges that we've seen from the macro environment, that will start to shine through. So again, the foundations for next year are on current trajectory, what we're seeing from customers now, retooling towards a higher value from existing customers and in line with what others predict the e-commerce market for luxury for the next 12 months.

**Alice Ryder**
*Vice President of Investor Relations*

Can we go -- let's go to Doug then we can go to Lauren next.

**Douglas Till Anmuth**
*JPMorgan Chase & Co, Research Division*

Just when you think about the 8% to 10% marketplace CAGR through '25, does that suggest higher growth in '24 and '25 than in '23, just given the near-term macro environment? And any reason why you wouldn't grow faster than the market over the next few years?

**Elliot Jordan**
*Chief Financial Officer*

Look, I think what we want to do today is provide what we think are very achievable and robust numbers. We're not providing 2024 numbers or 2025 specifically. We're talking about I think, solid foundations to get to 10% EBITDA margins. Obviously, that's the focus for us as a group. Let's get to $10 billion of GMV and 10% adjusted EBITDA margins. As Jose said earlier on, it's a 3-year goal, and there's lots of moving parts across all the different business units. We've set out what we think each business unit should be achieving by then. We believe that we can deliver those numbers and that would achieve the group numbers that we've set ourselves.

I think in terms of can we grow faster than the online market, absolutely, we have been. In the last 3 years, let's exclude the current 2022, but from 2018 to 2021, we were growing 45% compound annual growth rate overall, with 10x the business since 2015 to 2021. We are growing ahead of the online luxury market historically. And the work that we're doing around our customer strategies means we have a better proposition than brands themselves and other retailers out there in terms of the e-commerce space. So we should be capturing market share, but the 2025 goals don't need us to. I think that's the key point here.

**Douglas Till Anmuth**
*JPMorgan Chase & Co, Research Division*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. And then just as a follow-up, can you just help us understand where you are in working toward the $85 million in cost efficiencies and then also more on what goes into the $170 million of investments for new opportunities?

**Elliot Jordan**
*Chief Financial Officer*

Yes, absolutely. So we've made really good progress on the cost rationalization plans. As we've said on the last couple of calls, this has been a very comprehensive review of how we spend our money across the business. We've been very focused on retooling the business over the last couple of months towards near-term profitable activities rather than spreading ourselves across unprofitable near-term initiatives. That means scaling back some teams.

We've seen around just under 10%, I guess, of Farfetch's employee base, reduce will be focused on other activities and so for reshaped. As we move forward, there's more to be done around -- where are we in every single international market? What do we need in that market? Have we got the right resources on the ground? What can we do to drive more leverage across that market? What can we do around our corporate functions to drive more efficiencies, our head office functions, our platform, studios? What can we do there to drive more efficiencies? So we're very confident that we can deliver the $85 million across all of next year, and we'll start to see that flow through as we did across Q3.

In terms of the $170 million, this is predominantly with regards to Reebok. So on the FPS side, as we've talked about on a number of occasions, it's scaling the existing infrastructure. We do not need to invest heavily into the FPS team to deliver on these products. Of course, Kelly continues to grow her account management team and her support team to drive those high-value margin revenues from our clients because that's what they value, and that's where we see significant upside to come.

But of the $170 million the lion's share of that is down to Reebok, including onboarding of warehouses to stock product that will have to come into Farfetch teams to build out the sort of sales and distribution channels, and other areas of investment around Reebok. It is an investment year for their products, but importantly, it's positive adjusted EBITDA in year one.

**Lauren Elizabeth Cassel Schenk**
*Morgan Stanley, Research Division*

Elliot, can we talk a little bit about the FPS P&L? What are the big buckets from the 75% contribution margin down to the 20% EBITDA margin? And then how do we bridge from the 20% to the 50% long term?

