# EXHIBIT 23

# FARFETCH launches Reebok Partnership

aboutfarfetch.com/news/news/farfetch-launches-reebok-partnership/



*The new business line is expected to deliver significant revenue for FARFETCH in 2023*

- Reebok e-commerce sites in Europe have been replatformed by FARFETCH Platform Solutions; wholesale operations are live
- Reebok partnership is managed by New Guards Group, which has formed a new division NGG++ to operate the Reebok license and grow the sportswear and sneaker businesses
- New Guards Group appoints Cristiano Fagnani as CEO of NGG++

**LONDON AND MILAN, 3 May 2023:** FARFETCH (FTCH), the leading global platform for the luxury fashion industry, has commercially launched its European partnership with Reebok. This follows the deal announced with Reebok owner, Authentic Brands Group (Authentic), in 2022.

Following its acquisition of Reebok in 2022, Authentic partnered with FARFETCH to operate its business in Europe, replatform its European e-commerce sites and drive the evolution of the brand by expanding its luxury collaboration offerings globally.

The partnership is being managed by New Guards Group (NGG), a wholly owned FARFETCH company. NGG has formed a new division, NGG++, to operate the Reebok brand and focus on accelerating opportunities for NGG brands' sportswear and sneaker

categories.

Cristiano Fagnani, previously Chief Marketing Officer of NGG, has been appointed to the role of CEO of NGG++.  Mr. Fagnani brings over 20 years of industry experience to the role, following a highly successful career at Nike, where he led Energy Marketing, Brand Experience and Product Collaborations.

**José Neves, FARFETCH Founder, Chairman and CEO said:** "We are delighted to be working with Authentic on such a beloved heritage brand. Reebok has great potential to expand into the luxury space, reigniting its loyal customer base and capturing the imagination of a new luxury global audience. Under the astute and energetic guidance of Cristiano and the NGG++ team, we believe this partnership will unlock huge value for the brand and for FARFETCH.  Launching the partnership with Reebok is an important execution milestone in FARFETCH's plans for 2023. We are delighted that the NGG++ and FARFETCH Platform Solutions teams have ensured Reebok's wholesale and e-commerce operations are up and running on time and on budget. We look forward to delivering on further milestones for Reebok throughout our partnership."

**Cristiano Fagnani, CEO of NGG++, said:** "NGG++ is now operating Reebok across Europe, overseeing marketing and e-commerce operations, as well as driving wholesale distribution. In addition, NGG++ has the vision to redefine the space between sport and culture to empower movement. I am excited by the opportunity to leverage the brand through luxury collaborations and new high-end products designed in Milan and made in Italy. All of this will help us accelerate wider opportunities for NGG in the sneaker and sportswear markets."

**Davide De Giglio, CEO of New Guards Group, said:** "Helping streetwear brands evolve into new luxury and lifestyle houses is part of our core skill set. In addition to generating significant revenues, this partnership will help us further support our existing brands and nurture new talent. We believe NGG++ will deliver growth for Reebok and for our other NGG brands - all celebrating the combination and collaboration of sports and culture. Under Cristiano, NGG++ will create something unexpected, inspirational and profitable, while also promoting diversity, inclusion and sustainability."

**Todd Krinsky, CEO of Reebok, said:** "Since announcing our partnership last year, I've been incredibly impressed with the energy, passion and opportunities the NGG and FARFETCH teams have already brought to the table. Our concept sneakers with Botter x HP that debuted at Paris Fashion Week earlier this year were a great indicator of all that's to come and we can't wait to introduce more game-changing collaborations and innovations that will elevate the brand's legacy and further Reebok's global appeal."

**ENDS**

**Media Contacts:**

Susannah Clark

EVP Communications, FARFETCH Group

susannah.clark@farfetch.com

+44 7788 405224

Brunswick Group

farfetch@brunswickgroup.com

US: +1 (212) 333 3810

UK: +44 (0) 207 404 5959

**Investor Relations Contacts:**

Alice Ryder

VP Investor Relations, FARFETCH Group

ir@farfetch.com

**Forward-Looking Statements**

This release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. We intend such forward-looking statements to be covered by the safe harbor provisions for forward-looking statements contained in Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. All statements contained in this release that do not relate to matters of historical fact should be considered forward-looking statements, including, without limitation, statements regarding our expectations in relation to our partnership with Reebok, as well as statements that include the words "expect," "plan," "aim," "enable," "believe," or the negative of these terms and similar statements of a future or forward-looking nature. These forward-looking statements are based on management's current expectations. These statements are neither promises nor guarantees, but involve known and unknown risks, uncertainties and other important factors that may cause actual results, performance or achievements to be materially different from any future results, performance or achievements expressed or implied by the forward-looking statements, including, but not limited to the important factors discussed under the caption "Risk Factors" in our Annual Report on Form 20-F filed with the U.S. Securities and Exchange Commission ("SEC") for the fiscal year ended December 31, 2022, as such factors may be updated from time to time in our other filings with the SEC, accessible on the SEC's website at www.sec.gov and on our website at http://farfetchinvestors.com. In addition, we operate in a very competitive and rapidly

changing environment. New risks emerge from time to time. It is not possible for our management to predict all risks, nor can we assess the impact of all factors on our business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements that we may make. In light of these risks, uncertainties and assumptions, the forward-looking events and circumstances discussed in this release are inherently uncertain and may not occur, and actual results could differ materially and adversely from those anticipated or implied in the forward-looking statements. Accordingly, you should not rely upon forward-looking statements as predictions of future events. In addition, the forward-looking statements made in this release relate only to events or information as of the date on which the statements are made in this release. Except as required by law, we undertake no obligation to update or revise publicly any forward-looking statements, whether as a result of new information, future events or otherwise, after the date on which the statements are made or to reflect the occurrence of unanticipated events.

## About FARFETCH

Farfetch Limited is the leading global platform for the luxury fashion industry. Founded in 2007 by José Neves for the love of fashion, and launched in 2008, Farfetch began as an e-commerce marketplace for luxury boutiques around the world. Today, the Farfetch Marketplace connects customers in over 190 countries and territories with items from more than 50 countries and over 1,400 of the world's best brands, boutiques and department stores, delivering a truly unique shopping experience and access to the most extensive selection of luxury on a global platform. Farfetch's additional businesses include Browns and Stadium Goods, which offer luxury products to consumers, and New Guards Group, a platform for the development of global fashion brands. Farfetch offers its broad range of consumer-facing channels and enterprise level solutions to the luxury industry under its Luxury New Retail initiative. The Luxury New Retail initiative also encompasses Farfetch Platform Solutions, which services enterprise clients with e-commerce and technology capabilities, and Future Retail, which develops innovations such as our Connected Retail solutions.

For more information, please visit www.farfetchinvestors.com.