# EXHIBIT 28



Peter White

**Style**

# Virgil Abloh's Final Off-White Collection Is His Most Radical

LVMH has plans to turn Off-White into the next Dior, starting with a strong collection of elegant tailoring and "haute couture."



**By Samuel Hine**
March 1, 2022

☐ **SAVE**

In July of last year, Virgil Abloh brought Off-White back to the Paris runway after a year of pandemic-induced digital presentations. The show, though, was held not during the weeks where ready to wear collections are generally presented, but rather at the top of the Paris Haute Couture schedule. The message was as clear (or at least as bold) as Off-White's infamous quotation-marked branding: that Abloh's boundary-busting upstart label wasn't such an upstart anymore. It was an artisanal luxury brand of the highest order, and deserved to be mentioned in the same breath as Louis Vuitton, where Abloh served as men's artistic director. As Abloh put it at the time, he wanted Off-White to be more "adult."

On Monday night, Off-White held its first show since Abloh's death at the age of 41 in late November. The Fall-Winter 2022 collection is reportedly the final one Abloh oversaw for the brand, and though the question of who —or what group of people—might take over the brand going forward remains unanswered, the presentation provided a strong indication of what Off-White will look like in the post-Abloh era.

Virgil Abloh's Final Off-White Collection Is His Most Radical



A model wearing Off-White x Church's derbies.   Estrop

Virgil Abloh's Final Off-White Collection Is His Most Radical





Skater Ishod Wair walked in the show.   Estrop

The show, titled *Spaceship Earth, an "Imaginary Experience,"* was held in two parts, with the first featuring men's tailoring that looked about as "adult" as anything Abloh has ever shown: one model wore a moody, monochromatic black blazer, skirt, trousers, and lace-up derbies, part of a new collaboration Off-White unveiled with Church's, the thinking man's heritage dress shoe brand. What's more adult than retiring your thrashed Off-White x Nike Air Maxes for a pair of benchmade brogues? Several models held white flags that bore a classic Abloh-ism, "QUESTION EVERYTHING," which was the show's most overt tribute—and its most prominent branding.

Virgil Abloh's Final Off-White Collection Is His Most Radical



Estrop

Besides a few bags which bore tiny Off-White badges, the collection's message was in its clean proportions. Abloh's tailoring at Vuitton was maximalist and complex; at Off-White, the way forward appears to be in classicism. A three-button herringbone topcoat and beautiful brown gingham belted blazer looked so simple and refined one could imagine a white-haired Loro Piana client sneaking into an Off-White boutique to try them on. (Before promptly removing the bright blue leather sleeve label.) Even the technical outerwear, like several bulbous down ski jackets in muted tones, were constructed with sleek suiting canvas. A few tartan shirt-skirt-trouser sets, on the other hand, were made with technical wool. Abloh explored a fascination with elegant, fluid tailoring in his final years, calling for a "human" approach to dressing rather than one defined by gender. Whether or not he oversaw the design of these sets, he deserves credit for making the men's sartorial skirt feel about as practical and intriguing as just about any designer.

Virgil Abloh Turned Off-White Collection Into a More Radical Style



Estrop

Virgil Abloh's Final Off-White Collection Is His Most Radical Yet



Estrop

The Off-White team saved the fireworks for the second half of the show. After the first wave of models—which included Abloh's friends Serena Williams, rapper Jim Jones, and skater Ishod Wair—cleared the round, white space, R&B iconoclast and former Hood By Air creative director Ian Isiah waltzed to the center of the stage in a sexed-up black velvet tuxedo, lit a joint, and ushered in the first official collection of Off-White haute couture (or 'haute couture,' per the show notes). As Detroit techno legend Jeff Mills played house music, some 30 models—including Naomi Campbell, Cindy Crawford, the Hadid sisters, and a guy wearing a huge velvet fringe ghillie suit—proceeded to vamp and pose around the room in tulle skirts and ballgowns. Abloh began designing the collection in the months after he first crashed the Haute Couture schedule, and each look was named to represent a type of woman. Some, like The Bride, The Businesswoman, and The Diva, are familiar archetypes in Parisian ateliers. Others snuck in the door with Abloh: there's The Skater, wearing an oversized varsity jacket over a tulle skirt, The Soccer Player, wearing a crystal-embroidered soccer tank and booty shorts, and even The Stripper, wearing a black satin brasserie over a vintage tie-dye Grateful Dead T-shirt. It might be the first time a Grateful Dead tee has ever been worn with a couture creation, and it has Abloh's fingerprints all over it, who peppered collections with "readymade" subcultural references.



