**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE FARFETCH LIMITED SECURITIES LITIGATION | Case No.: 1:23-cv-10982-ER-KHP [rel. 1:24-cv-00532-ER] |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **ORAL ARGUMENT REQUESTED** |

**REQUEST FOR JUDICIAL NOTICE**
**IN SUPPORT OF THE INDIVIDUAL DEFENDANTS'**
**MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

LATHAM & WATKINS LLP

Jeff G. Hammel
Jason C. Hegt
Jooyoung Yeu
Andrej Novakovski
1271 Avenue of the Americas
New York, New York 10020
(212) 906-1200

*Attorneys for Individual Defendants*
*José Neves, Elliot Jordan, and Stephanie Phair*

Defendants José Neves, Elliot Jordan, and Stephanie Phair (the "Individual Defendants") respectfully request that the Court take judicial notice of Exhibits 1-29 to the Declaration of Jason C. Hegt filed herewith, pursuant to Federal Rule of Evidence 201 and/or under the incorporation-by-reference doctrine and other applicable law.

**DISCUSSION**

On a motion to dismiss under Federal Rule of Civil Procedure 12(b), the Court may consider "the complaint, any documents attached to the complaint or incorporated into it by reference, any documents that are 'integral' to the plaintiff's allegations, even if not explicitly incorporated by reference, and facts of which the Court may take judicial notice." *Biro v. Conde Nast*, 963 F. Supp. 2d 255, 264 (S.D.N.Y. 2013) (citation omitted); *see also Carter v. JPMorgan Chasebank, N.A.*, 2018 WL 1083966, at *2 n.4 (S.D.N.Y. Feb. 26, 2018) ("[A] complaint is also deemed to include (1) 'any written instrument attached to it as an exhibit,' (2) 'materials incorporated in it by reference,' and (3) 'documents that, although not incorporated by reference, are "integral" to the complaint.'") (citation omitted).

The Court is not bound by Plaintiffs' selective references to or quotations from documents cited in the Amended Class Action Complaint. *See San Leandro Emergency Med. Grp. Profit Sharing Plan v. Philip Morris Cos., Inc.*, 75 F.3d 801, 808-09 (2d Cir. 1996) (district court properly considered the full text of documents partially quoted in complaint in dismissing the complaint); *see also In re Express Scripts Holding Co. Sec. Litig.*, 2017 WL 3278930, at *8-10 (S.D.N.Y. Aug. 1, 2017) (considering SEC filings and earnings call transcripts). The Court may "take judicial notice of public disclosure documents that must be filed with the SEC and documents that both 'bear on the adequacy' of SEC disclosures and are 'public disclosure documents required by law.'" *Fries v. N. Oil & Gas, Inc.*, 354 F. Supp. 3d 384, 389 (S.D.N.Y. 2018) (Ramos, J.). The Court may also judicially notice any fact "not subject to reasonable dispute because it: (1) is generally

known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Here, the Court may take judicial notice of, and/or consider the entirety of, the foregoing exhibits for the following reasons:

*First*, the Court may appropriately consider the entirety of Exhibits 1-15 and 19-24 because they are cited and quoted numerous times in the Amended Complaint, and are thus incorporated by reference:

| Exhibit No. | Document | Referenced in the AC |
|---|---|---|
| 1 | 2022 Form 20-F | ¶¶ 393-94 |
| 2 | 2021 Form 20-F | ¶¶ 294-95 |
| 3 | Q4 2021 Earnings Call | ¶ 289 |
| 4 | Q4 2021 Earnings Release | ¶¶ 285, 287 |
| 5 | Q1 2022 Earnings Call | ¶¶ 323, 325, 329-30 |
| 6 | Q3 2022 Earnings Call | ¶¶ 356, 358, 360-61 |
| 7 | Q4 2022 Earnings Call | ¶¶ 375, 379, 381, 383-84, 386-87, 389-90 |
| 8 | Q1 2023 Earnings Release | ¶¶ 400-02, 404-05, 407 |
| 9 | Q1 2022 Earnings Release | ¶¶ 315-17, 319, 321 |
| 10 | Q2 2023 Earnings Call | ¶¶ 440, 442, 447, 450, 453 |
| 11 | Q2 2023 Earnings Release | ¶¶ 426, 428, 430, 432-33, 435-36, 438 |
| 12 | Q4 2022 Earnings Release | ¶¶ 366-68, 370, 373 |
| 13 | Press Release (Dec. 18, 2023) | ¶¶ 256-64 |
| 14 | Q2 2022 Earnings Call | ¶¶ 341, 343, 345 |
| 15 | Q2 2022 Earnings Release | ¶¶ 332-34, 336, 338-39 |
|  |  |  |
| 19 | Morgan Stanley Conference Transcript | ¶¶ 297-98, 300-01, 303-04, 306-07 |
| 20 | Goldman Sachs Conference Transcript | ¶¶ 309-10, 312-13 |
| 21 | Q3 2022 Earnings Release | ¶¶ 347-49, 351-52, 354 |
| 22 | Analyst/Investor Day Transcript | ¶ 363 |
| 23 | Press Release (May 3, 2023) | ¶ 396 |
| 24 | Q1 2023 Earnings Call | ¶¶ 409, 411, 413-14, 416, 420-21, 422-23 |

