# EXHIBIT "C"

# FIRST GAZETTE NOTICE

15426923    SURPIQUE HOLDINGS LIMITED

Publication date in the Gazette:  15/04/2025

The Registrar of Companies gives notice that, unless cause is shown to the contrary, the Company will be struck off the register and dissolved not less than 2 months from the date shown above.

Upon the Company's dissolution, all property and rights vested in, or held in trust for, the Company are deemed to be bona vacantia, and will belong to the Crown.



*DUMUVWBR0G*