**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE FARFETCH LIMITED SECURITIES LITIGATION | Case No.: 1:23-cv-10982-ER-KHP [rel. 1:24-cv-00532-ER] |
| THIS DOCUMENT RELATES TO: | **PLAINTIFFS' NOTICE OF MOTION TO MODIFY THE PSLRA DISCOVERY STAY** |
| *ALL ACTIONS* | |

**TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD AND THEIR COUNSEL**

PLEASE TAKE NOTICE that Co-Lead Plaintiffs Yuanzhe Fu and Fernando Sulichin (collectively, "Plaintiffs"), by and through their undersigned attorneys, hereby respectfully move this Court before the Honorable Edgardo Ramos at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for an Order granting Plaintiffs' Motion to Modify the PSLRA Discovery Stay. In support of this motion, Plaintiffs respectfully submit the accompanying Memorandum of Law, the Declaration of Adam M. Apton and the exhibits thereto, and the [Proposed] Order Granting Plaintiffs' Motion to Modify the PSLRA Discovery Stay.

PLEASE TAKE FURTHER NOTCE that Plaintiffs make this motion with permission of the Court by minute entry order dated April 10, 2025.

PLEASE TAKE FURTHER NOTICE that Plaintiffs have served a copy of this motion and all accompanying papers upon counsel for Surpique L.P., the intended recipient of the subpoena should the relief requested herein be granted.

[*Signature blocks on following page*]

- 1 -

Dated: May 1, 2025

Respectfully submitted,

LEVI & KORSINSKY, LLP

/s/ *Adam M. Apton*
Adam M. Apton
33 Whitehall Street, 17th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile:  (212) 363-7171
aapton@zlk.com

*Counsel for Co-Lead Plaintiff Fernando Sulichin*
*and Co-Lead Counsel for the Class*

-and-

Lucas E. Gilmore (admitted *pro hac vice*)
Reed R. Kathrein (*pro hac vice* forthcoming)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
lucasg@hbsslaw.com
reed@hbsslaw.com

-and-

Nathan Emmons (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4957
Facsimile:  (708) 628-4950
nathane@hbsslaw.com

*Counsel for Co-Lead Plaintiff Yuanzhe Fu and*
*Co-Lead Counsel for the Class*