**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE FARFETCH LIMITED SECURITIES LITIGATION | Case No.: 1:23-cv-10982-ER-KHP [rel. 1:24-cv-00532-ER] |
| | **DECLARATION OF ADAM M. APTON IN SUPPORT OF PLAINTIFF'S MOTION TO MODIFY THE PSLRA DISCOVERY STAY** |
| THIS DOCUMENT RELATES TO: *ALL ACTIONS* | |

I, Adam M. Apton, declare as follows:

1.      I am a Partner with the law firm of Levi & Korsinsky, LLP, attorneys for Co-Lead Plaintiff Fernando Sulichin and Co-Lead Counsel for the Class in this action. I have personal knowledge of the matters described in this declaration and I am competent to testify thereto.

2.      I submit this declaration in support of Plaintiffs' Motion to Modify the PSLR A Discovery Stay, filed concurrently herewith.

3.      Attached hereto as **Exhibit 1** is a true and accurate copy of the Wilmington Trust Winding-Up Petition (Cayman Islands) (February 2024).

4.      Attached hereto as **Exhibit 2** is a true and accurate copy of the Motion of the Foreign Representatives for Entry of an Order to Conduct Discovery from Surpique L.P., Case No. 24-11519-CTG (Bankr. D. Del.), ECF No. 66 (Dec. 3, 2024).

5.      Attached hereto as **Exhibit 3** is a true and accurate copy of Plaintiffs' draft subpoena to Surpique L.P.

- 1 -

6.    Attached hereto as **Exhibit 4** is a true and accurate copy of the Letter Motion to Judge Goldblatt from the Foreign Representatives, Case No. 24-11519-CTG (Bankr. D. Del.), ECF No. 124 (Feb. 24, 2025).

7.    Attached hereto as **Exhibit 5** is a true and accurate copy of the Declaration of Mark Goodman in Support of Verified Petition Under Chapter 15 for Order and Final Decree Granting Recognition of Foreign Main Proceeding and Other Related Relief, Case No. 24-11519-CTG (Bankr. D. Del.), ECF No. 6 (July 10, 2024).

8.    Attached hereto as **Exhibit 6** is a true and accurate copy of the Declaration of Ryan Goldstein in Support of Motion of the Foreign Representatives for Entry of an Order to Conduct Discovery from Surpique L.P., Case No. 24-11519-CTG (Bankr. D. Del.), ECF No. 68 (Dec. 3, 2024).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 1st day of May, 2025, in New York, New York.

Adam M. Apton

- 2 -