1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

December 18, 2025

**<u>VIA ECF</u>**

The Honorable Edgardo Ramos
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

   Re: *In re Farfetch Limited Sec. Litig.*, Case No. 1:23-cv-10982-ER-KHP

Dear Judge Ramos:

  On behalf of Defendants José Neves, Elliot Jordan, and Stephanie Phair (the "Individual Defendants"), we write pursuant to Rule 2.D of Your Honor's Individual Practices to request that oral argument be held with respect to the Individual Defendants' Motion to Dismiss the Second Amended Class Action Complaint.  Thank you for your consideration of this request.

      Respectfully submitted,

      */s/ Jeff G. Hammel*
      Jeff G. Hammel
      of LATHAM & WATKINS LLP

CC: All Counsel of Record (via ECF)