**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X

IN RE FARFETCH LIMITED SECURITIES LITIGATION

23 **CIVIL** 10982 (ER)

**JUDGMENT**

---------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 29, 2026, the motion to dismiss is GRANTED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
September 29, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**