**Elliot Jordan**
*Chief Financial Officer*

Yes. Yes. Broadly, the business utilizes all of the functions of the group, so the overall operating cost of the studios, our technology costs, our other functions, drive -- contribute to driving that revenue and those margins. So it's a matter of scale really. At this stage by 2025, the business delivering roughly $300 million of revenue, will still not be at scale. There's still a significant opportunity ahead. And as we see that growth come through from the pipeline of clients that we've not baked into the numbers yet, but we'll see start to crystallize from 2025 that's when you'll see a lot more operating leverage across FPS flowing through and delivering that 50% EBITDA target.

**Lauren Elizabeth Cassel Schenk**
*Morgan Stanley, Research Division*

Okay. And then just double-clicking on the '23 guide. Is it fair to assume that 8% to 10% sort of underlying growth is applicable to both New Guards and Marketplace? Or is there a little bit of discrepancy between the 2?

**Elliot Jordan**
*Chief Financial Officer*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. We -- there's a bit of a range. I think sort of New Guards is slightly on the lower end of that range and FPS actually in terms of existing clients on the higher end of that range. So we -- that's the sort of the buckets, I guess.

**Lauren Elizabeth Cassel Schenk**
*Morgan Stanley, Research Division*

Sorry, Marketplace within?

**Elliot Jordan**
*Chief Financial Officer*

In the middle.

**Unknown Analyst**

[indiscernible] from Bank of America. Just a quick update on the deals that you're going to launch next year. I think you said $500 million contribution from that. Can you give an indication on the timing on the launch and the split between Reebok and the rest? That will be helpful. And then I'll ask the second question later.

**José Ferreira Neves**
*Founder, Chairman & CEO*

Timing?

**Kelly Kowal**
*Chief Platform Officer*

So with timing, H1 would be Ferragamo and Reebok and then H2 of next year would be Neiman Marcus and Bergdorf.

**Unknown Analyst**

And the split of?

**Elliot Jordan**
*Chief Financial Officer*

So in terms of the numbers, it's broadly $300 million from Reebok and so $200 from other FPS clients. Because Reebok is not a full 12 months. So that's important. But for next year's numbers, it's $300 million.

**Unknown Analyst**

Okay. And then on the margins that you give on a divisional level, have you -- are you able to provide last year's margins for each of the divisions? I think you saying marketplace is plus 5% by 2025 in the others?

**Elliot Jordan**
*Chief Financial Officer*

No, no, we're not breaking those out today. And as Alice said in her very elegant open, we probably won't break those out for next year, maybe 2024, but '23.

**Unknown Analyst**

So then just maybe some more for Elliot on the reporting. Are you going to -- because you've changed the reporting going forward, with the 3 big [indiscernible].

**Elliot Jordan**
*Chief Financial Officer*

Most likely from 2024 onwards, on those new pillars yes.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Edward James Yruma**
*Piper Sandler & Co., Research Division*

Ed Yruma from Piper Sandler. Two quick ones for me. I guess, first, in terms of incremental investment within FPS, I mean, even Amazon AWS has to kind of stand up new servers and do other things when they onboard new clients. I guess is there incremental costs associated as you bring on some of these new partners?

And then real quickly in the marketplace, obviously, some very impressive cohort economics. How do those economics change in a more promotional environment? Again, understanding that you're -- maybe not participating in the promos the way that maybe some other peers are.

**José Ferreira Neves**
*Founder, Chairman & CEO*

Kelly, you want to cover for?

**Kelly Kowal**
*Chief Platform Officer*

Yes. So there will be incremental investment for new clients, but it's more around just as you said, for hosting and sort of anything platform related or anything that goes through the platform cost, but those costs are then factored into our margin and then effectively build back to the clients. And that's what we were talking about the economies of scale and how our commission rates really ladder up. But because, again, we have economies of scale in terms of our own vendors. So our own vendors with hosting and things like that, it is a very small incremental cost that flows through.