Estrop

Couture is the height of fashion fantasy, but Abloh always had an instinct for making even the most expensive garments feel more accessible than aspirational. (And the most pedestrian garments feel exclusive and impossible to get.) Many of Abloh's fans dressed like he did, meaning they mixed Louis Vuitton and Off-White with rare band tees, Carhartt carpenter pants, and Arc'teryx jackets, which Abloh memorably fused with bridal gowns in his first couture-like pieces debuted for Fall-Winter 2020. Abloh surely understood the pitfalls of trying to bring the romance of couture to the Zoomer generation. Why not bring their sense of style to couture? The reaction was immediate on TikTok, where I watched the show (Off-White partnered with the platform to stream the show from several different angles), with the live stream comments section lighting up with TikTokkers fawning over not just their favorite models but also a shimmery polka dot dress (inspired by one worn by Sophia Loren) and an oversized gown dusted with laser-cut leaves and accessorized with a backpack apparently stuffed with sneakers.

It is an undeniable tragedy that Abloh wasn't able to see Off-White break into the most historic and elite and French sartorial category. Abloh was always more enamored with streetwear's populist possibilities than with its aesthetics, and Off-White was at its core a populist project, a manifesto for how to infiltrate an industry that never really wanted to claim people like him. In his quest to build Off-White into a respected luxury house, couture was Abloh's final challenge. But in a way, he'd already won. Last year, LVMH took a 60% stake in Off-White, which meant Abloh had more than one of the top design jobs at the Vuitton parent company. He finally had a seat at the table.





Ian Isiah   Peter White





Naomi Campbell   Victor VIRGILE

Now, LVMH and New Guards Group, the Italian fashion conglomerate that operates and produces Off-White, appear set to continue building on Abloh's vision. In comments published by Business of Fashion this morning, Louis Vuitton CEO Michael Burke, who has been working with New Guards co-founders Davide De Giglio and Andrea Grilli to steer Off-White, described plans to turn Off-White into an "eternal" brand he compared to Dior. "Off-White is in the position that Dior was in 1957," Burke told BOF. "Monsieur Dior had only been at the house for 10 years when he died. Off-White, too, was conceived almost 10 years ago." Christian Dior left a design legacy and values that continue to guide the house to this day, and according to De Giglio and Grilli, Abloh left an "endless" stream of ideas behind that they can build a lasting house around. "The next two years, we are going to go full-speed," Grilli told BOF.



According to Burke, they haven't decided on whether Abloh will be succeeded by a new creative director—some have speculated that Abloh protege and A-Cold-Wall creative director Samuel Ross might get the nod, for either Vuitton or Off-White—or a collective of Abloh's creative collaborators. Some insiders speculated more privately that Off-White might wither without Abloh, a celebrity among celebrity designers, providing the creative center of gravity. The idea that Off-White might become Dior in a generation or two, with designers fighting over creative directorships and continuing Abloh's tradition of off-the-wall collaborations, is intriguing. Will it happen? Who knows. But after today's show, it's hard to imagine Off-White will ever fade away.



Debra Shaw in the closing look.   Victor Boyko



Samuel Hine is GQ's Senior Fashion Writer. Sam joined GQ Style, the erstwhile quarterly fashion and luxury publication, as an editorial assistant in 2016. In 2019, he became a style editor at GQ, and was appointed to his current role in 2022. Alongside Noah Johnson and Rachel Tashjian, Sam hosted... Read more

Senior Fashion Writer     

**RELATED STORIES FOR GQ    VIRGIL ABLOH    OFF-WHITE**

# Read More



**GQ Recommends**

The Best Heavyweight T-Shirts Will Tip the Scales in Your Favor

By Gerald Ortiz

**GQ Recommends**

## The Coolest T-Shirts to Wear Right Now Are Also the Biggest

By Gerald Ortiz

**Sponsored Content**

**From On & Team GQ**
Sponsored By On

Virgil Abloh's Final Off-White Collection Is His Most Radical Yet

**GQ Recommends**

## The Best Casual Pants Are Made for Relaxing Times

**By Gerald Ortiz**

U.S. Privacy **Sponsored Links by Taboola**

MD: Building Muscle After 60 Comes Down To This 1 Thing

primenutritionsecrets.com

Gynecologists Recommend This Anti-Sagging Bra For Older Women

Hatmeo Bra | Shop Now |

Here's What a New Walk-in Shower Should Cost In 2024

Homebuddy | Learn More |

Here's an Estimated Price for a 1-Day Walk-in Shower

HomeBuddy

Citi® Diamond Preferred®

Citi | Learn more |

Virgil Abloh's Final Off-White Collection Was His Most Radical Yet

These Barefoot Shoes are Leaving Neuropathy Experts Baffled

Barefoot Vitality