***Second***, the Court may also take judicial notice of Exhibits 1-25 because they are "documents filed with the SEC," "transcripts of companies' earnings calls," "press releases" or related "presentations." *Frankfurt-Tr. Inv. Luxemburg AG v. United Techs. Corp.*, 336 F. Supp. 3d 196, 205 (S.D.N.Y. 2018), *aff'd sub nom. Kapitalforeningen Lægernes Invest v. United Techs. Corp.*, 779 F. App'x 69 (2d Cir. 2019); *In re Zyprexa Prods. Liab. Litig.*, 549 F. Supp. 2d 496, 500-01 (E.D.N.Y. 2008); *In re Century Aluminum Co. Sec. Litig.*, 749 F. Supp. 2d 964, 979-80 (N.D. Cal. 2010); *see also Glaser v. The9, Ltd.*, 772 F. Supp. 2d 573, 592 n.14 (S.D.N.Y. 2011) (trading pursuant to 10b5-1 plan may be considered on a motion to dismiss):

| Exhibit No. | Document |
|:---:|:---|
| 1 | 2022 Form 20-F |
| 2 | 2021 Form 20-F |
| 3 | Q4 2021 Earnings Call |
| 4 | Q4 2021 Earnings Release |
| 5 | Q1 2022 Earnings Call |
| 6 | Q3 2022 Earnings Call |
| 7 | Q4 2022 Earnings Call |
| 8 | Q1 2023 Earnings Release |
| 9 | Q1 2022 Earnings Release |
| 10 | Q2 2023 Earnings Call |
| 11 | Q2 2023 Earnings Release |
| 12 | Q4 2022 Earnings Release |
| 13 | Press Release (Dec. 18, 2023) |
| 14 | Q2 2022 Earnings Call |
| 15 | Q2 2022 Earnings Release |
| 16 | Form 13G (J. Neves) |
| 17 | Form 144 (E. Jordan) |
| 18 | Form 144 (S. Phair) |
| 19 | Morgan Stanley Conference Transcript |
| 20 | Goldman Sachs Conference Transcript |
| 21 | Q3 2022 Earnings Release |
| 22 | Analyst/Investor Day Transcript |
| 23 | Press Release (May 3, 2023) |
| 24 | Q1 2023 Earnings Call |
| 25 | 2020 Form 20-F |

***Third***, the Court may also take judicial notice of Exhibits 26-29, which are publicly available news articles establishing "what information existed in the public domain during periods relevant to the plaintiffs' claims." *In re MINISO Grp. Hldg. Ltd. Sec. Litig.*, 2024 WL 759246, at *9 (S.D.N.Y. Feb. 23, 2024) (Ramos, J.) (taking judicial notice of news articles); *see also In re UBS Auction Rate Sec. Litig.*, 2010 WL 2541166, at *10-12 (S.D.N.Y. June 10, 2010); *Finn v. Barney*, 471 F. App'x 30, 32 (2d Cir. 2012) (affirming district court's judicial notice of news articles and acknowledging that "other courts in this Circuit have taken judicial notice of substantially similar documents," including "website disclosures" and "media reports"):

| Exhibit No. | Document |
|---|---|
| 26 | Pamela N. Danzinger, *$387 Billion Luxury Market Remains Turbulent. Here Are The Bright Spots*, FORBES (Feb. 20, 2024), https://www.forbes.com/sites/pamdanziger/2024/02/19/387-billion-luxury-market-remain-turbulent-here-are-the-bright-spots/ |
| 27 | Serena Wong, *The Luxury Slump: What's Happening With The World's Largest Fashion Houses?*, VANGUARD THINK TANK (Mar. 13, 2024), https://vanguardthinktank.org/the-luxury-slump-whats-happening-with-the-worlds-largest-fashion-houses |
| 28 | Samuel Hine, *Virgil Abloh's Final Off-White Collection Is His Most Radical*, GQ (Mar. 23, 2022), https://www.gq.com/story/off-white-fw22-couture-show |
| 29 | Matthew Schneier, *After Virgil*, THE CUT (Aug. 31, 2022), https://www.thecut.com/article/virgil-abloh-louis-vuitton-future-of-off-white.html |

Dated: September 11, 2024
New York, New York

Respectfully submitted,

LATHAM & WATKINS LLP

By:  */s/ Jeff G. Hammel*
Jeff G. Hammel
Jason C. Hegt
Jooyoung Yeu
Andrej Novakovski
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
jeff.hammel@lw.com
jason.hegt@lw.com
jooyoung.yeu@lw.com
andrej.novakovski@lw.com

*Attorneys for Individual Defendants
José Neves, Elliot Jordan, and Stephanie
Phair*