**José Ferreira Neves**
*Founder, Chairman & CEO*

Just to add in terms of fixed cost, the example you gave with AWS, they actually go and build the buildings and buy the chips and we don't do any of that, right? So the extra hosting is a variable cost. To Kelly's point, it's covered by the revenue share. And that's very, very minimal buildup of SG&A. The $170 million, the absolute vast majority of most entirety is Reebok and growth on the NGG brand platform. There's almost nothing on FPS, SG&A fixed cost base for 2023 to drive these very large contracts.

So the platform is very, very scalable. And in fact, more scalable than a typical data center where you do have very large CapEx. We don't have CapEx here. I just improved by that. And [indiscernible] do you want to cover or -- you'll cover it.

**Elliot Jordan**
*Chief Financial Officer*

Yes. So I mean, it does impact -- the permanent environment does impact on obviously the order contribution and the gross margins. I think there's a few aspects of that. One is if the sellers on the platform or in the marketplace are putting that markdown and obviously, that's not a cost for us, but it does bring the AOV down. And therefore, our take -- our dollar take on every order comes down, and we might still have the same element of shipping costs, returns costs, et cetera, et cetera. So clearly, we want to work with our partners to see them drive full price sales. Ed talked about that one particular brand that's close to 95% plus full price now. That's exactly how our strategy works to move the brand towards full price, and that obviously drives better order contribution for us.

The second impact is obviously on the first-party business, which is in those cohort numbers overall, weighing down on customer economics. If we are marking down our own product and seeing low gross margins that impacts on us. And then the third would be, if we choose to add to the promotional environment on the third-party business, that would again also come off our margins. We stopped doing that. So that's not necessarily a feature moving forward. But those historical numbers in their 50s do reflect the fact that there is promotion there, which is why we see them moving up to 60% with confidence as we move out to 2025.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Alice Ryder**
*Vice President of Investor Relations*

Maybe [indiscernible] in the back there.

**Unknown Analyst**

Hey, everyone. Sorry for being so far away. Good to see you in person. Elliot, I kind of want to ask you about the cash flows. A couple of quick ones, I guess, just -- you had talked about when the model was really humming in 2020, having kind of like the negative working cap dynamic working for you, which has gone the other way in the last 18 months. So assuming the model does work and you hit your targets over the next couple of years, would you assume that over those years that working cap goes back to being a net benefit to the cash flows?

Can you also walk us through at a high level, your assumptions on the CapEx spends to '25?

And then the last question would be, if you do hit that $350 million EBITDA number in '25, what kind of free cash flow number would that be? Kind of splitting up for you guys.

**Elliot Jordan**
*Chief Financial Officer*

Yes. Maybe if I start there, we are targeting -- I think I said it was on the slide, but maybe I didn't bring the point out a conversion from adjusted EBITDA to cash of 90% plus. We are expecting because of the tailwinds on the working capital, as we saw across 2020 that, that would cover -- more than cover the capital requirements around our technology spend and store refits to deliver, I think, $350 million through to positive free cash flow of $350 million in 2025 as well.

Over the next couple of years, absolutely, the model that we saw in 2020 where the working capital is a tailwind because of the marketplace creditor as we grow and because of creditors across our platform solutions and good stock turn on the New Guards Group business, we would see a working capital tailwind boost our cash position that comes through from our profitable revenue growth. And then, as I say, that more than covers our CapEx.

The CapEx targets moving forward, let's focus predominantly on our technology spend. The technology spend year-to-date, it's about 12% of our adjusted revenues. Broadly, 50% of that gets capitalized and the other 50% you see through the P&L. Our goal is to continue to see operating leverage on that position. As Kelly touched on, as we grow the FPS product over the existing infrastructure, grow the marketplace over the existing infrastructure, our technology spend overall will come down to circa 10% of our adjusted revenues. We think that benchmarks very well with other technology businesses and other verticals. And again, half of that would go to P&L and half would go to CapEx.

So in terms of models for CapEx moving forward, in terms of technology, it should be around 5% of our adjusted revenue figure. Clearly, there could be more leverage in there if we see just a revenue step on in growth from more -- faster client adoption as we move forward.

And then in terms of store rollout, we are spending pretty low levels of CapEx in terms of additional stores. I think the team wants to make sure that as part of our brand engagement with customers across the New Guards Group brands, we should be having a store footprint. But again, we're talking about low tens of millions of dollars here rather than triple-digit type -- sort of CapEx required on an annual basis.

**Alice Ryder**
*Vice President of Investor Relations*

We have time for one last question. Kunal.

**Kunal Madhukar**
*UBS Investment Bank, Research Division*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Two, if I could. One on the core marketplace business in terms of take rates. The adjusted revenue target of $1.7 billion in 2025 on GMV of $3.8 billion. Just the revenue over GMV is 45%. So help us understand what goes into building that take rate?

And then on the FPS part, with a gross margin at 75% and an EBITDA margin at 20%, what is -- what comes in between?

And then for the shipping revenue, does that include FPS related shipping revenue? Or is that just core marketplace?

**José Ferreira Neves**
*Founder, Chairman & CEO*

Elliot if you want to cover both?

**Elliot Jordan**
*Chief Financial Officer*

Yes, yes, absolutely. So in terms of adjusted revenue on the marketplace, it really is a buildup, as I showed on the slide, the first-party business, which we're expecting by 2025 to be around $600 million of GMV, drops through at 100% revenue to $600 million of revenue. On the third-party business, we would expect to see a take rate of circa 33% of that GMV into adjusted revenue. That's up from 32% today. So we are expecting to see an improvement on our take rates, predominantly driven by our growth of the advertising revenue business, which we see significant opportunity over the next 3 years and beyond. So that's how that works. It's a very mathematical drop down from GMV to revenue.

On shipping, let's touch that, the $900 million of shipping GMV and associated revenue by 2025. That does sit across both FPS and the marketplace. So if there is a requirement for us on our clients to charge in consumers or charge the client for duties and shipping costs that effectively are a straight pass-through, then that does move across to the full [indiscernible] line because there's no margin, there's no gross margin. There's no value there. So that's what we've done to split out from all those pillars that pass-through of shipping and duties costs.

And then your final question, I think, Lauren already asked this question. The 75% to 20% in terms of costs for FPS reflects its usage of the infrastructure that we've built, whether that's the operational platforms, in terms of studios, in terms of customer service, in terms of translations, et cetera, et cetera, of product, or indeed our technology platform, whereby costs are allocated to FPS. And the reason why it's maybe higher than the long-term target, which would be 25% of revenues, if it's a 75% gross margin and 50% long-term EBITDA target for FPS is because the business is not yet at scale. So it's expected to deliver $4.3 billion of GMV with significant upside to come as we bring on more clients.

**José Ferreira Neves**
*Founder, Chairman & CEO*

And just to add, this is obviously also the allocation of corporate costs. It's essentially the entire cost base of the business and corporate costs like leases, technology costs, we then allocate it to Marketplace, and we allocate it to FPS, right? So it's that allocation plus all the things that Elliot mentioned. But that scales, right? That scales as we add new customers, then we're working off the same cost base. Naturally, you've seen that. It's been FPS clients and very large contracts and our tech expenditure as a percentage of adjusted revenue has been going down.

And it will continue to go down even with all these very, very large contracts, it's just that business said is relatively still small scale compared with its potential when they get that allocation, it obviously weighs down on the current profitability, but that's something -- that's why Elliot outlined that we're so confident about that 50% long-term target here.

**Alice Ryder**
*Vice President of Investor Relations*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Well, I think that's a great place to end. And thank you all for attending in person and for everybody who's dialing in online. For those who are here in person, we do have lunch in the other room and would love to have the opportunity to have a conversation with you then. Thank you.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2022 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2022 S&P Global Market Intelligence.